**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Hendrickson Truck Lines, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  Hendrickson Trucking, Inc.** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1616076** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **7080 Florin Perkins Road** <br> **Sacramento, CA 95828** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Sacramento** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.htlines.com**

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
*(filled)*

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Hendrickson Truck Lines, Inc.**                    Case number *(if known)* _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__**4841**__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | **Eastern District of California, Sacramento Division** | When | **6/19/15** | Case number | **15-24947 - See Attach "A** |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship | |
| District | | When | | Case number, if known | |

Debtor    **Hendrickson Truck Lines, Inc.**                                    Case number (*if known*) _____
          Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____

          Contact name  _____

          Phone  _____

██████  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Hendrickson Truck Lines, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 27, 2019**
                  MM / DD / YYYY

**X**   **/s/ Alban Lang**                        **Alban Lang**
    Signature of authorized representative of debtor          Printed name

           Title    **Chief Financial Officer and Vice President**

**18. Signature of attorney**

**X**   **/s/ Gabriel E. Liberman**            Date   **November 27, 2019**
    Signature of attorney for debtor                    MM / DD / YYYY

**Gabriel E. Liberman**
Printed name

**Law Offices of Gabriel Liberman, APC**
Firm name

**2033 Howe Ave., STE 140**
**Sacramento, CA 95825**
Number, Street, City, State & ZIP Code

Contact phone   **916-485-1111**      Email address   **attorney@4851111.com**

**303010 CA**
Bar number and State

In re   **Hendrickson Truck Lines, Inc.** _____    Case No.    _____

                                  Debtor(s)

## FORM 1. VOLUNTARY PETITION
### Attachment A

**Additional disclosure regarding voluntary petition, question no. 9:**
***Were prior bankruptcy cases filed by or against the debtor within the last 8 years?***

On June 19, 2015, Hendrickson Trucking, Inc., FEIN: 68-0318984, filed for bankruptcy protection in the Eastern District of California, Sacramento Division, case no. 2015-24947-B-11 (the "Prior Case").

On February 20, 2017, the Court entered its order [ECF No. 477] confirming Hendrickson Trucking, Inc.'s chapter 11 plan of reorganization (the "Plan"). Pursuant to the terms of the Plan, Hendrickson Trucking Inc. transferred all of its assets and liabilities, including the Plan's obligations to Hendrickson Truck Lines, Inc., the Debtor in this current case. A formal assignment of assets and assumption of liabilities was executed and attached to the Plan as Exhibit C. (See Plan, page 35-36).

# RESOLUTION TO FILE CHAPTER 11 BANKRUPTCY
### *of*
### Hendrickson Truck Lines, Inc.

WHEREAS, **Hendrickson Truck Lines, Inc.,** (the "Corporation") is unable to pay its debts when due, and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, be it:

*RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code.*

The undersigned hereby certifies that he is the duly elected and qualified Secretary and the custodian of the books and records and seal of Hendrickson Truck Lines, Inc., a corporation duly formed pursuant to the laws of the state of California and that the foregoing is a true record of a resolution duly adopted at a meeting of the DIRECTORS and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on November 15, 2019, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have subscribed my name to this document on this 15th day of November in the year 2019.


_____

ALBAN LANG, Secretary

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hendrickson Truck Lines, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                    **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **California State Board of Equalization Account Information Group, MIC 29 P.O. Box 942879 Sacramento, CA 94279** | | **International Fuel Tax Agreement from 2007-2009** | | | | **$82,216.26** |
| **Daimler Chrysler Financial Services Americas LLC P.O. Box 2993 Milwaukee, WI 53201** | | **Deficiency balance on 17 leased tractors returned in 2011** | | | | **$200,533.38** |
| **Employment Development Department Bankruptcy Group, MIC 92E P.O. Box 826880 Sacramento, CA 94280** | | **Payroll taxes from 2008-2015** | | | | **$461,370.16** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | **941 & 940 taxes and penalties from 2010-2013** | | | | **$240,219.66** |
| **Kaiser Foundational Health Plan, Inc. File 50016 Los Angeles, CA 90074** | | **Employee Health Benefits** | | | | **$132,890.00** |
| **Oregon Department of Transportation Collection Unit 550 Capitol St - NE Salem, OR 97301-2530** | | **Road Use Tax from 2008-2015** | | | | **$438,167.87** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   **Hendrickson Truck Lines, Inc.**      Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pitney Bowes PO Box 856042 Louisville, KY 40285** | | **Disputed equipment lease that was resolved with upgrade of equipment. Lease agreement no. G086730003** | **Disputed** | | | **$7,500.00** |
| **SYLVIO ST AMAND c/o Fernandez & Lauby LLP 4590 Allstate Drive Riverside, CA 92501** | | **Balance of stipulated Class Action Settlement case no. CIVDS1617165** | | | | **$32,850.00** |
| **Xerox Financial Services 45 Glover Avenue Norwalk, CT 06856** | | **Leased Kyocera 8052 Copy Machine** | | **$0.00** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

U.S.D.O.J. - Office of the U.S. Trustee
Eastern District of CA / Sacramento
Robert T. Matsui U.S. Courthouse
501 "I" St., 7th Floor, Room 7-500
Sacramento, CA 95814

Hendrickson Truck Lines, Inc.
7080 Florin Perkins Road
Sacramento, CA 95828

19th Capital Group, LLC
Attn: Legal Dept
9702 E. 30th Street
Indianapolis, IN 46229

California State Board of Equalization
Account Information Group, MIC 29
P.O. Box 942879
Sacramento, CA 94279

Ciras, LLC
c/o EBC Asset Investment
3000 Smoot Road - Ste A
Smoot, WV 24977

Coleson Investment Companies
5428 Watt Avenue
North Highlands, CA 95660

Coleson Investment Companies LLC
1314 Texas Street - Suite 300
Houston, TX 77002-3518

Daimler Chrysler Financial Services
Americas LLC
P.O. Box 2993
Milwaukee, WI 53201

EBC Asset Invest

Employment Development Department
Bankruptcy Group, MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kaiser Foundational Health Plan, Inc.
File 50016
Los Angeles, CA 90074

Oregon Department of Transportation
Collection Unit
550 Capitol St - NE
Salem, OR 97301-2530

Pitney Bowes
PO Box 856042
Louisville, KY 40285

SYLVIO ST AMAND
c/o Fernandez & Lauby LLP
4590 Allstate Drive
Riverside, CA 92501

Transportation Alliance Bank
4185 HARRISON BOULEVARD
SUITE 200
Ogden, UT 84403

Xerox Financial Services
45 Glover Avenue
Norwalk, CT 06856

# United States Bankruptcy Court
### Eastern District of California

In re   **Hendrickson Truck Lines, Inc.** _____

                                         Debtor(s)

Case No. _____

Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hendrickson Truck Lines, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 27, 2019** _____

Date

**/s/ Gabriel E. Liberman** _____

**Gabriel E. Liberman**

Signature of Attorney or Litigant

Counsel for   **Hendrickson Truck Lines, Inc.** _____

**Law Offices of Gabriel Liberman, APC**

**2033 Howe Ave., STE 140**
**Sacramento, CA 95825**
**916-485-1111 Fax:916-485-1111**
**attorney@4851111.com**