4

**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Gabe@4851111.com
2033 Howe Avenue, Suite 140
Sacramento, California 95825
Telephone:  (916) 485-1111
Facsimile:  (916) 485-1111

Proposed Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>**HENDRICKSON TRUCK LINES, INC.**<br><br>FEIN: 47-1616076<br><br><br><br>Debtor. | Case No. 2019-27396-B-11<br>DCN: GEL-1<br><br>Date:      December 3, 2019<br>Time:      9:30 a.m.<br>Location:  501 I Street, 6th floor,<br>           Courtroom ;<br>           Sacramento, CA<br><br>Judge:     Honorable Christopher D. Jaime |

**INTERIM ORDER AUTHORIZING DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING**

HENDRICKSON TRUCK LINES, INC., the debtor and debtor-in-possession ("Debtor"), filed its Emergency Motion for Order Authorizing Debtor to Obtain Debtor-In-Possession Financing (the "Motion")[1] [ECF Nos. 4-8], which came on for hearing before the above-captioned Court on December 3, 2019 at 9:30 a.m. (the "Interim Hearing"). All appearances were noted in the record of the Hearing. The Court reviewed the Motion and the other pleadings on file and heard and considered the argument of counsel. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Motion, which findings of fact and conclusions of law are

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Motion.

RECEIVED
December 03, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006635966

incorporated herein by this reference in accordance with Fed. R. Civ. P. 52, as made applicable by Fed. R. Bankr. P. 9014. It appearing that the relief requested is necessary to preserve the Debtor's ongoing operations and necessary to avoid immediate and irreparable harm, and is in the best interests of Debtor, its estate, and its creditors; and in the light of the circumstances and the emergency nature of the relief requested; and after due deliberation and sufficient cause appearing therefor,

BASED UPON THE RECORD ESTABLISHED AT THE INTERIM HEARING BY THE DEBTOR, FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED ON THE RECORD ARE INCORPORATED HEREIN:

**IT IS HEREBY ORDERED THAT** the Motion to Obtain Post-Petition Financing is **GRANTED IN PART** on an interim basis, and the Debtor in Possession is authorized to obtain post-petition financing from TAB and to grant TAB a post-petition security interest in property of the estate to secure such financing (11 U.S.C. §363(b), (c)(2) and §364(c)(2-3)) on the terms and conditions stated in the Agreement, modified as follows:

1. Paragraphs 11 and 20 of the Agreement are not approved, pending final approval, however, TAB is granted the authorizations set forth in paragraph 11 of the Agreement solely to the extent necessary to collect Accounts from Account Debtors;

2. Pending final approval, the Discount Fee Rate set forth on Exhibit A of the Agreement will not be modified and the last sentence of the definition of the Discount Fee Rate shall not apply;

3. The definition of Collateral of the Agreement, subparagraph (vi) is modified to add that all avoidance actions under chapter 5 of the Bankruptcy Code ("Avoidance Actions") of the estate is an additional exception. For the avoidance of doubt, TAB

shall not have a lien on Avoidance Actions, and proceeds of Avoidance Actions shall not be subject to any super-priority claim;

4. Pending final approval, no priming liens shall be granted under 11 U.S.C. § 364(d); and

5. No admissions by the Debtor in the Motion or related documents with respect to the validity, perfection, amount or priority of TAB's pre-petition lien or debt shall be binding on any party other than the Debtor.

6. The Motion is approved on an interim basis for December 3, 2019 through January 7, 2020, as set forth in the Budget excepting payments on secured debt.

**IT IS FURTHER ORDERED** that the final hearing on the Motion to obtain Post-Petition Financing shall be conducted at 2:00 p.m. on January 7, 2020. Opposition to the Motion shall be filed and served on or before December 24, 2019, and Replies, if any, filed and served on or before December 31, 2019.

**IT IS FURTHER ORDERED** that the Debtor shall serve a notice of the entry of this Interim Order and notice of the Final Hearing Date, by regular mail on or before December 10, 2019 upon (i) the U.S. Trustee, (ii) the creditors holding the 20 largest unsecured claims against the Debtor, (iii) affected creditors, and (iv) any other party which has filed a request with this Court for notice in the Debtor's case and served such request upon the Debtor's counsel.

**IT IS FURTHER ORDERED** that this Interim Order shall constitute findings of fact and conclusions of law and shall take effect immediately upon entry hereof, and there shall be no stay of effectiveness of this Interim Order.

///

////

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over any matters arising from or relating to the implementation and interpretation of this interim Order.

Approved as to form:

OFFICE OF THE UNITED STATES TRUSTEE

By: *(signature)*
Jason Blumberg
Attorney for the United States Trustee

Dated: December 04, 2019

*(signature)*
Christopher D. Jaime, Judge
United States Bankruptcy Court

4