3

**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Gabe@4851111.com
2033 Howe Avenue, Suite 140
Sacramento, California 95825
Telephone:     (916) 485-1111
Facsimile:     (916) 485-1111

Proposed Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>**HENDRICKSON TRUCK LINES, INC.**<br><br>FEIN: 47-1616076<br><br>Debtor. | Case No. 2019-27396-B-11<br>DCN: GEL-2<br><br>Date:     December 3, 2019<br>Time:     9:30 a.m.<br>Location:     501 I Street, 6th floor,<br>              Courtroom ;<br>              Sacramento, CA<br><br>Judge:     Honorable Christopher D. Jaime |

**INTERIM ORDER AUTHORIZING DEBTOR TO (I) PAY PREPETITION WAGES, SALARIES, WITHHOLDING OBLIGATIONS, AND OTHER COMPENSATION AND BENEFITS; (II) MAINTAIN EMPLOYEE BENEFITS PROGRAMS; AND III) AUTHORIZING AND DIRECTING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND <u>TRANSFERS RELATED TO SUCH OBLIGATIONS</u>**

       Hendrickson Truck Lines, Inc., debtor and debtor-in-possession ("Debtor"), filed its Emergency Motion for Order: (i) Authorizing Debtor to Pay Wages, Salaries, Withholding Obligations and Other Compensation and Benefits and (ii) Maintain Employee Benefits Obligations; and (iii) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [ECF No. 11-13] (the "Motion"),[1] which came on for hearing before the above-captioned Court on December 3, 2019 at 9:30 a.m. All appearances were noted in the record of the Hearing.

       The Court reviewed the Motion and the other pleadings on file and heard and considered

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Emergency Motion.

RECEIVED
December 03, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006635967

the argument of counsel. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Motion, which findings of fact and conclusions of law are incorporated herein by this reference in accordance with Fed. R. Civ. P. 52, as made applicable by Fed. R. Bankr. P. 9014. It appearing that the relief requested is necessary to preserve the Debtor's ongoing operations and necessary to avoid immediate and irreparable harm, and is in the best interests of Debtor, its estate, and its creditors; and in the light of the circumstances and the emergency nature of the relief requested; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. <u>Motion Granted</u>: The Motion is **GRANTED IN PART** on an interim basis to the extent set forth herein;

2. <u>Authorization to Pay Pre-Petition Wages</u>. Debtor is authorized to pay Employee Obligations earned by any of the Debtor's employees in the ordinary course of the Debtor's business (if any are unpaid) as though no bankruptcy filing by Debtor had occurred as identified in the attached Exhibit 1 up to $151,454 in Payroll Obligations, $54,331 for Payroll Taxes and $132,890 for Employee Health Benefits subject to variances of no more than 15% (the "<u>Permitted Variance</u>").

3. <u>Not Authorized to Pay</u>. Debtor is not authorized to:
    a. Pay any pre-petition Employee Obligations regarding expense reimbursements;
    b. Pay any pre-petition Employee Obligations regarding vacation and sick pay unless Debtor is required under state and/or federal law to pay such expenses upon the termination of an employee;
    c. Pay any pre-petition Employee Obligations that exceed the $13,650.00 threshold which would constitute a priority claim pursuant to Section 507(a)(4) of the Bankruptcy Code; and
    d. Pay any pre-petition Employee Obligations owed to insiders of the Debtor.

4. <u>Final Hearing</u>. The hearing to consider entry of an order granting the relief requested

in the Motion on a final basis shall be heard on January 7, 2020 at 2:00 p.m. Opposition to the Motion shall be filed and served on or before December 24, 2019, and Replies, if any, filed and served on or before December 31, 2019.

5. <u>Notice</u>. The Debtor shall serve a notice of the entry of this Interim Order and notice of the Final Hearing Date, by regular mail on or before December 10, 2019 upon (i) the U.S. Trustee, (ii) the creditors holding the 20 largest unsecured claims against the Debtor, (iii) affected creditors, and (iv) any other party which has filed a request with this Court for notice in the Debtor's case and served such request upon the Debtor's counsel.

6. <u>Immediate Effectiveness</u>. This Interim Order shall constitute findings of fact and conclusions of law and shall take effect immediately upon entry hereof, and there shall be no stay of effectiveness of this Interim Order.

7. <u>Retention of Jurisdiction</u>. The Court shall retain jurisdiction over any matters arising from or relating to the implementation and interpretation of this interim Order.

