**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Gabe@4851111.com
2033 Howe Avenue, Suite 140
Sacramento, California 95825
Telephone:  (916) 485-1111
Facsimile:  (916) 485-1111

Proposed Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>**HENDRICKSON TRUCK LINES, INC.**<br><br>FEIN: 47-1616076<br><br><br>Debtor. | Case No. 2019-27396-B-11<br>DCN:  GEL-4<br><br>[NO HEARING REQUESTED]<br><br>Judge:    Honorable Christopher D. Jaime |

**DECLARATION OF ALBAN LANG IN SUPPORT OF EX-PARTE APPLICATION FOR EXTENSION OF TIME IN ORDER TO FILE COMPLETE STATEMENTS AND <u>SCHEDULES PURUSUANT TO FRBP 1007</u>**

I, Alban Lang, declare as follows:

1.  I am over the age of 18 and am mentally competent and I make this declaration in support of *Exparte Application for Extension of Time in Order to File Complete Statements and Schedules pursuant to FRBP 1007*.

2.  I am the vice president, chief financial officer and secretary of HENDRICKSON TRUCK LINES, INC., the debtor and debtor-in-possession ("<u>Debtor</u>").

3.  In my capacity as Debtor's vice president, chief financial officer and secretary, I am familiar

with Debtor's daily business, operations, and financial affairs. Except as otherwise indicated, all of the facts set forth in this Declaration are based upon my personal knowledge of Debtor's operations and finances, information learned from my review of relevant documents, and information supplied to me by other members of Debtor's management and Debtor's business and legal advisors. If called upon to testify as to the content of this Declaration, I could and would do so.

4. On November 27, 2019, the Debtor filed an emergency voluntary petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned case.

5. The Debtor is operating its business and managing its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. No request has been made for the appointment of a trustee or examiner, and no official committees have been appointed in this case.

7. I have been provided a list of documents that I need to provide. The amount of information required for all forms and schedules will take me additional time, past the December 11, 2019 deadline the Court has imposed.

8. I am requesting the Court allow an additional 14 days to December 25, 2019 to complete the list of missing documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing statements in this declaration are true and correct.

DATED this 6th day of December, 2019

                                 /s/ Alban Lang
                                 Alban Lang
                                 Vice President of Debtor