**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Gabe@4851111.com
2033 Howe Avenue, Suite 140
Sacramento, California 95825
Telephone: (916) 485-1111
Facsimile: (916) 485-1111

Proposed Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>**HENDRICKSON TRUCK LINES, INC.**<br><br>FEIN: 47-1616076<br><br><br><br>Debtor. | Case No. 2019-27396-B-11<br>DCNS: GEL-2<br><br>Date: January 7, 2020<br>Time: 2:00 p.m.<br>Location: 501 I Street, 6th floor,<br>Courtroom ;<br>Sacramento, CA<br><br>Judge: Honorable Christopher D. Jaime |

**SUPPLEMENTAL DECLARATION OF ALBAN LANG IN SUPPORT OF DEBTOR'S CHAPTER 11 PETITION, FIRST DAY MOTIONS: (1) DEBTOR-IN-POSSESSION FINANCING MOTION; (2) PRE-PETITION WAGE MOTION; AND <u>CASH COLLATERAL MOTION</u>**

I, Alban Lang, hereby declare as follows:

1. I am over the age of 18 and am mentally competent and I make this supplemental declaration in support of the Wage Motion[1] which was approved on an interim basis on December 2, 2019 and scheduled for final hearing and approval for January 7, 2020;

2. I am the vice president, chief financial officer and secretary of HENDRICKSON TRUCK LINES, INC., the debtor and debtor-in-possession ("<u>Debtor</u>"). In my capacity as Debtor's vice president, chief financial officer and secretary, I am familiar with Debtor's daily business, operations, and financial affairs. Except as otherwise indicated, all of the facts set forth in this

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Wage Motion.

Declaration are based upon my personal knowledge of Debtor's operations and finances, information learned from my review of relevant documents, and information supplied to me by other members of Debtor's management and Debtor's business and legal advisors. If called upon to testify as to the content of this Declaration, I could and would do so;

3. The United States Trustee's Office has requested additional information regarding (i) the identities and positions of Debtor's insiders to be paid under the Wage Motion; (ii) the amount of the proposed payments owed to the insiders for pre-petition wages; and (iii) how the proposed payments are consistent with the Debtor's ordinary course of payments prior to the Chapter 11 Case;

4. The chart below is a complete breakdown of such information:

| Name | Title | Pre-petition gross wages owed / Period covering | Pre-petition wages | Proposed post-petition wages |
| --- | --- | --- | --- | --- |
| Ward T. Hendrickson | President | $4,000/ wk 11/20-11/27/19 | $4,000/ wk $208k/ year salary | $4,000/ wk $208k/ year salary |
| William W. Hendrickson | Chairman | $1,230.77 /wk 11/20-11/27/19 | $1,230.77 /wk $64k/ year salary | $1,230.77 /wk $64k/year |
| Alban B. Lang | VP & CFO | $3,375 / wk 11/20-11/27/19 | $3,375 / wk $175.5k/ year salary | $3,375 / wk $175.5k/year |
| Totals: | | $8,605.77 | $8,605.77 | $8,605.77 |

5. Debtor owes approximately one-week of pre-petition wages to the above officers totaling $8,605.77, which is the requested amount to be as part of the Wage Motion.

6. Debtor's proposed pay rates are the same salaries the three officers received in the prior 12 months of this Chapter 11 Case. Debtor does not pay bonuses to officers.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 17th day of December, 2019

/s/ Alban Lang
Alban Lang
Vice President of Debtor