**Fill in this information to identify the case:**

Debtor name    **Hendrickson Truck Lines, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2019-27396-B-11**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2019**    X **/s/ Alban Lang**
Signature of individual signing on behalf of debtor

**Alban Lang**
Printed name

**Chief Financial Officer and Vice President**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Hendrickson Truck Lines, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>EASTERN DISTRICT OF CALIFORNIA</strong></td></tr>
<tr><td>Case number (if known):</td><td><strong>2019-27396-B-11</strong></td></tr>
</table>

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| California State Board of Equalization Account Information Group, MIC 29 P.O. Box 942879 Sacramento, CA 94279 | | International Fuel Tax Agreement from 2007-2009 | | | | $82,216.26 |
| Daimler Chrysler Financial Services Americas LLC P.O. Box 2993 Milwaukee, WI 53201 | | Deficiency balance on 17 leased tractors returned in 2011 | | | | $200,533.38 |
| Employment Development Department Bankruptcy Group, MIC 92E P.O. Box 826880 Sacramento, CA 94280 | | Payroll taxes from 2008-2015 | | | | $461,370.16 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 941 & 940 taxes and penalties from 2010-2013 | | | | $240,219.66 |
| Kaiser Foundational Health Plan, Inc. File 50016 Los Angeles, CA 90074 | | Employee Health Benefits | | | | $132,890.00 |
| Oregon Department of Transportation Collection Unit 550 Capitol St - NE Salem, OR 97301-2530 | | Road Use Tax from 2008-2015 | | | | $438,167.87 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Hendrickson Truck Lines, Inc.**                    Case number *(if known)*  __2019-27396-B-11__
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pitney Bowes PO Box 856042 Louisville, KY 40285** | | **Disputed equipment lease that was resolved with upgrade of equipment. Lease agreement no. G086730003** | **Disputed** | | | **$7,500.00** |
| **SYLVIO ST AMAND c/o Fernandez & Lauby LLP 4590 Allstate Drive Riverside, CA 92501** | | **Balance of stipulated Class Action Settlement related to employement classification. Case no. CIVDS1617165** | | | | **$32,850.00** |
| **Xerox Financial Services 45 Glover Avenue Norwalk, CT 06856** | | **Leased Kyocera 8052 Copy Machine** | | **$0.00** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hendrickson Truck Lines, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2019-27396-B-11**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................    $    **2,640,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................    $    **9,996,379.36**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................    $    **12,636,379.36**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **8,596,854.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $    **1,221,973.95**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **373,773.38**

4. **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b       $    **10,192,601.33**

| Fill in this information to identify the case: |
|---|
| Debtor name **Hendrickson Truck Lines, Inc.** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) **2019-27396-B-11** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Transportation Alliance Bank, Inc. dba TAB Bank 4185 Harrison Blvd., Ste. 200 Ogden, UT 84403** | **Checking** | **0234** | **$63,501.50** |
| 3.2. | **Transportation Alliance Bank, Inc. dba TAB Bank 4185 Harrison Blvd., Ste. 200 Ogden, UT 84403** | **Business Money Market** | **0641** | **$65.98** |
| 3.3. | **Bank of the West 8426 Elk Grove-Florin Road Elk Grove, CA 95624** | **Business Checking** | **5693** | **$3,010.24** |
| 3.4. | **Bank of the West 8426 Elk Grove-Florin Road Elk Grove, CA 95624** | **Business Checking** | **5198** | **$6,741.64** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  | **$73,319.36** |
|---|---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Debtor    **Hendrickson Truck Lines, Inc.**          Case number *(If known)* **2019-27396-B-11**
        Name

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

| 11a. 90 days old or less: | **2,901,979.00** | - | **0.00** | = .... | **$2,901,979.00** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **203,209.00** | - | **0.00** | = .... | **$203,209.00** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **0.00** | - | **0.00** | =.... | **Unknown** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **0.00** | - | **0.00** | =.... | **Unknown** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**     **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| **$3,105,188.00** |
| --- |

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Hendrickson Truck Lines, Inc.**      Case number *(If known)* **2019-27396-B-11**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** **Driver Trailer Furniture: Desks in recruiting area and dispatch area (about 30, 10 year old, low quality) chairs, office furniture** | Unknown | Estimate | $2,500.00 |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** **Shop Equipment and Office Furniture** **See attachment Schedule #1** | Unknown | Estimate | $11,800.00 |
|      **Leased Kyocera 8052 Copy Machine** | Unknown | | Unknown |
| 42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $14,300.00 |
|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **210 Trailers** **See attachment Schedule #2** **TAB Bank** | Unknown | Estimate | $1,264,009.00 |
| 47.2.   **50 Trailers** **See attachment Schedule #3** **CIRAS, LLC** | Unknown | Estimate | $250,000.00 |
| 47.3.   **89 Trailers (leased)** **See attachment Schedule #4** **19th Capital Group, LLC** | Unknown | Estimate | $4,425,600.00 |

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 3

Debtor    **Hendrickson Truck Lines, Inc.**
          Name
Case number *(If known)* **2019-27396-B-11**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**                                    | **$5,939,609.00** |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Hendrickson Truck Lines, Inc.**        Case number *(If known)* **2019-27396-B-11**
         Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **7080 Florin Perkins Road, Sacramento CA 95828 8.54 acres APN: 064-0040-023**<br><br>**Valued based on appraissal as of March 5, 2019**<br><br>**Legal Description: PARCEL 2 OF PARCEL MAP BK 23, PG 10 AND POR OF S E 1/4 OF SEC 35, T 8 N, R 5 E, MDB&M, DESC AS BE G AT PT LOC N 694 FT FR SE**<br><br>**Site Area - Primary Improved Site: 6.41 acres Surplus Land: 2.13 Total: 8.54 acres**<br><br>**Building: 16,540 sq. ft. located in two buildings, approximately 8,540 or 52% used as office.** | Fee simple | Unknown | Appraisal | $2,640,000.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$2,640,000.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☐ No
     ☑ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☐ No
     ☑ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.
     ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites**<br>**www.htlines.com** | Unknown | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Hendrickson Truck Lines, Inc.**                    Case number *(If known)*  **2019-27396-B-11**
          Name

| | | |
|---|---|---|
| 62. | **Licenses, franchises, and royalties**<br>**DOT: 0250568**<br>**CA Corp ID: 1878692**<br>**ICC: MC173612**<br>**EPA: CAL000205931**<br>**New Mexico Registration Number: 632976**<br>**Oregon Registration: 246732**<br>**IRP: 19772 (National license number)**<br>**IFTA: 59007864** | **Unknown**          **Unknown** |

| | | |
|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer List. Debtor has no long term**<br>**contracts.  Debtor has a small non exclusive**<br>**customer list, however customers are well**<br>**known businesses, thus the list has no value.** | **Unknown**          **Unknown** |

64.    **Other intangibles, or intellectual property**

| | | |
|---|---|---|
| 65. | **Goodwill**<br>**General goodwill** | **Unknown**          **Unknown** |

66.    **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.          **$0.00**

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                        **Current value of**
                                                        **debtor's interest**

71.    **Notes receivable**
    Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities**<br>**Employee Group Coverage**<br>**Provided by: Kaiser Foundational Health Plan, Inc.** | **Unknown** |

| Debtor | **Hendrickson Truck Lines, Inc.** | Case number *(If known)* **2019-27396-B-11** |
|---|---|---|
| | Name | |

**Employee Group Coverage**
**Dental, Vision, Basic Life, & Accidential**
**Death/Dismemberment Insurance**
**Provided by Kaiser Foundational Health Plan, Inc.**            **Unknown**

