**2**

**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Gabe@4851111.com
2033 Howe Avenue, Suite 140
Sacramento, California 95825
Telephone:      (916) 485-1111
Facsimile:      (916) 485-1111

Proposed Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>**HENDRICKSON TRUCK LINES, INC.**<br><br>FEIN: 47-1616076<br><br><br><br>Debtor. | Case No. 2019-27396-B-11<br>DCNS:  GEL-2<br><br>Date:       January 7, 2020<br>Time:       2:00 p.m.<br>Location:  501 I Street, 6th floor,<br>              Courtroom ;<br>              Sacramento, CA<br><br>Judge:     Honorable Christopher D. Jaime |

**SECOND SUPPLEMENTAL DECLARATION OF ALBAN LANG IN SUPPORT OF DEBTOR'S CHAPTER 11 PETITION, FIRST DAY MOTIONS:  (1) DEBTOR-IN-POSSESSION FINANCING MOTION; (2)  PRE-PETITION WAGE MOTION; AND CASH COLLATERAL MOTION**

I, Alban Lang, hereby declare as follows:

1.   I am over the age of 18 and am mentally competent and I make this SECOND supplemental declaration in support of the Wage Motion[1] which was approved on an interim basis on December 2, 2019 and scheduled for final hearing and approval for January 7, 2020;

2.   I am the vice president, chief financial officer and secretary of HENDRICKSON TRUCK LINES, INC., the debtor and debtor-in-possession ("Debtor"). In my capacity as Debtor's vice president, chief financial officer and secretary, I am familiar with Debtor's daily business, operations, and financial affairs. Except as otherwise indicated, all of the facts set forth in this

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Wage Motion.

Declaration are based upon my personal knowledge of Debtor's operations and finances, information learned from my review of relevant documents, and information supplied to me by other members of Debtor's management and Debtor's business and legal advisors. If called upon to testify as to the content of this Declaration, I could and would do so;

3.   Following the 341 Meeting of Creditors, which took place and was concluded on December 30, 2019, the United States Trustee's Office requested clarification on (i) the structure of Debtor's employees as Debtor leases employees from People Lease; and (ii) Debtor's outstanding obligations to Kaiser Permanente related to employee health care benefits.

4.   Debtor utilizes a third-party company called People Lease, whereby People Lease acts as Debtor's human resource department and conducts pre-employment screening, termination procedures and employee record management. Each payroll period, Debtor wires the necessary Payroll Obligations, excluding Employee Health Benefit premiums, to People Lease. Debtor's officers, William Hendrickson, Ward Hendrickson and Alban Lang are the only employees that are paid directly by Debtor and not part of the People Lease payroll.

5.   Debtor directly pays the monthly premium to Kaiser Permanente for its Employee Health Benefits, which averages $44,000 per month. As of the Petition Date, Debtor was three months behind its premium which totaled $132,890.00. The total amount was listed in the Wage Motion and was approved in the Interim Order to be paid. As of today, Debtor has not paid any of this amount to Kaiser and this supplement is being filed to clarify the amount owed and further authorization to pay these obligations to ensure its employees are protected.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 31st day of December, 2019

/s/ Alban Lang
Alban Lang
Vice President of Debtor