**5**

**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Gabe@4851111.com
2033 Howe Avenue, Suite 140
Sacramento, California 95825
Telephone: (916) 485-1111
Facsimile: (916) 485-1111

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>**HENDRICKSON TRUCK LINES, INC.**<br><br>FEIN: 47-1616076<br><br><br><br>Debtor. | Case No. 2019-27396-B-11<br>DCN: GEL-3<br><br>Date: January 7, 2020<br>Time: 2:00 p.m.<br>Location: 501 I Street, 6th floor,<br>Courtroom ;<br>Sacramento, CA<br><br>Judge: Honorable Christopher D. Jaime |

**ORDER AUTHORIZING DEBTOR ON FINAL BASIS
(I) USE OF CASH COLLATERAL AND (II) APPROVING
ADEQUATE PROTECTION TO PREPETITION LENDER**

Hendrickson Truck Lines, Inc., debtor and debtor-in-possession ("Debtor"), filed its

Emergency Motion for Order (i) Authorizing Debtor's Use of Cash Collateral for the period of

November 27, 2019 to December 31, 2019, (ii) Approving Adequate Protection to PrePetition

Lender and (iii) Scheduling a Final Hearing to consider entry of an order granting the relief

requested in the Motion in a Final Order [ECF Nos. 15-17] (the "Motion"),[1] which came on for

hearing before the above-captioned Court on December 3, 2019 at 9:30 a.m. (the "Interim

Hearing"). On December 4, 2019, the Court entered an Order approving the Motion on an interim

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Motion.

RECEIVED
January 10, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006665589

basis. [ECF No. 30] (the "<u>Interim Order</u>"). The matter was continued to January 7, 2020 at 2:00 p.m. for approval on a final basis.

On January 7, 2020, the matter came before the Honorable Christopher D. Jaime, all appearances were noted in the record of the Hearing. The Court reviewed the Motion and other pleadings on file and heard and considered the argument of counsel. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Motion, which findings of fact and conclusions of law are incorporated herein by this reference in accordance with Fed. R. Civ. P. 52, as made applicable by Fed. R. Bankr. P. 9014. It appearing that the relief requested is necessary to preserve the Debtor's ongoing operations and necessary to avoid immediate and irreparable harm, and is in the best interests of Debtor, its estate, and its creditors; and in the light of the circumstances and the emergency nature of the relief requested; and after due deliberation and sufficient cause appearing therefor,

BASED UPON THE RECORD ESTABLISHED AT THE FINAL HEARING BY THE DEBTOR, THE COURT HEREBY MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:

**IT IS HEREBY ORDERED THAT:**

1.      <u>Motion Granted</u>. The Motion is **GRANTED IN PART** on a final basis to the extent set forth herein.

2.      <u>Authorization to Use Cash Collateral</u>. Pursuant to Bankruptcy Code sections 105(a), 363(b), and 363(c)(2), the Debtor is authorized to use Cash Collateral in the amount of $80,000.00, to the extent funds are available under the pre-petition agreement with TAB, on a final basis in the amounts and for the purposes identified in the cash collateral budget, , as set forth in the Budget, excepting payments on secured debt, attached hereto as **Exhibit 1** (the

"Budget") through November 27, 2019 and including December 31, 2019. All cash collateral use must be in accordance with the terms of the Budget, subject to cumulative variances of no more than 15% each per month for disbursements and collections (the "Permitted Variance").

3.    Post-Petition Pre-Hearing Use of Cash Collateral.  After the Petition Date, but prior to the hearing on the Motion, the Debtor required use of Cash Collateral held by Transportation Alliance Bank dba TAB Bank ("TAB") to fund the Debtor's operations from the Petition Date until the hearing on the Motion.  TAB consented to the use of up to $80,000.00 of Cash Collateral through December 3, 2019, subject to TAB receiving a post-petition replacement lien.  TAB's authorization of these payments is hereby authorized and ratified. TAB shall not have any liability under 11 U.S.C. §549 with respect to the provisions of this order.

4.    TAB is authorized to continue collection of the pre-petition accounts from account debtors pursuant to the pre-petition agreement with TAB (the "Pre-Petition Accounts").

5.    Adequate Protection. In consideration for the use of the Cash Collateral, TAB is granted adequate protection as follows:

a.    Replacement Lien. Pursuant to Bankruptcy Code sections 361, 363(e), and 364, and except as to otherwise validly perfected and unavoidable liens existing as of the Petition Date, Tab is granted a replacement security interest and lien in the assets of the Debtor to the same extent and priority granted toTAB pursuant to the Prepetition Loan Documents (the "Adequate Protection Replacement Lien"). However, for the avoidance of doubt, nothing in this Order shall encumber any causes of action available under Chapter 5 of the Bankruptcy Code.

c.    No Binding Effect: For the avoidance of doubt, no admissions by the Debtor in the Motion or related documents with respect to the validity, perfection, amount

-3-

or priority of TAB's pre-petition lien or debt shall be binding on any party other than the Debtor.

6.    <u>Retention of Jurisdiction</u>. The Court shall retain jurisdiction over any matters arising from or relating to the implementation and interpretation of this Order.

Approved as to form:


OFFICE OF THE UNITED STATES TRUSTEE


By: _____

Jason Blumberg
Attorney for the United States Trustee


**Dated:** January 11, 2020


Christopher D. Jaime, Judge
United States Bankruptcy Court

-4-

**EXHIBIT "1"**

| DATE | USE OF TAB BANK'S CASH | AMOUNT |
|------|------------------------|--------|
| 11/28/2019 | Thanksgiving - HOLIDAY | - |
| 11/29/2019 | Airline tickets for drivers | 1,467.32 |
| | Bus tickets for drivers | 14.99 |
| | Web driver recruiting | 399.31 |
| | Driver orientation expenses | 106.30 |
| | Truck Fastrak expense | 505.00 |
| | Driver Pegasus transflo scanning | 112.28 |
| | Pilot on the road fuel purchases | 18,652.26 |
| 12/2/2019 | Pilot on the road fuel purchases | 15,248.87 |
| | Secured Property monthly payment - Coleson Investment Companies LLC | 5,085.66 |
| | Truck prepass prepaid | 3,011.11 |
| | Driver orientation expenses | 181.87 |
| | Road repairs | 1,000.00 |
| **PROJECTED** | | |
| 12/3/2019 | Pilot on the road fuel purchases | 21,169.90 |
| | Truck repairs Riverview | 3,120.69 |
| | | |
| | | |
| | Total | 70,075.56 |

-5-