# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

: [CASE NAME]
*HENDRICKSON TRUCK LINES, INC.*

Case No. **19-27396**

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: **12/31/19**     PETITION DATE: **11/27/19**

Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in **$1**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| **Asset and Liability Structure** | | | |
| a. Current Assets | 3642259 $0 | 3391771 | |
| b. Total Assets | 6342270 $0 | 6089060 | 6089060 |
| c. Current Liabilities | 4001240 $0 | 3569094 | |
| d. Total Liabilities | 9536346 $0 | 9261143 | 9261143 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $0 | | $0 |
| b. Total Disbursements | $0 | | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | 98902 $0 | $0 | 98902 $0 |
| d. Cash Balance Beginning of Month | 127391 $0 | $0 | 127391 $0 |
| e. Cash Balance End of Month (c + d) | 226293 $0 | $0 | 226293 $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| Profit/(Loss) from the Statement of Operations | <21993> $0 | | <21993> $0 |
| Account Receivables (Pre and Post Petition) | 2905705 $0 | | |
| Post-Petition Liabilities | 9536346 $0 | | |
| Past Due Post-Petition Account Payables (over 30 days) | 0 $0 | | |

e end of this reporting month:

| | Yes | No |
|---|---|---|
| Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| Is the estate insured for replacement cost of assets and for general liability? | X | |
| Are a plan and disclosure statement on file? | | X |
| Was there any post-petition borrowing during this reporting period? | | X |

Check if paid: Post-petition taxes **X** ;     U.S. Trustee Quarterly Fees **X** ;   Check if filing is current for: Post-petition tax reporting and tax returns: **X**
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

are under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry e these documents are correct.

**1/20/20**

_(ALBAN LANG, VP+CFO)_
Responsible Individual

Revised 3/15/99

## STATEMENT OF OPERATIONS
### (General Business Case) 12/31/19
For the Month Ended _____12/31/19_____

| Actual | Current Month Forecast | Variance | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| 1713183 | | | **Revenues:** | | | |
| | | $0 | 1 | Gross Sales | 1713183 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| 1713183 $0 | $0 | $0 | 10 | Total Revenues | 1713183 $0 | $0 |
| | | | | **Expenses:** | | |
| 25817 | | $0 | 11 | Compensation to Owner(s)/Officer(s) | 25817 | |
| 531595 | | $0 | 12 | Salaries | 531595 | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| 121227 | | $0 | 17 | Insurance | 121227 | |
| | | $0 | 18 | Management Fees | | |
| 12452 | | $0 | 19 | Depreciation | 12452 | |
| | | | | Taxes: | | |
| 51404 | | $0 | 20 | Employer Payroll Taxes | 51404 | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| 365227 | | $0 | 24 | Other Administrative | 365227 | |
| 20395 | | $0 | 25 | Interest | 20395 | |
| | | $0 | 26 | Other Expenses: | | |
| 607059 | | $0 | 27 | FUEL MAINTENANCE + OTHERS | 607059 | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| 1735176 $0 | $0 | $0 | 35 | Total Expenses | 1735176 $0 | $0 |
| 21993 $0 | $0 | $0 | 36 | Subtotal | 21993 $0 | $0 |
| | | | | **Reorganization Items:** | | |
| 0 | | $0 | 37 | Professional Fees | 0 | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| 0 | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | 0 | |
| 0 | | $0 | 40 | Gain or (Loss) from Sale of Equipment | 0 | |
| 0 | | $0 | 41 | U.S. Trustee Quarterly Fees | 0 | |
| | | $0 | 42 | | | |
| 0 $0 | $0 | $0 | 43 | Total Reorganization Items | 0 $0 | $0 |
| 21993 $0 | $0 | $0 | 44 | Net Profit (Loss) Before Federal & State Taxes | 21993 $0 | $0 |
| 0 | | $0 | 45 | Federal & State Income Taxes | 0 | |
| 21993 $0 | $0 | $0 | 46 | Net Profit (Loss) | 21993 $0 | $0 |

an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 3/15/99

**BALANCE SHEET**
(General Business Case)
For the Month Ended _____ 12/31/19

Assets

|  |  | From Schedules | Market Value |  |
|---|---|---|---|---|
| | **Current Assets** | | | |
| 1 | Cash and cash equivalents - unrestricted | | 226293 | |
| 2 | Cash and cash equivalents - restricted | | | |
| 3 | Accounts receivable (net) | A | 2905705 | $0 |
| 4 | Inventory | B | 58665 | $0 |
| 5 | Prepaid expenses | | 451596 | |
| 6 | Professional retainers | | | |
| 7 | Other: | | | |
| 8 | | | | |
| 9 | **Total Current Assets** | | 3642259 | $0 |
| | **Property and Equipment (Market Value)** | | | |
| 0 | Real property | C | 920319 | $0 |
| 1 | Machinery and equipment | D | 378542 | $0 |
| 2 | Furniture and fixtures | D | | $0 |
| 3 | Office equipment | D | | $0 |
| 4 | Leasehold improvements | D | 74040 | $0 |
| 5 | Vehicles | D | | $0 |
| 5 | Other: | D | | |
| 7 | | D | | |
| 3 | | D | | |
| 9 | | D | | |
| 0 | | D | | |
| l | **Total Property and Equipment** | | 1372901 | $0 |
| | **Other Assets** | | | |
| ! | Loans to shareholders | | 1327010 | |
| | Loans to affiliates | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Total Other Assets** | | 100 | $0 |
| | **Total Assets** | | 6342270 | $0 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | 391664 |
| 31 | Payroll taxes | | | 16466 |
| 32 | Real and personal property taxes | | | 23875 |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | | 667264 |
| 36 | Accounts payable (trade) | A | | 336987 $0 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: | | | 2665084 |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | 4001340 $0 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | 5535006 |
| 46 | **Total Post-Petition Liabilities** | | | $0 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---|
| Secured claims | F | | $0 |
| Priority unsecured claims | F | | $0 |
| General unsecured claims | F | | $0 |
| **Total Pre-Petition Liabilities** | | | $0 |
| **Total Liabilities** | | | 9536346 $0 |

**Equity (Deficit)**

| | |
|---|---|
| Retained Earnings/(Deficit) at time of filing | < 3750114 > |
| Capital Stock | 10100 |
| Additional paid-in capital | 567931 |
| Cumulative profit/(loss) since filing of case | < 21993 > |
| Post-petition contributions/(distributions) or (draws) | |
| Market value adjustment | |
| **Total Equity (Deficit)** | < 3194076 > $0 |
| **Total Liabilities and Equity (Deficit)** | 6342270 $0 |

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET
### (General Business Case)