Approved as to form:

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
Jason Blumberg
Attorney for the United States Trustee

**Dated:** December 04, 2019

_____
Christopher D. Jaime, Judge
United States Bankruptcy Court

# Exhibit "1"

| | Hendrickson Truck Lines, Inc. Payroll | | | |
|---|---|---|---|---|
| Employee # | Gross | Deductions | Taxes | Net amount |
| 1 | 1,638.28 | - | 257.61 | 1,380.67 |
| 2 | 2,632.10 | 277.26 | 311.50 | 2,043.34 |
| 3 | 2,634.60 | 79.29 | 338.72 | 2,216.59 |
| 4 | 1,333.35 | 35.72 | 170.92 | 1,126.71 |
| 5 | 177.86 | - | 23.74 | 154.12 |
| 6 | 1,591.17 | 163.16 | 198.14 | 1,229.87 |
| 7 | 1,202.14 | 12.51 | 138.17 | 1,051.46 |
| 8 | 1,866.99 | - | 276.03 | 1,590.96 |
| 9 | 1,858.86 | 121.95 | 201.93 | 1,534.98 |
| 10 | 524.45 | - | 72.39 | 452.06 |
| 11 | 1,293.35 | 1.98 | 206.63 | 1,084.74 |
| 12 | 2,103.65 | 269.76 | 268.14 | 1,565.75 |
| 13 | 1,865.23 | - | 207.53 | 1,657.70 |
| 14 | 2,141.53 | 75.52 | 183.30 | 1,882.71 |
| 15 | 1,448.92 | 79.29 | 238.16 | 1,131.47 |
| 16 | 2,108.68 | 412.22 | 228.40 | 1,468.06 |
| 17 | 1,259.10 | 39.05 | 49.51 | 1,170.54 |
| 18 | 1,692.45 | 77.95 | 244.73 | 1,369.77 |
| 19 | 2,416.48 | - | 324.39 | 2,092.09 |
| 20 | 1,525.35 | 208.01 | 182.93 | 1,134.41 |
| 21 | 3,023.50 | 328.36 | 322.01 | 2,373.13 |
| 22 | 1,082.11 | - | 45.74 | 1,036.37 |
| 23 | 1,534.87 | - | 250.95 | 1,283.92 |
| 24 | 2,005.88 | 79.29 | 169.17 | 1,757.42 |
| 25 | 1,157.77 | - | 140.94 | 1,016.83 |
| 26 | 1,346.65 | 81.92 | 95.72 | 1,169.01 |
| 27 | 2,068.20 | 75.52 | 318.21 | 1,674.47 |
| 28 | 1,471.92 | 79.29 | 213.70 | 1,178.93 |
| 29 | 242.15 | - | 23.18 | 218.97 |
| 30 | 543.45 | 7.14 | 66.17 | 470.14 |
| 31 | 1,136.20 | 277.51 | 129.89 | 728.80 |
| 32 | 2,092.68 | 513.25 | 222.95 | 1,356.48 |
| 33 | 1,391.16 | 496.06 | 100.06 | 795.04 |
| 34 | 1,628.74 | 83.87 | 195.63 | 1,349.24 |
| 35 | 1,629.52 | 431.29 | 67.04 | 1,131.19 |
| 36 | 201.15 | 104.97 | 4.43 | 91.75 |
| 37 | 1,311.06 | - | 199.28 | 1,111.78 |
| 38 | 1,958.80 | 76.23 | 285.96 | 1,596.61 |
| 39 | 171.45 | - | 17.24 | 154.21 |
| 40 | 2,137.39 | 75.52 | 254.66 | 1,807.21 |
| 41 | 1,679.41 | - | 225.07 | 1,454.34 |
| 42 | 795.79 | 186.36 | 104.60 | 504.83 |