---

**Peoplease LLC**
**Workers Compensation and Employers' Liability**

**Policy No. WPL 3000020-08**
**(Effective 12/1/2019 -12/1/2020)**

**Policy Limits (per statute):**
**E.L. Each Accident $1,000,000;**
**E.L. Disease- Employee $1,000,000;**
**E.L. Disease - Policy Limit $1,000,000.**

**Producer: Aon Risk Insurance Services Southwest, Inc**
**PO Box 3870**
**Little Rock, AR 72203**            **Unknown**

---

**Liability Insurance for insured:**
**Hendrickson Truck Lines, Inc.**

**Policy No. CS0134701910**
**(Effective 4/22/2019 - 04/12/2020)**
**Commercial General Liability Policy Limits: Each**
**Occurrence $1,000,000; Damages to Rented Premises**
**$100,000; Medical Expenses (any one person) $5,000;**
**Personal and Adv Injury $1,000,000;**
**Products-Comp/Opp Agg $2,000,000.**

**Insurer: Capital Specialty Insurance Corp.**            **Unknown**

---

**Automobile Liability Policy for insured:**
**Hendrickson Truck Lines, Inc.**

**Policy No. 1732690012**
**(Effective 4/12/2019 -04/12/2020)**
**Automobile Liability Policy Limits:**
**Combined single limit per accident $1,000,000.**

**Insurer: Canal Insurance Co.**            **Unknown**

---

**Excess Liability Policy for insured:**
**Hendrickson Truck Lines, Inc.**

**Policy No. UXP102022401**
**(Effective 4/12/2019 -04/12/2020)**
**Excess Liability Policy Limit: $1,000,000.00**
**Agg: $2,000,000.00**

**Insurer: Arch Specialty Co.**            **Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Hendrickson Truck Lines, Inc.**        Case number *(If known)*   **2019-27396-B-11**
      Name

**Bus/Auto Liability Insurance for insured:**
**Hendrickson Truck Lines, Inc.**

**Policy No. 80768629**
**(Effective 5/28/2019 -05/28/2020)**
**Bus Auto Damage**
**Comp deduction: $20,000**
**Collision deduction: $20,000**
**Trailer Interchange: $50,000**

**Insurer: Hallmark Insurance Co.**                                **Unknown**

---

**Motor Truck Cargo Policy and real property for insured:**
**Hendrickson Truck Lines, Inc.**

**Motor Truck Cargo Policy Limits: $500,000 Limit**
**Covers real property located at 7080 Florin Perkins Rd.**
**Sacramento CA 95828**
**$5,000 Ded.**

**Insurer : Lexington Insurance Co.**                               **Unknown**

---

74.    **Causes of action against third parties (whether or not a lawsuit**
     **has been filed)**
     **Claims against 19th Capital Group, LLC due to 25**
     **mechanically deficient rental trucks.**
     **Estimated damages include but not limited to the**
     **following:**
     **1. Cost to repair trucks: $181,963**
     **2. Towing fees: $12,000**
     **3. Lost revenue and downtime: $606,250**
     **Estimated claim: $863,963***

     ***Late loads due to mechanical failures will affect on**
     **time percentage with major customers, reputation and**
     **ability to secure additional business at higher rate.**
     **Customers demand 99.5% on time year round, so**
     **damages are immeasurable and undetermined at this**
     **time.**                                            **$863,963.00**

| **Nature of claim** | **Litigation Claim** |
|---|---|
| **Amount requested** | **$863,963.00** |

---

**Hendrickson Truck Lines, Inc. vs. Pavle Males**
**Case  No. C19-00446, filed March 14, 2019**
**Superior Court of California, County of Contra Costa**
**Unlimited complaint against former driver for general**
**negligence resulting in property damage and loss of**
**earnings due to Defendant negligently operating,**
**maintaining tractor.**

**Attorney for Debtor:**
**Douglas A. MacDonald**
**3620 American River Drive, Suite 130**
**Sacramento, CA 95864**
**916-488-3616**                                           **Unknown**

| **Nature of claim** | **Civil Compliant** |
|---|---|
| **Amount requested** | **$0.00** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **Hendrickson Truck Lines, Inc.**                    Case number *(If known)*  **2019-27396-B-11**
          Name

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                              **$863,963.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Hendrickson Truck Lines, Inc.**                     Case number *(If known)*  **2019-27396-B-11**
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $73,319.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,105,188.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,939,609.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $2,640,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $863,963.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,996,379.36 | + 91b. $2,640,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,636,379.36 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Schedule #1

| HENDRICKSON TRUCK LINES, INC. | | | | |
|---|---|---|---|---|
| SHOP & OFFICE EQUIPMENT  10/31/19 | | | | |
| | | | | |
| **Asset Desc** | **Date Acquired** | **Cost** | **Est. Market Value** | **Liened By** |
| **Hyd Jack** | **9/30/2001** | **1,069.63** | **300.00** | **TAB Bank** |
| **Robinair Model** | **7/31/2003** | **3,123.67** | **1,000.00** | **TAB Bank** |
| **Shop Lighting** | **9/30/2006** | **7,660.00** | **1,500.00** | **TAB Bank** |
| | | **FMV** | **2,800.00** | |
| | | | | |
| **Office Equip:** | | | | |
| **Dispatch Furn** | **6/30/2006** | **4,758.02** | **1,000.00** | **TAB Bank** |
| **Driver trlr furn** | **10/31/2006** | **26,217.76** | **8,000.00** | **TAB Bank** |
| | | **FMV** | **9,000.00** | **TAB Bank** |
| | | | | |
| **Total** | | | **11,800.00** | |

| HENDRICKSON TRUCK LINES, INC. | | | | | |
|---|---|---|---|---|---|
| EQUPMENT SCHEDLE 10/31/19 | | | | | |
| Schedule #2 | | | | | |
| | | | | | |
| Asset Desc | Make | Date Acquired | Cost | Est. Market Value | Liened By |
| 0653271 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653273 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653274 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653275 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653276 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653277 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653278 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653279 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653280 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653281 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653282 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653283 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653284 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653285 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653286 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653287 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653288 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653289 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653290 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653291 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653292 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653293 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653294 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653295 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653296 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653297 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653298 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653299 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653300 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653301 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653302 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653303 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653304 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653305 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653306 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653307 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653308 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653309 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653310 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653311 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653312 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653313 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |

| HENDRICKSON TRUCK LINES, INC. | | | | | |
|---|---|---|---|---|---|
| EQUPMENT SCHEDLE 10/31/19 | | | | | |
| Schedule #2 | | | | | |
| | | | | | |
| Asset Desc | Make | Date Acquired | Cost | Est. Market Value | Liened By |
| 0653314 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653315 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653316 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653317 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653318 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653319 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653320 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653321 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653322 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653323 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653324 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653325 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653326 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653327 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653328 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653329 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653330 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653331 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653332 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653333 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653334 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653335 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653336 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653337 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653339 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653340 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653341 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653342 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653343 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0653345 | Hyundai trailer | 9/30/11 | 9,678.26 | 4,000.00 | TAB Bank |
| 0753346 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753349 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753352 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753355 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753358 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753359 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753360 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753364 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753367 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753370 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753371 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753373 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |

| HENDRICKSON TRUCK LINES, INC. | | | | | |
|---|---|---|---|---|---|
| EQUPMENT SCHEDLE 10/31/19 | | | | | |
| Schedule #2 | | | | | |
| | | | | | |
| Asset Desc | Make | Date Acquired | Cost | Est. Market Value | Liened By |
| 0753375 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753377 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753378 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753379 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753382 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753384 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753385 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753386 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753387 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753388 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753389 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753395 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753401 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753402 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753403 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753405 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753406 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753407 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753408 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753411 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753412 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753414 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753415 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753419 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753420 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753425 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753428 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753430 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753433 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753434 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753435 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753436 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753447 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753451 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753454 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753455 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753456 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753460 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753463 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753464 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753465 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753468 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |

| Asset Desc | Make | Date Acquired | Cost | Est. Market Value | Liened By |
|---|---|---|---|---|---|
| **HENDRICKSON TRUCK LINES, INC.** | | | | | |
| **EQUPMENT SCHEDLE 10/31/19** | | | | | |
| **Schedule #2** | | | | | |
| | | | | | |
| 0753470 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753472 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753476 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753478 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753479 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753480 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753482 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753483 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753484 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753485 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753487 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753488 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0753492 | Hyundai trailer | 9/30/11 | 11,672.21 | 5,000.00 | TAB Bank |
| 0853546 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853547 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853548 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853549 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853550 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853551 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853552 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853553 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853554 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853555 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853556 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853557 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853558 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853559 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853560 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853561 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853562 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853563 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853564 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853565 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853567 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853568 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853569 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853570 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853571 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853573 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853574 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853575 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853576 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |

| HENDRICKSON TRUCK LINES, INC. | | | | | |
|---|---|---|---|---|---|
| EQUPMENT SCHEDLE 10/31/19 | | | | | |
| Schedule #2 | | | | | |
| | | | | | |
| Asset Desc | Make | Date Acquired | Cost | Est. Market Value | Liened By |
| 0853577 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853578 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853579 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853580 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853581 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853582 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853583 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853584 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853585 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853586 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853587 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853588 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853589 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853590 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853591 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853592 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853594 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853595 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853596 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853597 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853598 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853599 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853600 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853601 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853602 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853603 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853604 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853606 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853607 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853608 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853609 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853610 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853611 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853612 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853613 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853614 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853615 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853616 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853617 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853618 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 1853619 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |
| 0853620 | Hyundai trailer | 4/30/17 | 4,831.52 | 6,000.00 | TAB Bank |

| HENDRICKSON TRUCK LINES, INC. | | | | | |
|---|---|---|---|---|---|
| EQUPMENT SCHEDLE 10/31/19 | | | | | |
| Schedule #2 | | | | | |
| | | | | | |
| Asset Desc | Make | Date Acquired | Cost | Est. Market Value | Liened By |
| 210 | | | FMV | 1,049,000.00 | |

| | | | | | Schedule #3 |
|---|---|---|---|---|---|
| | | **HENDRICKSON TRUCK LINES, INC.** | | | |
| | | **EQUIPMENT SCHEDULE #3 10/31/19** | | | |
| | | | | | |
| **Asset Desc** | **Make** | **Date Acquired** | **Cost** | **Est. Market Value** | **Liened By** |
| 0753496 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753497 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753498 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753499 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753500 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753501 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753502 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753503 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753504 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753505 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753506 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753507 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753508 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753509 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753510 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753511 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753512 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753513 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753514 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753515 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753516 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753517 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753518 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753519 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753520 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753521 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753522 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753523 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753524 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753525 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753526 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753527 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753528 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753529 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753530 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753531 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753532 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753533 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753534 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753535 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753536 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753537 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |

| | HENDRICKSON TRUCK LINES, INC. | | | | |
|---|---|---|---|---|---|
| | EQUIPMENT SCHEDLE 10/31/19 | | | | |
| | | | | | |
| Asset Desc | Make | Date Acquired | Cost | Est. Market Value | Liened By |
| 0753538 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753539 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753540 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753541 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753542 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753543 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753544 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| 0753545 | Hyundai | 9/30/2009 | 15,180.74 | 5,000.00 | CIRAS, LLC |
| | | | FMV | 250,000.00 | |