**Schedule A**
Accounts Receivable and (Net) Payable

| | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| ...ivables and Payables Agings | | | |
| ..-30 Days | 1320308 | 104496 | |
| ...-60 Days | 727389 | 131791 | |
| ...-90 Days | 592815 | | 0 　$0 |
| ...+ Days | 295193 | | |
| ...tal accounts receivable/payable | 2935705　$0 | 236787 $0 | |
| ...lowance for doubtful accounts | <30000> | | |
| ...ccounts receivable (net) | 2905705　$0 | | |

**Schedule B**
Inventory/Cost of Goods Sold

| ..s and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| | | Net purchase | |
| ..tail/Restaurants - ..roduct for resale | | Direct labor | |
| | | Manufacturing overhead | |
| ..stribution - ..roducts for resale | | Freight in | |
| | | Other: | |
| ..anufacturer - | | | |
| ..aw Materials | | | |
| ..Vork-in-progress | | Less - | |
| ..inished goods | | Inventory End of Month | |
| | | Shrinkage | |
| ..her - Explain | | Personal Use | |
| | | | |
| TOTAL | $0 | Cost of Goods Sold | $0 |

..ethod of Inventory Control
.. you have a functioning perpetual inventory system?
　　　　Yes＿＿＿　No＿＿＿
..w often do you take a complete physical inventory?

..eekly ＿＿＿
..onthly ＿＿＿
..uarterly ＿＿＿
..emi-annually ＿＿＿
..nnually ＿＿＿
..f last physical inventory was ＿＿＿＿＿＿

..f next physical inventory is ＿＿＿＿＿＿

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
　FIFO cost ＿＿
　LIFO cost ＿＿
　Lower of cost or market ＿＿
　Retail method ＿＿
　Other ＿＿
　　Explain

Revised 3/15/99

## Schedule C
## Real Property

| :cription | Cost | Market Value |
|---|---|---|
| | 920319 | NOT AVAIL |
| | | |
| | | |
| | | |
| Total | 920319  $0 | $0 |

## Schedule D
## Other Depreciable Assets

| :cription | Cost | Market Value |
|---|---|---|
| :hinery & Equipment - | 378542 | Not AVAIL |
| | | |
| Total | 378542  $0 | $0 |
| :iture & Fixtures - | | |
| | | |
| Total | $0 | $0 |
| :e Equipment - | | |
| | | |
| Total | $0 | $0 |
| :hold Improvements - | 74040 | |
| | | |
| Total | 74040  $0 | $0 |
| :les - | | |
| | | |
| Total | 137290 $0 | $0 |

### Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| es Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| ral | | | | | |
|   Income Tax Withholding | | | | | $0 |
|   FICA - Employee | | | | | $0 |
|   FICA - Employer | | | | | $0 |
|   Unemployment (FUTA) | | | | | $0 |
|   Income | | | | | $0 |
|   Other (Attach List) | | | | | $0 |
| l Federal Taxes | $0 | $0 | $0 | $0 | $0 |
| e and Local | | | | | |
|   Income Tax Withholding | | | | | $0 |
|   Unemployment (UT) | | | | | $0 |
|   Disability Insurance (DI) | | | | | $0 |
|   Empl. Training Tax (ETT) | | | | | $0 |
|   Sales | | | | | $0 |
|   Excise | | | | | $0 |
|   Real property | 23875 | | | | $0 |
|   Personal property | | | | | $0 |
|   Income | | | | | $0 |
|   Other (Attach List) | | | | | $0 |
| l State & Local Taxes | 23875 $0 | $0 | $0 | $0 | $0 |
| l Taxes | 23875 $0 | $0 | $0 | $0 | $0 |

### Schedule F
### Pre-Petition Liabilities

| Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | 8596854 | 8596854 |
| Priority claims other than taxes | | |
| Priority tax claims | 121974 | 121974 |
| General unsecured claims | 373773 | 373773 |

(a)    List total amount of claims even it under secured.

(b)    Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

### Schedule G
### Rental Income Information
### Not applicable to General Business Cases

### Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| nt Type | | | | |
| nt No. | | | | |
| nt Purpose | | | | |
| e, End of Month | | | | |
| unds on Hand for all Accounts | $0 | | | |

copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended 12/31/19

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | 1664502 | 1664502 |
| Cash Received from Sales | | |
| Interest Received | | |
| Borrowings | | |
| Funds from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| | | |
| | | |
| | | |
| | | |
| **Total Cash Receipts** | $0 | $0 |
| **Cash Disbursements** | | |
| Payments for Inventory | | |
| Selling | | |
| Administrative | 365227 | 365227 |
| Capital Expenditures | | |
| Principal Payments on Debt | 4438 | 4438 |
| Interest Paid | 20395 | 20395 |
| Rent/Lease: | | |
|   Personal Property | | |
|   Real Property | | |
| Amount Paid to Owner(s)/Officer(s) | | |
|   Salaries | 25817 | 25817 |
|   Draws | | |
|   Commissions/Royalties | | |
|   Expense Reimbursements | | |
|   Other | | |
| Salaries/Commissions (less employee withholding) | 531595 | 531595 |
| Management Fees | | |
| Taxes: | | |
|   Employee Withholding | | |
|   Employer Payroll Taxes | 51404 | 51404 |
|   Real Property Taxes | | |
|   Other Taxes | | |
| Other Cash Outflows: | | |
|   OTHER OPERATING EXPENSES | 566724 | 566724 |
| | | |
| | | |
| | | |
| **Total Cash Disbursements:** | 1565600 $0 | 1565600 $0 |
| **Net Increase (Decrease) in Cash** | 98902 $0 | 98902 $0 |
| **Cash Balance, Beginning of Period** | 127391 | 127391 |
| **Cash Balance, End of Period** | 226293 $0 | 226293 $0 |

Revised 3/15/99

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended _____

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | | |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | | |
| Cash Paid for Selling Expenses | | |
| Cash Paid for Administrative Expenses | | |
| Cash Paid for Rents/Leases: | | |
|     Personal Property | | |
|     Real Property | | |
| Cash Paid for Interest | | |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
|     Salaries | | |
|     Draws | | |
|     Commissions/Royalties | | |
|     Expense Reimbursements | | |
|     Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
|     Employer Payroll Tax | | |
|     Employee Withholdings | | |
|     Real Property Taxes | | |
|     Other Taxes | | |
| Cash Paid for General Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | $0 |
| **Cash Flows From Reorganization Items** | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | | |
| **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | $0 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | $0 |
| **Cash and Cash Equivalents at Beginning of Month** | | |
| **Cash and Cash Equivalents at End of Month** | $0 | $0 |

Revised 3/15/99



**BANK OF THE WEST**
**BNP PARIBAS**

P.O. Box 2830, Omaha, NE 68103-2830

## Account Statement

December 1, 2019 - December 31, 2019

Page 1 of 6



>017821 3757847 0001 008230 10Z
HENDRICKSON TRUCK LINES INC
7080 FLORIN PERKINS RD
SACRAMENTO CA 95828-2609

## At your service

 bankofthewest.com

 1-800-488-2265

1-800-659-5495 TTY

## New online and mobile services!

Enjoy these new online card services: Online statements - Online and recurring payments - Dispute transactions - Travel notices - PIN change - Account alerts - Replacement cards - Card activation - Lock/unlock your card.