| 43 | 1,808.14 | 81.24 | 179.38 | 1,547.52 |
|---|---|---|---|---|
| 44 | 1,411.05 | 267.46 | 220.35 | 923.24 |
| 45 | 1,535.24 | 81.24 | 148.37 | 1,305.63 |
| 46 | 1,830.87 | 249.29 | 360.19 | 1,221.39 |
| 47 | 1,338.43 | 192.13 | 176.68 | 969.62 |
| 48 | 1,862.94 | 79.29 | 202.73 | 1,580.92 |
| 49 | 1,226.23 | 291.79 | 56.79 | 877.65 |
| 50 | 1,559.12 | 119.78 | 212.03 | 1,227.31 |
| 51 | 1,026.93 | 256.08 | 72.67 | 698.18 |
| 52 | 1,151.30 | 36.99 | 75.04 | 1,039.27 |
| 53 | 1,871.47 | - | 504.11 | 1,367.36 |
| 54 | 1,610.13 | - | 300.63 | 1,309.50 |
| 55 | 1,412.44 | 246.76 | 144.13 | 1,021.55 |
| 56 | 997.69 | 10.43 | 85.34 | 901.92 |
| 57 | 1,545.82 | - | 235.62 | 1,310.20 |
| 58 | 859.09 | - | 82.85 | 776.24 |
| 59 | 1,188.75 | - | 185.38 | 1,003.37 |
| 60 | 475.34 | - | 32.34 | 443.00 |
| 61 | 1,444.97 | 90.15 | 172.65 | 1,182.17 |
| 62 | 1,706.90 | - | 228.67 | 1,478.23 |
| 63 | 1,092.20 | - | 187.25 | 904.95 |
| 64 | 1,084.04 | - | 83.16 | 1,000.88 |
| 65 | 936.33 | 201.42 | 108.63 | 626.28 |
| 66 | 1,450.54 | 78.82 | 191.89 | 1,179.83 |
| 67 | 1,256.81 | - | 213.98 | 1,042.83 |
| 68 | 1,441.36 | 79.29 | 273.83 | 1,088.24 |
| 69 | 1,871.65 | - | 254.08 | 1,617.57 |
| 70 | 1,744.92 | 146.01 | 193.91 | 1,405.00 |
| 71 | 1,847.07 | - | 178.19 | 1,668.88 |
| 72 | 1,876.55 | 29.89 | 238.45 | 1,608.21 |
| 73 | 1,880.64 | 25.63 | 267.63 | 1,587.38 |
| 74 | 2,187.72 | - | 142.29 | 2,045.43 |
| 75 | 395.92 | - | 25.67 | 370.25 |
| 76 | 192.00 | - | 14.94 | 177.06 |
| 77 | 975.78 | - | 145.05 | 830.73 |
| 78 | 1,087.15 | - | 153.74 | 933.41 |
| 79 | 1,577.72 | 9.78 | 255.67 | 1,312.27 |
| 80 | 1,060.74 | - | 211.65 | 849.09 |
| 81 | 1,690.21 | - | 421.12 | 1,269.09 |
| 82 | 1,391.02 | 83.87 | 160.85 | 1,146.30 |
| 83 | 2,359.77 | - | 230.56 | 2,129.21 |
| 84 | 1,972.13 | 136.27 | 176.62 | 1,659.24 |
| 85 | 1,739.03 | - | 110.06 | 1,628.97 |
| 86 | 1,537.67 | 317.81 | 123.21 | 1,096.65 |
| 87 | 1,954.25 | - | 385.88 | 1,568.37 |
| 88 | 291.35 | - | 38.70 | 252.65 |
| 89 | 2,186.71 | - | 276.01 | 1,910.70 |

| | | | | |
|---|---|---|---|---|
| 90 | 2,003.61 | - | 238.39 | 1,765.22 |
| 91 | 1,369.89 | 75.52 | 201.55 | 1,092.82 |
| 92 | 2,071.06 | 115.00 | 333.29 | 1,622.77 |
| 93 | 1,268.58 | 79.29 | 131.03 | 1,058.26 |
| 94 | 1,636.03 | - | 289.49 | 1,346.54 |
| 95 | 2,182.49 | 10.86 | 249.16 | 1,922.47 |
| 96 | 1,121.82 | - | 139.80 | 982.02 |
| 97 | 982.23 | 57.01 | 103.44 | 821.78 |
| 98 | 847.49 | 253.51 | 119.21 | 474.77 |
| 99 | 1,869.99 | 179.85 | 296.88 | 1,393.26 |
| 100 | 2,197.84 | - | 550.56 | 1,647.28 |
| 101 | 1,703.33 | 531.58 | 210.38 | 961.37 |
| 102 | 1,731.36 | - | 475.66 | 1,255.70 |
| 103 | 1,229.13 | - | 206.06 | 1,023.07 |
| 104 | 1,285.74 | - | 220.13 | 1,065.61 |
| 105 | 685.73 | - | 59.32 | 626.41 |
| 106 | 1,315.56 | - | 263.68 | 1,051.88 |
| 107 | 121.63 | - | 255.15 | (133.52) |
| 108 | 1,492.17 | 7.02 | 180.61 | 1,304.54 |
| 109 | 345.54 | - | 42.47 | 303.07 |
| 110 | 431.44 | - | 59.17 | 372.27 |
| 111 | 2,062.63 | 148.61 | 560.12 | 1,353.90 |
| 112 | 1,678.61 | 336.21 | 224.93 | 1,117.47 |
| 113 | 1,799.08 | - | 362.80 | 1,436.28 |
| 114 | 1,597.89 | 18.29 | 388.89 | 1,190.71 |
| 115 | 1,349.13 | - | 178.59 | 1,170.54 |
| 116 | 880.02 | - | 165.02 | 715.00 |
| 117 | 1,320.03 | 25.04 | 279.07 | 1,015.92 |
| 118 | 1,577.53 | - | 183.30 | 1,394.23 |
| 119 | 1,279.13 | 239.68 | 188.44 | 851.01 |
| 120 | 2,308.49 | 125.37 | 660.63 | 1,522.49 |
| | 174,613.72 | 10,064.51 | 24,131.66 | 140,417.55 |
| | Gross | Deduct | Taxes | Net pay |

Deductions:
| | | |
|---|---|---|
| 401k | 511.50 | |
| Medical | 3,614.12 | |
| Garnishment | 1,809.53 | |
| Cash advance | 4,129.36 | |
| Federal | | 10,362.36 |
| Social security | | 9,997.26 |
| State income tx | | 2,465.21 |
| CA disability | | 1,306.83 |
| | 10,064.51 | 24,131.66 |