**HENDRICKSON TRUCK LINES, INC.**      Schedule #4
**TRACTOR LIST WITH 19TH CAPITAL**      10/31/2019

| Ls# | Leased from-to | Monthly | Lease balance | Tractor # | Make | Year | Vin # |
|---|---|---|---|---|---|---|---|
| 2 | 3/1/19 to 2/1/20 | 2,250.00 | 11,250.00 | 334 | INT | 2015 | 3HSDJAPR1FN725008 |
| 6 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 353 | INT | 2016 | 3HSDJAPRXGN750538 |
| 6 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 354 | INT | 2016 | 3HSDJAPR1GN750539 |
| 6 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 355 | INT | 2016 | 3HSDJAPR0GN750452 |
| 6 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 356 | INT | 2016 | 3HSDJAPR3GN750526 |
| 6 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 357 | INT | 2016 | 3HSDJAPR9GN750529 |
| 6 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 358 | INT | 2016 | 3HSDJAPR1GN030450 |
| 6 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 359 | INT | 2016 | 3HSDJAPR8GN030459 |
| 7 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 360 | INT | 2016 | 3HSDJAPR6GN030430 |
| 7 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 361 | INT | 2016 | 3HSDJAPR4GN030474 |
| 7 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 363 | INT | 2016 | 3HSDJAPR8GN030476 |
| 7 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 364 | INT | 2016 | 3HSDJAPRXGN030480 |
| 7 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 365 | INT | 2016 | 3HSDJAPR0GN030438 |
| 7 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 366 | INT | 2016 | 3HSDJAPR2GN030442 |
| 7 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 367 | INT | 2016 | 3HSDJAPR1GN030481 |
| 7 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 368 | INT | 2016 | 3HSDJAPR3GN030482 |
| 7 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 369 | INT | 2016 | 3HSDJAPR5GN030483 |
| 8 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 370 | INT | 2016 | 3HSDJAPR2GN030702 |
| 8 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 371 | INT | 2016 | 3HSDJAPR6GN030704 |
| 8 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 372 | INT | 2016 | 3HSDJAPRXGN030706 |
| 8 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 373 | INT | 2016 | 3HSDJAPR3GN030708 |
| 8 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 374 | INT | 2016 | 3HSDJAPR5GN030709 |
| 8 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 375 | INT | 2016 | 3HSDJAPR9GN030714 |
| 8 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 376 | INT | 2016 | 3HSDJAPR0GN030715 |
| 8 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 377 | INT | 2016 | 3HSDJAPR2GN030716 |
| 8 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 378 | INT | 2016 | 3HSDJAPR4GN030717 |
| 8 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 379 | INT | 2016 | 3HSDJAPR6GN030797 |
| 9 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 380 | INT | 2016 | 3HSDJAPR3GN111448 |
| 9 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 381 | INT | 2016 | 3HSDJAPR3GN111451 |
| 9 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 382 | INT | 2016 | 3HSDJAPR7GN285846 |
| 9 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 383 | INT | 2016 | 3HSDJAPR9GN285847 |
| 9 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 384 | INT | 2016 | 3HSDJAPR6GN285840 |
| 10 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 385 | INT | 2016 | 3HSDJAPR8GN285452 |
| 10 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 386 | INT | 2016 | 3HSDJAPR7GN285474 |
| 10 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 387 | INT | 2016 | 3HSDJAPRXGN285792 |
| 10 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 389 | INT | 2016 | 3HSDJAPR5GN285800 |
| 11 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 390 | INT | 2016 | 3HSDJAPR3GN285486 |
| 11 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 391 | INT | 2016 | 3HSDJAPR2GN284894 |
| 11 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 393 | INT | 2016 | 3HSDJAPR2GN284216 |
| 11 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 394 | INT | 2016 | 3HSDJAPR0GN285087 |
| 12 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 395 | INT | 2016 | 3HSDJAPR9GN284195 |
| 12 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 397 | INT | 2016 | 3HSDJAPR1GN284210 |
| 12 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 398 | INT | 2016 | 3HSDJAPRXGN285436 |
| 12 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 399 | INT | 2016 | 3HSDJAPR4GN288087 |
| 13 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 400 | INT | 2016 | 3HSDJAPR6GN111394 |
| 13 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 401 | INT | 2016 | 3HSDJAPR7GN285412 |
| 13 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 402 | INT | 2016 | 3HSDJAPR6GN285532 |
| 13 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 403 | INT | 2016 | 3HSDJAPR1GN285504 |
| 14 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 404 | INT | 2016 | 3HSDJAPR8GN285046 |
| 14 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 405 | INT | 2016 | 3HSDJAPR1GN284899 |
| 15 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 406 | INT | 2016 | 3HSDJAPRXGN285520 |
| 15 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 407 | INT | 2016 | 3HSDJAPR9GN285802 |
| 16 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 408 | INT | 2016 | 3HSDJAPRXGN030950 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 409 | INT | 2016 | 3HSDJAPR9GN284214 |
| 16 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 410 | INT | 2016 | 3HSDJAPR8GN030753 |
| 17 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 411 | INT | 2016 | 3HSDJAPR5GN750298 |
| 17 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 412 | INT | 2016 | 3HSDJAPRXGN111432 |
| 17 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 413 | INT | 2016 | 3HSDJAPR2GN285866 |
| 18 | 10/1/19 to 9/1/22 | 1,350.00 | 48,600.00 | 415 | INT | 2016 | 3HSDJAPR5GN284887 |
| 19 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 416 | INT | 2016 | 3HSDJAPRXGN287963 |
| 19 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 417 | INT | 2016 | 3HSDJAPR9GN030812 |
| 19 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 418 | INT | 2016 | 3HSDJAPR5GN287515 |
| 19 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 419 | INT | 2016 | 3HSDJAPR6GN288110 |
| 20 | 6/1/19 to 5/1/22 | 1,150.00 | 36,800.00 | 420 | INT | 2016 | 3HSDJAPR0GN030939 |
| 21 | 2/1/19 to 1/1/21 (24 mo) | 2,250.00 | 36,000.00 | 421 | INT | 2016 | 3HSDJAPR0GN285865 |
| 21 | 2/1/19 to 1/1/21 (24 mo) | 2,250.00 | 36,000.00 | 422 | INT | 2016 | 3HSDJAPR1GN287494 |
| 21 | 2/1/19 to 1/1/21 (24 mo) | 2,250.00 | 36,000.00 | 423 | INT | 2016 | 3HSDJAPR5GN750611 |
| 21 | 2/1/19 to 1/1/21 (24 mo) | 2,250.00 | 36,000.00 | 424 | INT | 2016 | 3HSDJAPR2GN111392 |
| 22 | 2/1/19 to 1/1/21 (24 mo) | 2,250.00 | 36,000.00 | 425 | INT | 2016 | 3HSDJAPRXGN284903 |
| 22 | 2/1/19 to 1/1/21 (24 mo) | 2,250.00 | 36,000.00 | 426 | INT | 2016 | 3HSDJAPR1GN284191 |
| 22 | 2/1/19 to 1/1/21 (24 mo) | 2,250.00 | 36,000.00 | 427 | INT | 2016 | 3HSDJAPR4GN284203 |
| 22 | 2/1/19 to 1/1/21 (24 mo) | 2,250.00 | 36,000.00 | 428 | INT | 2016 | 3HSDJAPR9GN284200 |
| 23 | 4/1/19 to 3/1/21 (24 mo) | 2,250.00 | 40,500.00 | 429 | INT | 2016 | 3HSDJAPR8GN111204 |
| 23 | 4/1/19 to 3/1/21 (24 mo) | 2,250.00 | 40,500.00 | 430 | INT | 2016 | 3HSDJAPR0GN111374 |
| 23 | 4/1/19 to 3/1/21 (24 mo) | 2,250.00 | 40,500.00 | 431 | INT | 2016 | 3HSDJAPR2GN303473 |
| 23 | 4/1/19 to 3/1/21 (24 mo) | 2,250.00 | 40,500.00 | 432 | INT | 2016 | 3HSDJAPR0GN284215 |
| 23 | 4/1/19 to 3/1/21 (24 mo) | 2,250.00 | 40,500.00 | 433 | INT | 2016 | 3HSDJAPR2GN285527 |
| 24 | 5/1/19 to 4/1/21 (24 mo) | 2,250.00 | 42,750.00 | 434 | INT | 2016 | 3HSDJAPR3GN285794 |
| 24 | 5/1/19 to 4/1/21 (24 mo) | 2,250.00 | 42,750.00 | 435 | INT | 2016 | 3HSDJAPR3GN287495 |
| 24 | 5/1/19 to 4/1/21 (24 mo) | 2,250.00 | 42,750.00 | 436 | INT | 2016 | 3HSDJAPR5GN287983 |
| 24 | 5/1/19 to 4/1/21 (24 mo) | 2,250.00 | 42,750.00 | 437 | INT | 2016 | 3HSDJAPR6GN284199 |
| 24 | 5/1/19 to 4/1/21 (24 mo) | 2,250.00 | 42,750.00 | 438 | INT | 2016 | 3HSDJAPR7GN285443 |
| 24 | 5/1/19 to 4/1/21 (24 mo) | 2,250.00 | 42,750.00 | 439 | INT | 2016 | 3HSDJAPR7GN287497 |
| 24 | 5/1/19 to 4/1/21 (24 mo) | 2,250.00 | 42,750.00 | 440 | INT | 2016 | 3HSDJAPR8GN287511 |
| 25 | 5/1/19 to 4/1/21 (24 mo) | 2,250.00 | 42,750.00 | 441 | INT | 2016 | 3HSDJAPR5GN285828 |
| 26 | 7/1/19 to 6/1/22 | 1,350.00 | 44,550.00 | 442 | INT | 2016 | 3HSDJAPR8GN287489 |
| 26 | 7/1/19 to 6/1/22 | 1,350.00 | 44,550.00 | 443 | INT | 2016 | 3HSDJAPR7GN285863 |
| 26 | 7/1/19 to 6/1/22 | 1,350.00 | 44,550.00 | 444 | INT | 2016 | 3HSDJAPR9GN285086 |
| 26 | 7/1/19 to 6/1/22 | 1,350.00 | 44,550.00 | 445 | INT | 2016 | 3HSDJAPR0GN284182 |
| | | 132,950.00 | 3,670,750.00 | | | | |
| | | | | | | | 89 trucks |

Note: 89 tractors leased from 19th Capital at 132,950.00 per month. Total lease obligation is 3,670,750.00.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Hendrickson Truck Lines, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td><strong>2019-27396-B-11</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property　　　　12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:　List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **19th Capital Group, LLC** | | $3,670,750.00 | $4,425,600.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Legal Dept**
**9702 E. 30th Street**
**Indianapolis, IN 46229**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**89 Trailers (leased)**
**See attachment Schedule #4**
**19th Capital Group, LLC**