Simply log into your account at www.bankofthewest.com and go to the Services and Support page or on your mobile device on the More screen.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## CLASSIC BUSINESS CHECKING ███ 2772

HENDRICKSON TRUCK LINES INC



### ACCOUNT SUMMARY

| | |
|---|---|
| **Beginning Balance** | **$0.00** |
| 29 Credits | 1,722,093.27 |
| 2 Deposits | 881.84 |
| 119 Withdrawals | -1,264,510.40 |
| 24 Checks | -66,800.38 |
| **Ending Balance** | **$391,664.33** |

### EARNINGS SUMMARY

| | |
|---|---|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $143,670.13 |

*(handwritten)* + 701⁵⁰
*(handwritten)* 392,365⁸³

**For your protection:**

Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.




Member FDIC — EQUAL HOUSING LENDER



**Account Statement**

December 1, 2019 - December 31, 2019

## CLASSIC BUSINESS CHECKING  xxx-xx2772 *(continued)*

ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|------|--------|-------------|
| 12/02 | $10.00 | SERVICE CHG REBATE VALUED CUSTOMER MONTHLY SERVICE CHARGE REBATE |
| 12/05 | 2,500.00 | ONLINE TRANSFER TRANSFER FROM MONEY MKT***-**5693 |
| 12/05 | 3,000.00 | ONLINE TRANSFER TRANSFER FROM CHECKING ***-**5198 |
| 12/05 | 99,757.59 | INCOMING WIRE REFERENCE # 191205007850 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/05 | 223,687.26 | INCOMING WIRE REFERENCE # 191205004730 WIRE CREDIT SENDING BANK REFERENCE # 201912050951 2289 |
| 12/06 | 77,605.66 | INCOMING WIRE REFERENCE # 191206005793 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/09 | 59,298.20 | INCOMING WIRE REFERENCE # 191209004605 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/10 | 104,285.18 | INCOMING WIRE REFERENCE # 191210005891 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/11 | 83,456.30 | INCOMING WIRE REFERENCE # 191211005084 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/12 | 35,702.77 | INCOMING WIRE REFERENCE # 191212006787 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/12 | 50,000.00 | ONLINE TRANSFER TRANSFER FROM CHECKING ***-**5198 |
| 12/13 | 92,094.14 | INCOMING WIRE REFERENCE # 191213006869 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/16 | 464.69 | POS CREDIT SOUTHWES 5262149683075 800-435-9792 TX ON 191216 #8000 |
| 12/16 | 94,866.82 | INCOMING WIRE REFERENCE # 191216006405 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/17 | 125,929.97 | INCOMING WIRE REFERENCE # 191217008253 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/18 | 72,950.74 | INCOMING WIRE REFERENCE # 191218005628 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/19 | 107,036.25 | INCOMING WIRE REFERENCE # 191219005634 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/20 | 56,256.03 | INCOMING WIRE REFERENCE # 191220005938 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/23 | 55,815.18 | INCOMING WIRE REFERENCE # 191223005775 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/24 | 343.98 | POS CREDIT SOUTHWES 5262152327064 800-435-9792 TX ON 191224 #7733 |
| 12/24 | 343.98 | POS CREDIT SOUTHWES 5262152413554 800-435-9792 TX ON 191224 #7733 |
| 12/24 | 151,534.54 | INCOMING WIRE REFERENCE # 191224007495 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/26 | 398.98 | POS CREDIT SOUTHWES 5262152699510 800-435-9792 TX ON 191225 #7733 |
| 12/26 | 28,276.52 | INCOMING WIRE REFERENCE # 191226006617 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/27 | 44,358.24 | INCOMING WIRE REFERENCE # 191227007160 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/30 | 254.98 | POS CREDIT SOUTHWES 5262151627928 800-435-9792 TX ON 191229 #8000 |
| 12/30 | 274.98 | POS CREDIT SOUTHWES 5262152034119 800-435-9792 TX ON 191229 #8000 |
| 12/30 | 73,415.56 | INCOMING WIRE REFERENCE # 191230006284 WIRE CREDIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/31 | 78,174.73 | INCOMING WIRE REFERENCE # 191231007847 WIRE CREDIT SENDING BANK REFERENCE # NONREF S |

**29 credits for a total of $1,722,093.27**

### Deposits

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 12/10 | $750.00 | 12/27 | $131.84 |

**2 deposits for a total of $881.84**

### Withdrawals

| Date | Amount | Description |
|------|--------|-------------|
| 12/02 | $10.00 | MONTHLY SVC CHG PREVIOUS PERIOD ACTIVITY RESULTED IN MONTHLY SERVICE CHARGE |
| 12/05 | 5,000.00 | OUTGOING WIRE REFERENCE # 191205008923 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/05 | 15,000.00 | OUTGOING WIRE REFERENCE # 191205008825 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/05 | 305,501.38 | OUTGOING WIRE REFERENCE # 191205008712 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/05 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191205004730 2289 |
| 12/05 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191205007850 2289 |
| 12/05 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191205008712 2289 |
| 12/05 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191205008825 2289 |
| 12/05 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191205008923 2289 |

  