**Describe the lien**
**Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| 2.2 | **Ciras, LLC** | | $142,081.00 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o EBC Asset Investment**
**3000 Smoot Road - Ste A**
**Smoot, WV 24977**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2009**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**50 Trailers**
**See attachment Schedule #3**
**CIRAS, LLC**

**Describe the lien**
**Collateral Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Hendrickson Truck Lines, Inc.** | Case number (if know) | **2019-27396-B-11** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Coleson Investment Companies LLC** | | $73,585.00 | $2,640,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**7080 Florin Perkins Road, Sacramento CA 95828**
**8.54 acres**
**APN: 064-0040-023**

**Valued based on appraisal as of March 5, 2019**

**Legal Description:**
**PARCEL 2 OF PARCEL MAP BK 23, PG 10 AND**
**POR OF S E 1/4 OF SEC 35, T 8 N, R 5 E, MDB&M,**
**D**

**1314 Texas Street - Suite 300**
**Houston, TX 77002-3518**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, and its relative priority.
**1. Coleson Investment Companies LLC**
**2. Transportation Alliance Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Transportation Alliance Bank** | | $1,353,796.00 | $2,640,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**7080 Florin Perkins Road, Sacramento CA 95828**
**8.54 acres**
**APN: 064-0040-023**

**Valued based on appraisal as of March 5, 2019**

**Legal Description:**
**PARCEL 2 OF PARCEL MAP BK 23, PG 10 AND**
**POR OF S E 1/4 OF SEC 35, T 8 N, R 5 E, MDB&M,**
**D**

**4185 HARRISON BOULEVARD SUITE 200**
**Ogden, UT 84403**
Creditor's mailing address

**Describe the lien**
**Second Deed of Trust**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 5

| Debtor | Hendrickson Truck Lines, Inc. | Case number (if know) | 2019-27396-B-11 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**07/2008**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Transportation Alliance Bank** | **Describe debtor's property that is subject to a lien** | $805,030.00 | $1,264,009.00 |
|---|---|---|---|---|

Creditor's Name
**4185 HARRISON BOULEVARD SUITE 200 Ogden, UT 84403**
Creditor's mailing address

**210 Trailers**
**See attachment Schedule #2**
**TAB Bank**

**Describe the lien**
**Cont UCC-1 Financing Statment (19-773345039)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/2008**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Transportation Alliance Bank** | **Describe debtor's property that is subject to a lien** | $2,551,612.00 | $2,901,979.00 |
|---|---|---|---|---|

Creditor's Name
**4185 HARRISON BOULEVARD SUITE 200 Ogden, UT 84403**
Creditor's mailing address

**90 days or less: Accounts Receivable as of 10/31/2019**

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/2008**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Hendrickson Truck Lines, Inc. | Case number (if know) | 2019-27396-B-11 |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.7 | **Transportation Alliance Bank** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**      **$0.00**      **$63,501.50**

Transportation Alliance Bank, Inc.
dba TAB Bank
4185 Harrison Blvd., Ste. 200
Ogden, UT 84403
Checking
Acct# 0234

**4185 HARRISON
BOULEVARD
SUITE 200
Ogden, UT 84403**

Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**07/2008**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.8 | **Xerox Financial Services** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**      **$0.00**      **Unknown**

**Leased Kyocera 8052 Copy Machine**

**45 Glover Avenue
Norwalk, CT 06856**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement (17-7623899214)**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$8,596,854.00** |
|---|---|---|

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

| Debtor | **Hendrickson Truck Lines, Inc.** | | Case number (*if know*) | **2019-27396-B-11** |
|--------|-----------------------------------|--|------------------------|---------------------|
| | Name | | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-------------------------------------------------------------|------------------------------------------------|
| **Coleson Investment Companies**<br>**5428 Watt Avenue**<br>**North Highlands, CA 95660** | Line __2.3__ | |
| **EBC Asset Invest** | Line __2.2__ | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hendrickson Truck Lines, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2019-27396-B-11**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$82,216.26** | **$82,216.26** |

**2.1** Priority creditor's name and mailing address
**California State Board of Equalization**
**Account Information Group, MIC 29**
**P.O. Box 942879**
**Sacramento, CA 94279**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$82,216.26**  Priority amount **$82,216.26**

Date or dates debt was incurred
**2007-2009**

Basis for the claim:
**International Fuel Tax Agreement from 2007-2009**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
**Employment Development Department**
**Bankruptcy Group, MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$461,370.16**  Priority amount **$461,370.16**

Date or dates debt was incurred
**2008-2015**

Basis for the claim:
**Payroll taxes from 2008-2015**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Hendrickson Truck Lines, Inc. | Case number (if known) | 2019-27396-B-11 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240,219.66 | $240,219.66 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$240,219.66**   **$240,219.66**

Date or dates debt was incurred
**2010-2013**

Basis for the claim:
**941 & 940 taxes and penalties from 2010-2013**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4**

Priority creditor's name and mailing address
**Oregon Department of Transportation Collection Unit**
**550 Capitol St - NE**
**Salem, OR 97301-2530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$438,167.87**   **$438,167.87**

Date or dates debt was incurred
**2008-2015**

Basis for the claim:
**Road Use Tax from 2008-2015**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
**Daimler Chrysler Financial Services Americas LLC**
**P.O. Box 2993**
**Milwaukee, WI 53201**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$200,533.38**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Deficiency balance on 17 leased tractors returned in 2011**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
**Kaiser Foundational Health Plan, Inc.**
**File 50016**
**Los Angeles, CA 90074**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$132,890.00**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

Basis for the claim:  **Employee Health Benefits**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address
**Pitney Bowes**
**PO Box 856042**
**Louisville, KY 40285**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$7,500.00**

Date(s) debt was incurred _

Last 4 digits of account number  **5698**

Basis for the claim:  **Disputed equipment lease that was resolved with upgrade of equipment. Lease agreement no. G086730003**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hendrickson Truck Lines, Inc.** | Case number (if known) | **2019-27396-B-11** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,850.00** |
|---|---|---|---|

**SYLVIO ST AMAND**
**c/o Fernandez & Lauby LLP**
**4590 Allstate Drive**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Balance of stipulated Class Action Settlement related to employement classification.  Case no. CIVDS1617165**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,221,973.95 |
| 5b. Total claims from Part 2 | 5b. + | $ | 373,773.38 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,595,747.33 |

**Fill in this information to identify the case:**

Debtor name    **Hendrickson Truck Lines, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2019-27396-B-11**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 89 trailers Monthly lease payment: $132,950.00 Balance of lease obligation: $3,670,750.00**<br><br>**Debtor intends on ASSUMING lease with modifications.** |
| State the term remaining | **27 months** |
| List the contract number of any government contract | **19th Capital Group, LLC Attn: Legal Dept 9702 E. 30th Street Indianapolis, IN 46229** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Disputed lease for postage equipment.**<br><br>**Debtor intends on REJECTING lease.** |
| State the term remaining | |
| List the contract number of any government contract | **Pitney Bowes PO Box 856042 Louisville, KY 40285** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Copy machine lease $2,530/month**<br><br>**Debtor intends on ASSUMING lease.** |
| State the term remaining | **27 months** |
| List the contract number of any government contract | **Xerox Financial Services 45 Glover Avenue Norwalk, CT 06856** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name __Hendrickson Truck Lines, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF CALIFORNIA__