## Account Statement

December 1, 2019 - December 31, 2019

Page **3** of **6**

## CLASSIC BUSINESS CHECKING  xxx-xx2772 *(continued)*

ACCOUNT DETAIL

### Withdrawals

| Date | Amount | Description |
|------|-------:|-------------|
| 12/06 | $15.00 | WIRE IN FEE INCOMING WIRE REF # 191206005793 2289 |
| 12/09 | 10,000.00 | OUTGOING WIRE REFERENCE # 191209006589 WIRE DEBIT SENDING BANK REFERENCE # 4960 2289 |
| 12/09 | 18,362.74 | OUTGOING WIRE REFERENCE # 191209006405 WIRE DEBIT SENDING BANK REFERENCE # 4959 2289 |
| 12/09 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191209004605 2289 |
| 12/09 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191209006405 2289 |
| 12/09 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191209006589 2289 |
| 12/10 | 10,000.00 | OUTGOING WIRE REFERENCE # 191209008064 WIRE DEBIT SENDING BANK REFERENCE # 4969 2289 |
| 12/10 | 20,000.00 | OUTGOING WIRE REFERENCE # 191210005089 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2089 |
| 12/10 | 20,000.00 | OUTGOING WIRE REFERENCE # 191210004335 WIRE DEBIT SENDING BANK REFERENCE # 4997 2289 |
| 12/10 | 25,000.00 | OUTGOING WIRE REFERENCE # 191210004404 WIRE DEBIT SENDING BANK REFERENCE # 4999 2289 |
| 12/10 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191210005891 2289 |
| 12/10 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191209008064 2289 |
| 12/10 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191210004335 2289 |
| 12/10 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191210004404 2289 |
| 12/10 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191210005089 2289 |
| 12/10 | 27,677.76 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 121019 90487 CCD |
| 12/11 | 20,000.00 | OUTGOING WIRE REFERENCE # 191211006505 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/11 | 20,000.00 | OUTGOING WIRE REFERENCE # 191211006591 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/11 | 72,509.81 | OUTGOING WIRE REFERENCE # 191211006281 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/11 | 50,000.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**5198 |
| 12/11 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191211005084 2289 |
| 12/11 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191211006281 2289 |
| 12/11 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191211006505 2289 |
| 12/11 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191211006591 2289 |
| 12/12 | 5.98 | DEBIT CARD POS ORBITZ*7502653538310 ORBITZ.COM WA ON 191212 #8000 |
| 12/12 | 25,211.07 | OUTGOING WIRE REFERENCE # 191212006522 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/12 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191212006787 2289 |
| 12/12 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191212006522 2289 |
| 12/12 | 3,226.13 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 121219 90487 CCD |
| 12/13 | 464.69 | DEBIT CARD POS SOUTHWES 5262149683075 800-435-9792 TX ON 191213 #8000 |
| 12/13 | 440.00 | DEBIT CARD POS ALASKA A 02774349678796 SEATTLE WA ON 191213 #8000 |
| 12/13 | 249.00 | DEBIT CARD POS DELTA 00674349693802 SEATTLE WA ON 191213 #8000 |
| 12/13 | 70,486.54 | OUTGOING WIRE REFERENCE # 191213007397 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/13 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191213006869 2289 |
| 12/13 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191213007397 2289 |
| 12/13 | 164.12 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 121319 PPD |
| 12/13 | 4,870.75 | ELECTRONIC DBT NORTHWEST IMAGIN Dec ACH 121319 CCD Reoccuring Monthly MNS, VOIP, and Licensing Charrges |
| 12/16 | 392.98 | DEBIT CARD POS SOUTHWES 5262150278797 800-435-9792 TX ON 191215 #8000 |
| 12/16 | 19.73 | POS PURCHASE 507509 Lyft *Ride Sun SAN FRANCISCOCA ##8000 |
| 12/16 | 22.20 | POS PURCHASE 155931 Lyft *Ride Mon SAN FRANCISCOCA ##8000 |
| 12/16 | 13.83 | POS PURCHASE 658065 Lyft *Ride Mon SAN FRANCISCOCA ##8000 |
| 12/16 | 33.87 | POS PURCHASE 589727 Lyft *Ride Mon SAN FRANCISCOCA ##8000 |
| 12/16 | 14.34 | POS PURCHASE 683618 Lyft *Ride Mon SAN FRANCISCOCA ##8000 |
| 12/16 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191216006405 2289 |
| 12/17 | 18.38 | POS PURCHASE 255770 Lyft *Ride Mon SAN FRANCISCOCA ##8000 |
| 12/17 | 24.31 | POS PURCHASE 713084 Lyft *Ride Tue SAN FRANCISCOCA ##8000 |
| 12/17 | 15,000.00 | OUTGOING WIRE REFERENCE # 191217007522 WIRE DEBIT SENDING BANK REFERENCE # 5228 2289 |

 bankofthewest.com       1-800-488-2265       1-800-659-5495 TTY



**BANK** OF THE **WEST**
**BNP PARIBAS**

## CLASSIC BUSINESS CHECKING  xxx-xx2772 *(continued)*

ACCOUNT DETAIL

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 12/17 | $15.00 | WIRE IN FEE INCOMING WIRE REF # 191217008253 2289 |
| 12/17 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191217007522 2289 |
| 12/17 | 20,610.75 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 121719 90487 CCD |
| 12/18 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191218005628 2289 |
| 12/18 | 4,230.23 | ELECTRONIC DBT SPRINT8006396111 ACHBILLPAY 121819 WEB |
| 12/19 | 398.98 | DEBIT CARD POS SOUTHWES 5262151591102 800-435-9792 TX ON 191219 #8000 |
| 12/19 | 254.98 | DEBIT CARD POS SOUTHWES 5262151627928 800-435-9792 TX ON 191219 #8000 |
| 12/19 | 20,000.00 | OUTGOING WIRE REFERENCE # 191219007980 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/19 | 54,479.24 | OUTGOING WIRE REFERENCE # 191219007940 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/19 | 273,412.04 | OUTGOING WIRE REFERENCE # 191219007824 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/19 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191219005634 2289 |
| 12/19 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191219007824 2289 |
| 12/19 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191219007940 2289 |
| 12/19 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191219007980 2289 |
| 12/19 | 1,076.00 | ELECTRONIC DBT IRS USATAXPYMT 121919 270975381797573 CCD |
| 12/19 | 20,668.03 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 121919 90487 CCD |
| 12/20 | 464.69 | DEBIT CARD POS SOUTHWES 5262151996201 800-435-9792 TX ON 191220 #8000 |
| 12/20 | 274.98 | DEBIT CARD POS SOUTHWES 5262152034119 800-435-9792 TX ON 191220 #8000 |
| 12/20 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191220005938 2289 |
| 12/20 | 111.18 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 122019 PPD |
| 12/23 | 343.98 | DEBIT CARD POS SOUTHWES 5262152327064 800-435-9792 TX ON 191222 #7733 |
| 12/23 | 343.98 | DEBIT CARD POS SOUTHWES 5262152413554 800-435-9792 TX ON 191222 #7733 |
| 12/23 | 398.98 | DEBIT CARD POS SOUTHWES 5262152699510 800-435-9792 TX ON 191223 #7733 |
| 12/23 | 392.98 | DEBIT CARD POS SOUTHWES 5262152730399 800-435-9792 TX ON 191223 #7733 |
| 12/23 | 19.03 | POS PURCHASE 888433 Lyft *Ride Sun SAN FRANCISCOCA ##8000 |
| 12/23 | 5.00 | POS PURCHASE 387349 Lyft *Cancel Fe SAN FRANCISCOCA ##8000 |
| 12/23 | 21.15 | POS PURCHASE 279363 Lyft *Ride Mon SAN FRANCISCOCA ##8000 |
| 12/23 | 21.56 | POS PURCHASE 352993 Lyft *Ride Mon SAN FRANCISCOCA ##8000 |
| 12/23 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191223005775 2289 |
| 12/23 | 143.70 | ELECTRONIC DBT FEDERAL EXPRESS DEBIT 122319 EPA90548153 CCD |
| 12/23 | 22,667.75 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 122319 90487 CCD |
| 12/24 | 343.98 | DEBIT CARD POS SOUTHWES 5262152866111 800-435-9792 TX ON 191224 #7733 |
| 12/24 | 40.00 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 191224 #7998 |
| 12/24 | 22.47 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 191224 #7733 |
| 12/24 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191224007495 2289 |
| 12/24 | 190.00 | ELECTRONIC DBT CA DEPT TAX FEE CDTFA EPMT 122419 4235865 CCD |
| 12/24 | 25,918.83 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 122419 90487 CCD |
| 12/26 | 343.98 | DEBIT CARD POS SOUTHWES 5262153237750 800-435-9792 TX ON 191225 #7733 |
| 12/26 | 398.98 | DEBIT CARD POS SOUTHWES 5262153237791 800-435-9792 TX ON 191225 #7733 |
| 12/26 | 1,000.00 | DEBIT CARD POS TENSTREET.COM 8772199283 OK ON 191225 #7733 |
| 12/26 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191226006617 2289 |
| 12/26 | 900.00 | ELECTRONIC DBT TAX_REV_WDT_ECKS TRD PMNT 122619 747939072 CCD |
| 12/27 | 21.39 | POS PURCHASE 081061 Lyft *Ride Thu SAN FRANCISCOCA ##7733 |
| 12/27 | 29.99 | DEBIT CARD POS TAXEXCISE COM 866-2453918 TN ON 191227 #7733 |
| 12/27 | 20,000.00 | OUTGOING WIRE REFERENCE # 191227006111 WIRE DEBIT SENDING BANK REFERENCE # NONREF 2289 |
| 12/27 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191227007160 2289 |
| 12/27 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 191227006111 2289 |