Case number (if known) __2019-27396-B-11__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Hendrickson Enterprises, Inc. | 7080 Florin Perkins Road Sacramento, CA 95828 | Daimler Chrysler Financial Services | ☐ D ____<br>☑ E/F __3.1__<br>☐ G ____ |
| 2.2 | Hendrickson Enterprises, Inc. | 7080 Florin Perkins Road Sacramento, CA 95828 | Coleson Investment Companies LLC | ☑ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Hendrickson Enterprises, Inc. | 7080 Florin Perkins Road Sacramento, CA 95828 | Transportation Alliance Bank | ☑ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Hendrickson Enterprises, Inc. | 7080 Florin Perkins Road Sacramento, CA 95828 | Transportation Alliance Bank | ☑ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Hendrickson Enterprises, Inc. | 7080 Florin Perkins Road Sacramento, CA 95828 | Transportation Alliance Bank | ☑ D __2.7__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Hendrickson Truck Lines, Inc. | Case number *(if known)* | 2019-27396-B-11 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Hendrickson Leasing Company Inc. | 7080 Florin Perkins Road Sacramento, CA 95828 | Daimler Chrysler Financial Services | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.7 | Hendrickson Leasing Company Inc. | 7080 Florin Perkins Road Sacramento, CA 95828 | Coleson Investment Companies LLC | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Hendrickson Leasing Company Inc. | 7080 Florin Perkins Road Sacramento, CA 95828 | Transportation Alliance Bank | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Hendrickson Leasing Company Inc. | 7080 Florin Perkins Road Sacramento, CA 95828 | Transportation Alliance Bank | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Hendrickson Leasing Company Inc. | 7080 Florin Perkins Road Sacramento, CA 95828 | Transportation Alliance Bank | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Ward Hendrickson | c/o Hendrickson Truck Lines, Inc. 7080 Florin Perkins Road Sacramento, CA 95828 | Daimler Chrysler Financial Services | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.12 | Ward Hendrickson | c/o Hendrickson Truck Lines, Inc. 7080 Florin Perkins Road Sacramento, CA 95828 | Transportation Alliance Bank | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Ward Hendrickson | c/o Hendrickson Truck Lines, Inc. 7080 Florin Perkins Road Sacramento, CA 95828 | Transportation Alliance Bank | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Hendrickson Truck Lines, Inc.** | Case number *(if known)* | **2019-27396-B-11** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Ward Hendrickson** | c/o Hendrickson Truck Lines, Inc. 7080 Florin Perkins Road Sacramento, CA 95828 | **Transportation Alliance Bank** | ■ D   **2.6** ☐ E/F _____ ☐ G _____ |
| 2.15 | **Ward Hendrickson** | c/o Hendrickson Truck Lines, Inc. 7080 Florin Perkins Road Sacramento, CA 95828 | **Coleson Investment Companies LLC** | ■ D   **2.3** ☐ E/F _____ ☐ G _____ |
| 2.16 | **Ward Hendrickson** | c/o Hendrickson Truck Lines, Inc. 7080 Florin Perkins Road Sacramento, CA 95828 | **Transportation Alliance Bank** | ■ D   **2.7** ☐ E/F _____ ☐ G _____ |
| 2.17 | **William Hendrickson** | c/o Hendrickson Truck Lines, Inc. 7080 Florin Perkins Road Sacramento, CA 95828 | **Transportation Alliance Bank** | ■ D   **2.5** ☐ E/F _____ ☐ G _____ |
| 2.18 | **William Hendrickson** | c/o Hendrickson Truck Lines, Inc. 7080 Florin Perkins Road Sacramento, CA 95828 | **Transportation Alliance Bank** | ■ D   **2.4** ☐ E/F _____ ☐ G _____ |
| 2.19 | **William Hendrickson** | c/o Hendrickson Truck Lines, Inc. 7080 Florin Perkins Road Sacramento, CA 95828 | **Transportation Alliance Bank** | ■ D   **2.6** ☐ E/F _____ ☐ G _____ |
| 2.20 | **William Hendrickson** | c/o Hendrickson Truck Lines, Inc. 7080 Florin Perkins Road Sacramento, CA 95828 | **Coleson Investment Companies LLC** | ■ D   **2.3** ☐ E/F _____ ☐ G _____ |

| Debtor | **Hendrickson Truck Lines, Inc.** | Case number *(if known)* | **2019-27396-B-11** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.21 | **William Hendrickson** | **c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828** | **Transportation Alliance Bank** | ■ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Hendrickson Truck Lines, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2019-27396-B-11**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$15,022,187.00** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$24,839,352.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$23,904,738.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Hendrickson Truck Lines, Inc.**                                    Case number *(if known)* **2019-27396-B-11**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached "List 5" detailed debits** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.   **Allied Universal**<br>**8950 Cal Center Drive**<br>**Sacramento, CA 95826** | **10/4/2019**<br>**10/24/2019** | **$13,431.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Security services** |
| 3.3.   **Davis Truck Painting**<br>**1550 S River Rd**<br>**West Sacramento, CA 95691** | **9/6/2019**<br>**9/18/2019**<br>**10/22/2019**<br>**10/22/2019** | **$12,068.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4.   **Dentoni's Truck Works**<br>**820 S Airport Way**<br>**Stockton, CA 95205** | **8/29/2019**<br>**9/9/2019**<br>**9/9/2019**<br>**10/10/2019**<br>**10/21/2019**<br>**10/28/2019** | **$36,353.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Service and Repair**<br>**work** |
| 3.5.   **Hawthorn Suites** | **10/15/2019**<br>**10/29/2019** | **$11,124.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Lodging services** |
| 3.6.   **Northwest Imaging Analysts LLC**<br>**2121 Natomas Crossing Dr. #200**<br>**Sacramento, CA 95834** | **11/8/2019**<br>**10/8/2019**<br>**9/11/2019** | **$14,594.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **IT Services** |
| 3.7.   **Peoplease Corporation**<br>**210 Wingo Way, Suite 400**<br>**Mount Pleasant, SC 29464** | **08/28/2019-1**<br>**1/27/2019** | **$2,133,345.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payroll (wages and tax**<br>**obligations)** |

Debtor    **Hendrickson Truck Lines, Inc.**          Case number *(if known)* **2019-27396-B-11**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Pilot Travel Centers LLC**<br>**5508 Lonas Road**<br>**Knoxville, TN 37909-3221** | **08/27/2019-1**<br>**1/26/2019** | **$913,335.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Fuel** |
| 3.9. **Riverview International Truck**<br>**2445 Evergreen Ave**<br>**West Sacramento, CA 95691** | **8/28/2019-11/**<br>**19/2019** | **$56,940.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Truck repair and parts** |
| 3.10. **Safety Kleen Systems**<br>**6000 88TH STREET**<br>**Sacramento, CA 95828** | **9/6/2019**<br>**9/6/2019**<br>**10/8/2019**<br>**10/28/2019** | **$7,741.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Utility services** |
| 3.11. **Xerox Financial Services**<br>**45 Glover Avenue**<br>**Norwalk, CT 06856** | **8/28/2019**<br>**10/8/2019**<br>**10/29/2019** | **$6,855.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Leased copy machine** |
| 3.12. **XRS Corporation**<br>**9276 Scranton Rd**<br>**San Diego, CA 92121** | **9/5/2019**<br>**10/25/2019** | **$7,128.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Logistics software** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Alban Lang**<br>**c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828**<br>**Officer** | **2018-2019** | **$175,500.00** | **Salary** |
| 4.2. **Ward Hendrickson**<br>**c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828**<br>**Officer** | **2018-2019** | **$208,000.00** | **Salary** |