**Account Statement**

December 1, 2019 - December 31, 2019

Page **5** of **6**

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*

### ACCOUNT DETAIL



#### Withdrawals

| Date | Amount | Description |
|------|--------|-------------|
| 12/27 | $72.42 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 122719 PPD |
| 12/27 | 5,100.00 | ELECTRONIC DBT IRS USATAXPYMT 122719 270976112348218 CCD |
| 12/27 | 11,114.25 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 122619 90487 CCD |
| 12/30 | 570.70 | DEBIT CARD POS AMERICAN 00175107394372 NORWALK CT ON 191230 #7733 |
| 12/30 | 274.98 | DEBIT CARD POS SOUTHWES 5262153836755 800-435-9792 TX ON 191229 #7733 |
| 12/30 | 21.07 | DEBIT CARD POS CHEVRON 0376506 SACRAMENTO CA ON 191229 #8079 |
| 12/30 | 902.63 | DEBIT CARD POS MOBILE TOOL DISTRIBUTO SACRAMENTO CA ON 191229 #8079 |
| 12/30 | 15.00 | DEBIT CARD POS PRICELN*DELTA AIR LINE 800-774-2354 CT ON 191230 #7733 |
| 12/30 | 452.99 | DEBIT CARD POS PRICELN*UNITED AIRLINE 800-7742354 CT ON 191230 #7733 |
| 12/30 | 13.58 | POS PURCHASE 231019 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 12/30 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191230006284 2289 |
| 12/30 | 6,380.49 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 123019 90487 CCD |
| 12/31 | 14.50 | POS PURCHASE 232268 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 12/31 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 191231007847 S |
| 12/31 | 3,758.46 | ELECTRONIC DBT REPUBLICSERVICES RSIBILLPAY 123119 WEB |
| 12/31 | 25,600.89 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 123119 90487 CCD |

**119 withdrawals for a total of $1,264,510.40**

#### Checks Paid

| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|--------|-----------|--------|--------|-----------|--------|--------|-----------|--------|
| 99001 | 12/20 | 713.77 | 99054 | 12/19 | 13,514.57 | 99066* | 12/26 | 4,052.00 |
| 99003* | 12/10 | 3,000.00 | 99056* | 12/27 | 262.00 | 99067 | 12/24 | 134.00 |
| 99004 | 12/10 | 8,074.15 | 99057 | 12/30 | 213.00 | 99068 | 12/26 | 234.00 |
| 99005 | 12/10 | 2,600.00 | 99059* | 12/24 | 184.00 | 99069 | 12/24 | 359.32 |
| 99006 | 12/11 | 9,638.60 | 99060 | 12/30 | 955.00 | 99071* | 12/31 | 3,582.55 |
| 99007 | 12/16 | 8,940.00 | 99062* | 12/26 | 612.00 | 99072 | 12/30 | 63.00 |
| 99052* | 12/20 | 514.61 | 99063 | 12/26 | 22.20 | 99074* | 12/31 | 95.90 |
| 99053 | 12/20 | 2,484.00 | 99064 | 12/26 | 52.13 | 99077* | 12/30 | 6,499.58 |

**24 checks paid for a total of $66,800.38**

*\* Break in check number sequence.*



  



## IMPORTANT INFORMATION

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

*In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com                    1-800-488-2265                    1-800-659-5495 TTY



**BANK OF THE WEST**
**BNP PARIBAS**

P.O. Box 2830, Omaha, NE 68103-2830



>013281 3757953 0001 008230 10Z
HENDRICKSON TRUCK LINES INC
7080 FLORIN PERKINS RD
SACRAMENTO CA 95828-2609

## Account Statement

December 1, 2019 - December 31, 2019

Page 1 of 4

### At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY

### New online and mobile services!

Enjoy these new online card services: Online statements - Online and recurring payments - Dispute transactions - Travel notices - PIN change - Account alerts - Replacement cards - Card activation - Lock/unlock your card.

Simply log into your account at www.bankofthewest.com and go to the Services and Support page or on your mobile device on the More screen.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## CLASSIC BUSINESS CHECKING ▮▮▮▮5198

HENDRICKSON TRUCK LINES INC



### ACCOUNT SUMMARY

| | |
|---|---|
| **Beginning Balance** | **$3,701.50** |
| 2 Credits | 50,010.00 |
| 0 Deposits | 0.00 |
| 3 Withdrawals | -53,010.00 |
| 0 Checks | 0.00 |
| **Ending Balance** | **$701.50** |

### EARNINGS SUMMARY

| | |
|---|---|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $2,701.50 |

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

 



**BANK OF THE WEST**
**BNP PARIBAS**

## CLASSIC BUSINESS CHECKING  xxx-xx5198 *(continued)*

### ACCOUNT DETAIL

**Credits**

| Date | Amount | Description |
|------|--------|-------------|
| 12/02 | $10.00 | SERVICE CHG REBATE VALUED CUSTOMER MONTHLY SERVICE CHARGE REBATE |
| 12/11 | 50,000.00 | ONLINE TRANSFER TRANSFER FROM CHECKING ***-**2772 |

**2 credits for a total of  $50,010.00**

**Withdrawals**

| Date | Amount | Description |
|------|--------|-------------|
| 12/02 | $10.00 | MONTHLY SVC CHG PREVIOUS PERIOD ACTIVITY RESULTED IN MONTHLY SERVICE CHARGE |
| 12/05 | 3,000.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**2772 |
| 12/12 | 50,000.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**2772 |

**3 withdrawals for a total of $53,010.00**



## IMPORTANT INFORMATION



IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



*In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com           1-800-488-2265           1-800-659-5495 TTY



This space intentionally left blank.