Debtor    **Hendrickson Truck Lines, Inc.**    Case number *(if known)* **2019-27396-B-11**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **William Hendrickson**<br>**c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828**<br>**Shareholder/Officer** | **2018-2019** | **$52,000.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Hendrickson Truck Lines, Inc.**<br>**vs. Pavle Males, et. al.**<br>**C19-00446** | **Civil/Personal Injury** | **Superior Court of California,**<br>**County of Contra Costa**<br>**725 Court Street**<br>**Martinez, CA 94553** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Debtor    **Hendrickson Truck Lines, Inc.**        Case number *(if known)*   **2019-27396-B-11**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Law Offices of Gabriel Liberman, APC**<br>**2033 Howe Ave., STE 140**<br>**Sacramento, CA 95825**<br><br>**Email or website address**<br>**attorney@4851111.com**<br><br>**Who made the payment, if not debtor?** | **Attorney Fees** | **11/12/2019** | **$13,283.00** |
| 11.2.   **Law Offices of Gabriel Liberman, APC**<br>**2033 Howe Ave., STE 140**<br>**Sacramento, CA 95825**<br><br>**Email or website address**<br>**attorney@4851111.com**<br><br>**Who made the payment, if not debtor?** | **Filing Fee** | **11/12/2019** | **$1,717.00** |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Hendrickson Truck Lines, Inc. | Case number *(if known)* | 2019-27396-B-11 |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **MHC Kenworth (Dealership)**<br>**1524 N Corrington Avenue**<br>**Kansas City, MO 64120** | **Sold used tractors 312, 316, 317, 318 and**<br>**319. Sold for $25,000 each** | **12/14/2018** | **$125,000.00** |
| | Relationship to debtor<br>**None** | | | |

---

## Part 7: Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

| Debtor | **Hendrickson Truck Lines, Inc.** | Case number *(if known)* **2019-27396-B-11** |

case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Hendrickson Truck Lines, Inc.**     Case number *(if known)*  **2019-27396-B-11**

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **Hendrickson Trucking, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828** | **On June 19, 2015, Hendrickson Trucking, Inc. filed for bankruptcy protection in the Eastern District of California, Sacramento Division, case no. 2015-24947-B-11 (the "Prior Case").**<br><br>**On February 20, 2017, the Court entered its order [ECF No. 477] confirming Hendrickson Trucking, Inc.'s chapter 11 plan of reorganization (the "Plan"). Per the Plan, Hendrickson Trucking Inc. transferred all of its assets and liabilities, including the Plan's obligations to Hendrickson Truck Lines, Inc.** | EIN:  68-0318984<br><br>From-To  **1/3/1994 to 2/2017** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Alban Lang**<br>**c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828** | **April 2004 to present** |
| 26a.2.  **Charles Nicolson**<br>**729 Sunrise Avenue, Suite 303**<br>**Roseville, CA 95661** | **2013 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Alban Lang**<br>**c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Hendrickson Truck Lines, Inc.**        Case number *(if known)* **2019-27396-B-11**

☐ None

| Name and address |
| --- |
| 26d.1.    **Transportation Alliance Bank**<br>**4185 HARRISON BOULEVARD**<br>**SUITE 200**<br>**Ogden, UT 84403** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **William Hendrickson** | **c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828** | **Chairman of the Board** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Ward Hendrickson** | **c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828** | **President** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Alban Lang** | **c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828** | **Vice President, Chief Financial Officer and Secretary** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Hendrickson Truck Lines, Inc.**      Case number *(if known)* **2019-27396-B-11**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **William Hendrickson**<br>**c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828** | **$52,000** | **2018-2019** | **Salary** |
| | **Relationship to debtor**<br>**Shareholder/Officer** | | | |
| 30.2. | **Alban Lang**<br>**c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828** | **175,500** | **2018-2019** | **Salary** |
| | **Relationship to debtor**<br>**Officer** | | | |
| 30.3. | **Ward Hendrickson**<br>**c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828** | **$208,000** | **2018-2019** | **Salary** |
| | **Relationship to debtor**<br>**Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Hendrickson Truck Lines, Inc.**                                Case number *(if known)*  **2019-27396-B-11**

---

**Part 14:**  Signature and Declaration

      **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

      I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2019**

**/s/ Alban Lang**                                        **Alban Lang**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Financial Officer and Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Schedule #5**

**PAY 90 DAYS  8/27/19 TO 11/26/19 over 6,825**

| Date | Ref/Check | Payee | Amount |
|---|---|---|---|
| 10/4/2019 | 82505 | Allied Universal | (6,681.94) |
| 10/24/2019 | 82555 | Allied Universal | (6,749.09) |
| | | | (13,431.03) |
| | | | |
| 9/6/2019 | 82470 | Davis Truck Painting | (2,057.22) |
| 9/18/2019 | 82491 | Davis Truck Painting | (5,451.35) |
| 10/22/2019 | 82561 | Davis Truck Painting | (1,861.38) |
| 10/22/2019 | 82577 | Davis Truck Painting | (2,698.94) |
| | | | (12,068.89) |
| | | | |
| 8/29/2019 | 82436 | Dentonis | (6,101.55) |
| 9/9/2019 | 82451 | Dentonis | (3,303.84) |
| 9/9/2019 | 82469 | Dentonis | (5,306.74) |
| 10/10/2019 | 82511 | Dentonis | (6,532.85) |
| 10/21/2019 | 82543 | Dentonis | (12,548.69) |
| 10/28/2019 | 82559 | Dentonis | (2,560.03) |
| | | | (36,353.70) |
| | | | |
| 9/5/2019 | 82472 | Fleet Yards, Inc. | (3,850.00) |
| 10/8/2019 | 82514 | Fleet Yards, Inc. | (3,850.00) |
| 11/19/2019 | 82582 | Fleet Yards, Inc. | (3,850.00) |
| | | | (11,550.00) |
| | | | |
| 10/15/2019 | 82516 | Hawthorn Suites | (2,752.75) |
| 10/29/2019 | 82579 | Hawthorn Suites | (8,372.00) |
| | | | (11,124.75) |
| | | | |
| | | | |
| 8/28/2019 | 82459 | Riverview International | (4,524.84) |
| 9/5/2019 | 82477 | Riverview International | (5,559.94) |
| 9/10/2019 | 82487 | Riverview International | (1,671.92) |
| 9/18/2019 | 82496 | Riverview International | (2,654.81) |
| 9/25/2019 | 82498 | Riverview International | (3,587.07) |
| 10/3/2019 | 82501 | Riverview International | (7,137.37) |
| 10/10/2019 | 82541 | Riverview International | (1,621.74) |
| 10/16/2019 | 82549 | Riverview International | (6,877.44) |
| 10/22/2019 | 82566 | Riverview International | (5,352.70) |
| 10/30/2019 | 82580 | Riverview International | (1,656.82) |
| 11/13/2019 | 82583 | Riverview International | (14,926.58) |
| 11/19/2019 | 82590 | Riverview International | (1,369.60) |
| | | | (56,940.83) |
| | | | |