013289 1204776 0000000 026325 052650 02/02



**BANK** OF THE **WEST**
**BNP PARIBAS**

P.O. Box 2830, Omaha, NE 68103-2830



>003595 3757953 0001 008230 10Z
HENDRICKSON TRUCK LINES INC
7080 FLORIN PERKINS RD
SACRAMENTO CA 95828-2609

## Account Statement

December 1, 2019 - December 31, 2019

Page 1 of 4

## At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY

## New online and mobile services!

Enjoy these new online card services: Online statements - Online and recurring payments - Dispute transactions - Travel notices - PIN change - Account alerts - Replacement cards - Card activation - Lock/unlock your card.

Simply log into your account at www.bankofthewest.com and go to the Services and Support page or on your mobile device on the More screen.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## MONEY MARKET SELECT BUSINESS ▉▉▉5693

HENDRICKSON TRUCK LINES INC



### ACCOUNT SUMMARY

| | |
|---|---|
| **Beginning Balance** | **$3,010.24** |
| 1 Credits | 0.01 |
| 0 Deposits | 0.00 |
| 2 Withdrawals | -2,515.00 |
| 0 Checks | 0.00 |
| **Ending Balance** | **$495.25** |

### EARNINGS SUMMARY

| | |
|---|---|
| Interest this statement period | $0.01 |
| Interest credited year-to-date | $2,624.44 |
| Annual percentage yield earned | 0.01% |
| Average monthly balance | $832.82 |

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

 

 **BANK OF THE WEST**
**BNP PARIBAS**

## MONEY MARKET SELECT BUSINESS xxx-xx5693 *(continued)*

ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|------|--------|-------------|
| 12/31 | $0.01 | INTEREST PAID |

**1 credit for a total of $0.01**

### Withdrawals

| Date | Amount | Description |
|------|--------|-------------|
| 12/05 | $2,500.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**2772 |
| 12/31 | 15.00 | SERVICE CHARGE |

**2 withdrawals for a total of $2,515.00**



**BANK OF THE WEST**
**BNP PARIBAS**

## IMPORTANT INFORMATION

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
(For accounts that are maintained primarily for personal, family or household purposes.)



Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.





*In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com          1-800-488-2265           1-800-659-5495 TTY

Filed 01/23/20          Case 19-27396          Doc 77



This space intentionally left blank.



**TAB** *bank*
Member FDIC

4185 Harrison Blvd
Suite 200
Ogden, UT 84403

**FORWARD SERVICE REQUESTED**

>001063 3755274 0001 092156 10Z 1

**HENDRICKSON TRUCK LINES INC**
PO BOX 277806
SACRAMENTO CA 95827

## December 2019

**Reporting Activity 12/01 - 12/31**     **Page 1 of 8**

**Days in Billing Cycle: 31**

## Managing Your Accounts

| | |
|---|---|
| **Toll-Free** | (800) 355-3063 |
| **Online** | www.TABbank.com |
| **Mailing** | 4185 Harrison Blvd |
| | Suite 200 |
| | Ogden, UT 84403 |

## Summary of Accounts

| Account Type | Number | Balance |
|---|---|---|
| New Analyzed DDA Accounts | 0234 | $9,874.84 |
| Total Current Value | | $9,874.84 |
| Analyzed Business | 0234 | $0.00 |

## New Analyzed DDA Accounts - 0234

### Account Summary

| Date | Description | |
|---|---|---|
| 12/01/2019 | Beginning Balance | $120,598.49 |
| | Total debits this period | $1,528,307.49 |
| | Total credits this period | $1,417,583.84 |
| 12/31/2019 | Ending Balance | $9,874.84 |

### Account Activity

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2019 | Beginning Balance | | | $120,598.49 |
| 12/02/2019 | ACH Payment | $15,248.87 | | |
| | PILOT RECEIVABLE PILOTDRAFT | | | |
| 12/02/2019 | ACH Payment | $5,085.66 | | |
| | WELLS FARGO BANK TO 06762 | | | |
| 12/02/2019 | ACH Payment | $3,011.11 | | |
| | PREPASS 8007737277 | | | |
| 12/02/2019 | POS Payment SIG | $1,000.00 | | |
| | SQU*SQ *BILL S OFF ROA Big Pine CA #6163 | | | |





### NOTICE TO CONSUMERS: BILLING RIGHTS & PRIVACY POLICY SUMMARY

**EXAMINE AT ONCE:**
Report any error in this statement immediately.

If you think your statement is incorrect, or if you need more information about a transaction, write to us as soon as possible on a separate sheet at the address listed below. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

1. Your name and account number
2. A description of the error and explain why you believe there is an error.
3. The dollar amount and date of the suspected error.

While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If we take more than 10 business days to do this, we will credit your account(s) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete your investigation. See your deposit account disclosure for exceptions to this rule.

**PRIVACY POLICY:**
Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT:**

**DIRECT INQUIRES TO:**
> TAB BANK
> Attn: Disputes Dept.
> 4185 Harrison Blvd
> Ogden, Utah 84403
> Toll Free (800) 355-3063
> Fax (801) 395-8654