| Date | Check | Payee | Amount |
|---|---|---|---|
| 9/6/2019 | 82460 | Safety Kleen Systems | (892.16) |
| 9/6/2019 | 82482 | Safety Kleen Systems | (1,763.52) |
| 10/8/2019 | 82529 | Safety Kleen Systems | (401.35) |
| 10/28/2019 | 82569 | Safety Kleen Systems | (4,684.18) |
| | | | (7,741.21) |
| | | | |
| 8/28/2019 | 82446 | Xerox Financial Services | (2,977.53) |
| 10/8/2019 | 82538 | Xerox Financial Services | (3,581.04) |
| 10/29/2019 | 82575 | Xerox Financial Services | (296.88) |
| | | | (6,855.45) |
| | | | |
| 9/5/2019 | 82486 | XRS Corp | (3,564.00) |
| 10/25/2019 | 82576 | XRS Corp | (3,564.00) |
| | | | (7,128.00) |
| | | | |
| 11/8/2019 | ACH | NORTHWEST IMAGING (IT services) | (4,864.75) |
| 10/8/2019 | ACH | NORTHWEST IMAGING (IT services) | (4,864.75) |
| 9/11/2019 | ACH | NORTHWEST IMAGING (IT services) | (4,864.75) |
| | | | (14,594.25) |
| | | | |
| 11/26/2019 | ACH | PILOT (fuel) | (31,686.79) |
| 11/25/2019 | ACH | PILOT (fuel) | (27,290.45) |
| 11/21/2019 | ACH | PILOT (fuel) | (22,555.03) |
| 11/19/2019 | ACH | PILOT (fuel) | (35,152.88) |
| 11/18/2019 | ACH | PILOT (fuel) | (23,077.87) |
| 11/14/2019 | ACH | PILOT (fuel) | (26,027.07) |
| 11/13/2019 | ACH | PILOT (fuel) | (39,171.06) |
| 11/12/2019 | ACH | PILOT (fuel) | (22,411.77) |
| 11/7/2019 | ACH | PILOT (fuel) | (22,098.93) |
| 11/5/2019 | ACH | PILOT (fuel) | (32,677.58) |
| 11/4/2019 | ACH | PILOT (fuel) | (27,164.74) |
| 10/31/2019 | ACH | PILOT (fuel) | (23,346.74) |
| 10/29/2019 | ACH | PILOT (fuel) | (37,305.33) |
| 10/28/2019 | ACH | PILOT (fuel) | (24,190.84) |
| 10/24/2019 | ACH | PILOT (fuel) | (22,010.10) |
| 10/22/2019 | ACH | PILOT (fuel) | (27,561.80) |
| 10/21/2019 | ACH | PILOT (fuel) | (25,811.87) |
| 10/17/2019 | ACH | PILOT (fuel) | (18,563.67) |
| 10/16/2019 | ACH | PILOT (fuel) | (30,887.67) |
| 10/15/2019 | ACH | PILOT (fuel) | (27,461.94) |
| 10/10/2019 | ACH | PILOT (fuel) | (21,664.89) |
| 10/8/2019 | ACH | PILOT (fuel) | (35,492.65) |
| 10/7/2019 | ACH | PILOT (fuel) | (26,476.70) |
| 10/3/2019 | ACH | PILOT (fuel) | (16,236.71) |
| 10/1/2019 | ACH | PILOT (fuel) | (20,585.71) |
| 9/30/2019 | ACH | PILOT (fuel) | (19,135.61) |
| 9/26/2019 | ACH | PILOT (fuel) | (16,901.84) |

| | | | |
|---|---|---|---|
| 9/24/2019 | ACH | PILOT (fuel) | (21,312.62) |
| 9/23/2019 | ACH | PILOT (fuel) | (23,888.25) |
| 9/19/2019 | ACH | PILOT (fuel) | (13,385.74) |
| 9/17/2019 | ACH | PILOT (fuel) | (16,347.92) |
| 9/16/2019 | ACH | PILOT (fuel) | (14,938.36) |
| 9/12/2019 | ACH | PILOT (fuel) | (10,872.03) |
| 9/10/2019 | ACH | PILOT (fuel) | (16,444.54) |
| 9/9/2019 | ACH | PILOT (fuel) | (13,307.14) |
| 9/5/2019 | ACH | PILOT (fuel) | (9,832.97) |
| 9/4/2019 | ACH | PILOT (fuel) | (15,716.18) |
| 9/3/2019 | ACH | PILOT (fuel) | (18,916.22) |
| 8/29/2019 | ACH | PILOT (fuel) | (18,063.70) |
| 8/27/2019 | ACH | PILOT (fuel) | (17,361.48) |
| | | | (913,335.39) |
| | | | |
| | | | |
| 11/21/2019 | ACH | Peoplease Corp | (238,917.97) |
| 11/21/2019 | ACH | Peoplease Corp | (52,233.25) |
| 11/7/2019 | ACH | Peoplease Corp | (235,760.45) |
| 11/7/2019 | ACH | Peoplease Corp | (49,533.74) |
| 10/24/2019 | ACH | Peoplease Corp | (322,868.44) |
| 10/10/2019 | ACH | Peoplease Corp | (271,971.50) |
| 10/10/2019 | ACH | Peoplease Corp | (58,046.99) |
| 9/26/2019 | ACH | Peoplease Corp | (288,705.94) |
| 9/12/2019 | ACH | Peoplease Corp | (299,833.99) |
| 8/29/2019 | ACH | Peoplease Corp | (315,473.53) |
| | | | (2,133,345.80) |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re  **Hendrickson Truck Lines, Inc.**                           Case No. _____
                                                    Debtor(s)          Chapter        **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................... $   **SEE ATTACHMENT**

Prior to the filing of this statement I have received .......................... $   **SEE ATTACHMENT**

Balance Due ............................................................................... $                **0.00**

2.    $   **0.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify):

4.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify):

5.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Other general bankruptcy counseling.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **An attorney who is retained to represent a debtor in a bankruptcy case constitutes an appearance for all purposes in the case, including, without limitation, motions for relief from the automatic stay, motions to avoid liens, objections to claims, and reaffirmation agreements.  However, an appearance in the bankruptcy case for a party does not require the attorney to appear for that party in an adversary proceeding**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 23, 2019**                              **/s/ Gabriel E. Liberman**
_Date_                                             **Gabriel E. Liberman**
                                                   _Signature of Attorney_
                                                   **Law Offices of Gabriel Liberman, APC**
                                                   **2033 Howe Ave., STE 140**
                                                   **Sacramento, CA 95825**
                                                   **916-485-1111  Fax: 916-485-1111**
                                                   **attorney@4851111.com**
                                                   _Name of law firm_

---

In re  **Hendrickson Truck Lines, Inc.** _____  Case No.  **2019-27396** _____

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
**Attachment B**

Debtor agreed to pay the Law Offices of Gabriel Liberman, APC (the "FIRM") a fee for legal services rendered in the present Chapter 11 Bankruptcy proceeding based on the following fees schedule:

|  |  |
|---|---|
| Gabriel E. Liberman | $300.00 per hour |
| Legal Assistants | $150.00 per hour |

plus cost.

Debtor paid a retainer of $15,000.00 to the FIRM before the filing of Debtor's Voluntary Petition Under Chapter 11. The source of these funds was the Debtor. The FIRM applied $15,000 of the retainer to fees and costs incurred before the filing of Debtor's Chapter 11 case. The balance of the retainer is $0.00.

All fees and costs incurred by the FIRM after November 27, 2019, the Petition Date, will be paid after an Application for Allowance of Attorneys Fees and Costs is approved by the bankruptcy Court as a part of Debtor's case.

# United States Bankruptcy Court
## Eastern District of California

In re    **Hendrickson Truck Lines, Inc.**      Case No.    **2019-27396-B-11**

Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William Hendrickson**<br>**c/o Hendrickson Truck Lines, Inc.**<br>**7080 Florin Perkins Road**<br>**Sacramento, CA 95828** | | **1000** | **Common stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Chief Financial Officer and Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 23, 2019**       Signature   **/s/ Alban Lang**

                                                   **Alban Lang**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.