**FOR MORE INFORMATION ABOUT OUR PRIVACY POLICY:**

Our Consumer Privacy Notice can be found on our website at **https://www.tabbank.com/privacy-policy/**or you may request a copy of the Consumer Privacy Notice by calling our Customer Service Department at **(800) 837-4136.**



 www.TABbank.com

## New Analyzed DDA Accounts - ████0234 *(cont)*

### Account Activity (cont.)

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/02/2019 | POS Payment SIG | $136.68 | | |
| | INDEED 203-564-2400 CT #4612 | | | |
| 12/02/2019 | POS Payment SIG | $28.16 | | |
| | CHEVRON 0090081 SACRAMENTO CA #4916 | | | |
| 12/02/2019 | Rebate Prog. Credit | | $2.26 | |
| | FUEL REBATE | | | |
| 12/03/2019 | ACH Payment | $21,169.90 | | |
| | PILOT RECEIVABLE PILOTDRAFT | | | |
| 12/03/2019 | POS Payment SIG | $52.84 | | |
| | QUIK STOP #0162 SACRAMENTO CA #6163 | | | |
| 12/03/2019 | POS Payment SIG | $30.86 | | |
| | LYFT *RIDE MON 12AM 8552800278 CA #4612 | | | |
| 12/03/2019 | POS Payment SIG | $22.85 | | |
| | LYFT *RIDE MON 8AM 8552800278 CA #4612 | | | |
| 12/03/2019 | POS Payment SIG | $19.84 | | |
| | LYFT *RIDE MON 12PM 8552800278 CA #4612 | | | |
| 12/03/2019 | POS Payment SIG | $18.46 | | |
| | LYFT *RIDE MON 4PM 8552800278 CA #4612 | | | |
| 12/04/2019 | POS Payment SIG | $32,073.66 | | |
| | OREGON DOT MCTD REG SALEM OR #4612 | | | |
| 12/04/2019 | Wire Payment | $5,000.00 | | |
| | WEX BANK | | | |
| 12/04/2019 | POS Payment SIG | $769.77 | | |
| | SVC FEE ODOT MCTD REG KNOXVILLE TN #4612 | | | |
| 12/04/2019 | POS Payment SIG | $457.56 | | |
| | Orbitz*7500339749288 ORBITZ.COM WA #4612 | | | |
| 12/04/2019 | POS Sig Credit | | $254.98 | |
| | SOUTHWES 800-435-9792 TX #4612 | | | |
| 12/04/2019 | POS Payment SIG | $135.99 | | |





 www.TABbank.com

## New Analyzed DDA Accounts - ████0234 *(cont)*

### Account Activity (cont.)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | GREYHOUND LINES CNP 214-849-8966 TX #4612 | | | |
| 12/04/2019 | ACH Payment | $91.00 | | |
| | KC Transguardins Insurance | | | |
| 12/04/2019 | POS Payment SIG | $19.93 | | |
| | LYFT *RIDE TUE 8AM 8552800278 CA #4612 | | | |
| 12/06/2019 | ARMS Reserve Disbur | | $99,757.59 | |
| | 12/05/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/06/2019 | Wire Payment | $99,757.59 | | |
| | Wire Transfer - Bank of the West | | | |
| 12/06/2019 | ARMS Reserve Disbur | | $77,605.66 | |
| | 12/06/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/06/2019 | Wire Payment | $77,605.66 | | |
| | Wire Transfer-Bank of the West | | | |
| 12/06/2019 | POS Payment SIG | $775.00 | | |
| | PAYPAL *CLASSATRANS 4029357733 CA #4612 | | | |
| 12/06/2019 | POS Sig Credit | | $569.68 | |
| | SOUTHWES 800-435-9792 TX #4612 | | | |
| 12/06/2019 | POS Payment SIG | $464.69 | | |
| | SOUTHWES 800-435-9792 TX #4612 | | | |
| 12/06/2019 | POS Sig Credit | | $343.98 | |
| | SOUTHWES 800-435-9792 TX #4612 | | | |
| 12/06/2019 | POS Payment SIG | $343.98 | | |
| | SOUTHWES 800-435-9792 TX #4612 | | | |
| 12/06/2019 | POS Payment SIG | $343.98 | | |
| | SOUTHWES 800-435-9792 TX #4612 | | | |
| 12/06/2019 | POS Payment SIG | $343.98 | | |
| | SOUTHWES 800-435-9792 TX #4612 | | | |
| 12/06/2019 | POS Payment SIG | $254.98 | | |
| | SOUTHWES 800-435-9792 TX #4612 | | | |



**December 2019**

Reporting Activity 12/01 - 12/31     *Page 5 of 8*

 www.TABbank.com

## New Analyzed DDA Accounts - ▇▇0234 *(cont)*

### Account Activity (cont.)

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/06/2019 | POS Payment SIG | $100.00 | | |
| | INDEED 203-564-2400 CT #4612 | | | |
| 12/06/2019 | POS Payment SIG | $52.00 | | |
| | INTUIT *PAYROLL 888-537-7794 CA #4612 | | | |
| 12/06/2019 | POS Payment SIG | $19.66 | | |
| | LYFT *RIDE WED 4PM 855-865-9553 CA #4612 | | | |
| 12/06/2019 | POS Payment SIG | $18.53 | | |
| | LYFT *RIDE THU 7AM 855-865-9553 CA #4612 | | | |
| 12/06/2019 | POS Payment SIG | $13.73 | | |
| | LYFT *RIDE WED 10AM 855-865-9553 CA #4612 | | | |
| 12/09/2019 | ARMS Reserve Disbur | | $59,298.20 | |
| | 12/09/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/09/2019 | Wire Payment | $59,298.20 | | |
| | Wire Transfer-Bank of the West | | | |
| 12/09/2019 | POS Sig Credit | | $343.98 | |
| | SOUTHWES 800-435-9792 TX #4612 | | | |
| 12/09/2019 | Rebate Prog. Credit | | $0.92 | |
| | FUEL REBATE | | | |
| 12/10/2019 | Wire Payment | $104,285.18 | | |
| | Wire Transfer-Bank of the West | | | |
| 12/10/2019 | ARMS Reserve Disbur | | $100,594.04 | |
| | 12/10/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/10/2019 | ARMS Reserve Disbur | | $3,691.14 | |
| | 12/10/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/11/2019 | Wire Payment | $83,456.30 | | |
| | Wire Transfer - Bank of the West | | | |
| 12/11/2019 | ARMS Reserve Disbur | | $80,932.11 | |
| | 12/11/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/11/2019 | ARMS Reserve Disbur | | $2,524.19 | |





**December 2019**

Reporting Activity 12/01 - 12/31      Page 6 of 8

 www.TABbank.com

## New Analyzed DDA Accounts - ████0234 *(cont)*

### Account Activity (cont.)

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| | 12/11/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/11/2019 | POS Sig Credit | | $464.69 | |
| | SOUTHWES 800-435-9792 TX #4612 | | | |
| 12/12/2019 | ARMS Reserve Disbur | | $35,702.77 | |
| | 12/12/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/12/2019 | Wire Payment | $35,702.77 | | |
| | Wire Transfer - Bank of the West | | | |
| 12/13/2019 | Wire Payment | $92,094.14 | | |
| | Wire Transfer-Bank of the West | | | |
| 12/13/2019 | ARMS Reserve Disbur | | $66,883.07 | |
| | 12/13/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/16/2019 | Wire Payment | $94,866.82 | | |
| | Wire Transfer-Bank of the West | | | |
| 12/16/2019 | ARMS Reserve Disbur | | $74,035.06 | |
| | 12/16/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/16/2019 | ARMS Reserve Disbur | | $20,831.76 | |
| | 12/16/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/16/2019 | Analysis Charge | $389.40 | | |
| 12/17/2019 | ARMS Reserve Disbur | | $125,929.97 | |
| | 12/17/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/17/2019 | Wire Payment | $125,929.97 | | |
| | Wire Transfer-Bank of the West | | | |
| 12/18/2019 | ARMS Reserve Disbur | | $72,950.74 | |
| | 12/18/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/18/2019 | Wire Payment | $72,950.74 | | |
| | Wire Transfer-Bank of the West | | | |
| 12/19/2019 | Wire Payment | $107,036.25 | | |
| | Wire Transfer-Bank of the West | | | |
| 12/19/2019 | ARMS Reserve Disbur | | $95,427.94 | |



 www.TABbank.com

## New Analyzed DDA Accounts - ████ 0234 *(cont)*

### Account Activity (cont.)

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
|  | 12/19/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/19/2019 | ARMS Reserve Disbur | | $11,608.31 | |
|  | 12/19/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/20/2019 | Wire Payment | $56,256.03 | | |
|  | Wire Transfer-Bank of the West | | | |
| 12/20/2019 | ARMS Reserve Disbur | | $53,525.02 | |
|  | 12/20/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/20/2019 | ARMS Reserve Disbur | | $2,731.01 | |
|  | 12/20/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/23/2019 | ARMS Reserve Disbur | | $55,815.18 | |
|  | 12/23/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/23/2019 | Wire Payment | $55,815.18 | | |
|  | Wire Transfer-Bank of the West | | | |
| 12/24/2019 | Wire Payment | $151,534.54 | | |
|  | Wire Transfer - Bank of the West | | | |
| 12/24/2019 | ARMS Reserve Disbur | | $148,750.87 | |
|  | 12/24/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/24/2019 | ARMS Reserve Disbur | | $2,783.67 | |
|  | 12/24/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/26/2019 | ARMS Reserve Disbur | | $28,276.52 | |
|  | 12/26/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/26/2019 | Wire Payment | $28,276.52 | | |
|  | Wire Transfer - Bank of the West | | | |
| 12/27/2019 | ARMS Reserve Disbur | | $44,358.24 | |
|  | 12/27/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/27/2019 | Wire Payment | $44,358.24 | | |
|  | Wire Transfer-Bank of the West | | | |
| 12/30/2019 | Wire Payment | $73,415.56 | | |
|  | Wire Transfer-Bank of the West | | | |





**December 2019**

Reporting Activity 12/01 - 12/31      Page 8 of 8

 www.TABbank.com

## New Analyzed DDA Accounts - ████0234 *(cont)*

### Account Activity (cont.)

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 12/30/2019 | ARMS Reserve Disbur | | $45,265.07 | |
| | 12/30/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/30/2019 | ARMS Reserve Disbur | | $28,150.49 | |
| | 12/30/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/31/2019 | Wire Payment | $78,174.73 | | |
| | Wire Transfer-Bank of the West | | | |
| 12/31/2019 | ARMS Reserve Disbur | | $66,762.35 | |
| | 12/31/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/31/2019 | ARMS Reserve Disbur | | $11,412.38 | |
| | 12/31/19 HENDRICKSON TRUCKING, INC. and HEND | | | |
| 12/31/2019 | Ending Balance | | | $9,874.84 |

## Analyzed Business - ████0234

### Account Summary

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/2019 | Beginning Balance | $0.00 |
| | Payments | $0.00 |
| | Advances | $0.00 |
| 12/31/2019 | Ending Balance | $0.00 |

### Account Activity

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| | Beginning Balance | | | $0.00 |
| | Ending Balance | | | $0.00 |



**TAB** *bank*
Member FDIC

4185 Harrison Blvd
Suite 200
Ogden, UT 84403

FORWARD SERVICE REQUESTED

>000071 3755274 0001 092156 10Z 1

HENDRICKSON TRUCK LINES INC
7080 FLORIN PERKINS ROAD
SACRAMENTO CA 95828

## December 2019

*Reporting Activity 12/01 - 12/31*        *Page 1 of 3*

*Days in Billing Cycle:  31*

## Managing Your Accounts

| | |
|---|---|
| *Toll-Free* | (800) 355-3063 |
| *Online* | www.TABbank.com |
| *Mailing* | 4185 Harrison Blvd<br>Suite 200<br>Ogden, UT  84403 |

## Summary of  Accounts

| Account Type | Number | Balance |
|---|---|---|
| Business Money Market | ▇0641 | $66.08 |
| **Total Current Value** | | **$66.08** |

## Business Money Market – ▇0641

### Account Summary

| Date | Description | |
|---|---|---|
| **12/01/2019** | **Beginning Balance** | $65.98 |
| | Total debits this period | $0.00 |
| | Total credits this period | $0.10 |
| **12/31/2019** | **Ending Balance** | $66.08 |

### Account Activity

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2019 | Beginning Balance | | | $65.98 |
| 12/31/2019 | Accr Earning Pymt<br>Added to Account | | $0.10 | |
| 12/31/2019 | Ending Balance | | | $66.08 |





**December 2019**

*Reporting Activity 12/01 - 12/31*       **Page 2 of 3**

## NOTICE TO CONSUMERS: BILLING RIGHTS & PRIVACY POLICY SUMMARY

**EXAMINE AT ONCE:**
Report any error in this statement immediately.

If you think your statement is incorrect, or if you need more information about a transaction, write to us as soon as possible on a separate sheet at the address listed below. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

1. Your name and account number
2. A description of the error and explain why you believe there is an error.
3. The dollar amount and date of the suspected error.

While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If we take more than 10 business days to do this, we will credit your account(s) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete your investigation. See your deposit account disclosure for exceptions to this rule.

**PRIVACY POLICY:**
Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT:**

**DIRECT INQUIRES TO:**
     TAB BANK
     Attn: Disputes Dept.
     4185 Harrison Blvd
     Ogden, Utah 84403
     Toll Free (800) 355-3063
     Fax (801) 395-8654

**FOR MORE INFORMATION ABOUT OUR PRIVACY POLICY:**

Our Consumer Privacy Notice can be found on our website at **https://www.tabbank.com/privacy-policy/**or you may request a copy of the Consumer Privacy Notice by calling our Customer Service Department at **(800) 837-4136.**

 **TAB** *bank* ℠
Member FDIC

 www.TABbank.com

## Business Money Market - ▮▮▮▮ 0641 *(cont)*

**Earnings Summary**

| Below is an itemization of earnings paid this period. | | | |
|---|---|---|---|
| Interest Paid This Period | $0.18 | Annual Percentage Yield Earned | 1.80% |
| Interest Paid YTD | $950.78 | Days in Earnings Period | 31 |
| | | Earnings Balance | $65.98 |

THIS PAGE LEFT INTENTIONALLY BLANK