# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

: [CASE NAME] HENDRICKSON TRUCK LINES, INC.

Case No. 19-27396

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 1/31/20 PETITION DATE: 11/27/19

Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | 3274411 $0 | 3642259 | |
| b. Total Assets | 5961965 $0 | 6342270 | 6089060 |
| c. Current Liabilities | 3771167 $0 | 4001340 | |
| d. Total Liabilities | 9069110 $0 | 9536346 | 9261143 |

| Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | 1441899 $0 | 1664502 | 3106401 $0 |
| b. Total Disbursements | 1651411 $0 | 1565600 | 3217011 $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | <209512> $0 | 98902 $0 | <110610> $0 |
| d. Cash Balance Beginning of Month | 226293 $0 | 127391 | 127391 $0 |
| e. Cash Balance End of Month (c + d) | 16781 $0 | 226293 $0 | 16781 $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| Profit/(Loss) from the Statement of Operations | 83154 $0 | <21993> | 61161 |
| Account Receivables (Pre and Post Petition) | 2759358 $0 | 2905705 | |
| Post-Petition Liabilities | 9069110 $0 | 9536346 | |
| Past Due Post-Petition Account Payables (over 30 days) | 0 $0 | 0 | |

| e end of this reporting month: | Yes | No |
|---|---|---|
| Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| Is the estate insured for replacement cost of assets and for general liability? | X | |
| Are a plan and disclosure statement on file? | | X |
| Was there any post-petition borrowing during this reporting period? | | X |

Check if paid: Post-petition taxes X; U.S. Trustee Quarterly Fees X; Check if filing is current for: Post-petition tax reporting and tax returns: X.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

are under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry e these documents are correct.

2/14/20

[signature], (ALBAN LANG VP+CFO)
Responsible Individual

Revised 3/15/99

# STATEMENT OF OPERATIONS

**(General Business Case)**

For the Month Ended 1/30/20

| Current Month: Actual | Current Month: Forecast | Current Month: Variance | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| 1567833 | | $0 | 1 | Gross Sales | 3281016 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| 1567833 $0 | $0 | $0 | 10 | **Total Revenues** | 3281016 $0 | $0 |
| | | | | **Expenses:** | | |
| 34423 | | $0 | 11 | Compensation to Owner(s)/Officer(s) | 60240 | |
| 467496 | | $0 | 12 | Salaries | 999091 | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| 119227 | | $0 | 17 | Insurance | 240454 | |
| | | $0 | 18 | Management Fees | | |
| 12457 | | $0 | 19 | Depreciation | 24909 | |
| | | | | Taxes: | | |
| 45864 | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| 291234 | | $0 | 24 | Other Administrative | 656461 | |
| 7919 | | $0 | 25 | Interest | 28314 | |
| 490403 | | $0 | 26 | Other Expenses: | 1097462 | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| 1469023 $0 | $0 | $0 | 35 | **Total Expenses** | 3204199 $0 | $0 |
| 78810 $0 | $0 | $0 | 36 | **Subtotal** | 76817 $0 | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| 15656 | | $0 | 41 | U.S. Trustee Quarterly Fees | 15656 | |
| | | $0 | 42 | | | |
| 15656 $0 | $0 | $0 | 43 | **Total Reorganization Items** | 15656 $0 | $0 |
| 83154 $0 | $0 | $0 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | 61161 $0 | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| 83154 $0 | $0 | $0 | 46 | **Net Profit (Loss)** | 61161 $0 | $0 |

an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** 1/31/20

**Assets**

| Line | Item | From Schedules | Market Value | |
|---|---|---|---|---|
| | **Current Assets** | | | |
| 1 | Cash and cash equivalents - unrestricted | | 16781 | |
| 2 | Cash and cash equivalents - restricted | | | |
| 3 | Accounts receivable (net) | A | 2759358 | $0 |
| 4 | Inventory | B | 58665 | $0 |
| 5 | Prepaid expenses | | 439607 | |
| 6 | Professional retainers | | | |
| 7 | Other: | | | |
| 8 | | | | |
| 9 | **Total Current Assets** | | 3274411 | $0 |
| | **Property and Equipment (Market Value)** | | | |
| 0 | Real property | C | 879425 | $0 |
| 1 | Machinery and equipment | D | 400409 | $0 |
| 2 | Furniture and fixtures | D | | $0 |
| 3 | Office equipment | D | | $0 |
| 4 | Leasehold improvements | D | 80610 | $0 |
| 5 | Vehicles | D | | $0 |
| 5 | Other: | D | | |
| 7 | | D | | |
| 3 | | D | | |
| ) | | D | | |
| ) | | D | | |
| | **Total Property and Equipment** | | 1360444 | $0 |
| | **Other Assets** | | | |
| | Loans to shareholders | | 1327010 | |
| | ~~Loans to affiliates~~ OTHER ASSET → | | 100 | |
| | | | | |
| | | | | |
| | | | | |
| | **Total Other Assets** | | 1327110 | $0 |
| | **Total Assets** | | 5961965 | $0 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| Line | Item | Schedule | Amount |
|---|---|---|---|
| 30 | Salaries and wages | | 258416 |
| 31 | Payroll taxes | | 15397 |
| 32 | Real and personal property taxes | | 23875 |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | 672378 |
| 36 | Accounts payable (trade) | A | 320266 $0 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: | | 2480835 |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | 3771167 $0 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | 5297943 |
| 46 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | 9069110 $0 |
| | **Equity (Deficit)** | | |
| 52 | Retained Earnings/(Deficit) at time of filing | | <3746337> |
| 53 | Capital Stock | | 10100 |
| 54 | Additional paid-in capital | | 567931 |
| 55 | Cumulative profit/(loss) since filing of case | | 61161 |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | | <3107145> $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | | 5961965 $0 |

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
Accounts Receivable and (Net) Payable

| ivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| -30 Days | 1389660 | 185250 | |
| -60 Days | 801168 | 135016 | |
| -90 Days | 413632 | | 0 $0 |
| + Days | 184898 | | |
| ›tal accounts receivable/payable | 2789358 $0 | 320266 $0 | |
| lowance for doubtful accounts | <30000> | | |
| ›counts receivable (net) | 2759358 $0 | | |

## Schedule B
Inventory/Cost of Goods Sold

**s and Amount of Inventory(ies)**

| | Inventory(ies) Balance at End of Month |
|---|---|
| ›tail/Restaurants - 'roduct for resale | |
| stribution - 'roducts for resale | |
| anufacturer - | |
| ‹aw Materials | |
| Vork-in-progress | |
| inished goods | |
| her - Explain | |
| | |
| | |
| TOTAL | $0 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | |
| Add - | |
| Net purchase | |
| Direct labor | |
| Manufacturing overhead | |
| Freight in | |
| Other: | |
| | |
| | |
| Less - | |
| Inventory End of Month | |
| Shrinkage | |
| Personal Use | |
| Cost of Goods Sold | $0 |

**ethod of Inventory Control**

› you have a functioning perpetual inventory system?
Yes ______ No ______

›w often do you take a complete physical inventory?

/eekly ______
Ionthly ______
uarterly ______
›mi-annually ______
nnually ______

›f last physical inventory was ______

›f next physical inventory is ______

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
- FIFO cost ___
- LIFO cost ___
- Lower of cost or market ___
- Retail method ___
- Other ___
- Explain

## Schedule C
## Real Property

| :cription | Cost | Market Value |
|---|---|---|
| | 879425 | NOT AVAIL |
| | | |
| | | |
| | | |
| | | |
| Total | 879425 $0 | $0 |

## Schedule D
## Other Depreciable Assets

| cription | Cost | Market Value |
|---|---|---|
| :hinery & Equipment - | | |
| | 400409 | NOT AVAIL |
| | | |
| | | |
| Total | 400409 $0 | $0 |
| iiture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| :e Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| ehold Improvements - | | |
| | 80610 | |
| | | |
| | | |
| Total | 80610 $0 | $0 |
| :les - | | |
| | | |
| | | |
| | | |
| Total | 1360444 $0 | $0 |

Revised 3/15/99

## Schedule E
## Aging of Post-Petition Taxes
## (As of End of the Current Reporting Period)

| ces Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **leral** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **al Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **te and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | 23875 | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **al State & Local Taxes** | 23875 $0 | $0 | $0 | $0 | $0 |
| **al Taxes** | 23875 $0 | $0 | $0 | $0 | $0 |

## Schedule F
## Pre-Petition Liabilities

| Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | 4600538 | 4600538 |
| Priority claims other than taxes | | |
| Priority tax claims | 1221974 | 1221974 |
| General unsecured claims | 435715 | 435715 |

(a) List total amount of claims even it under secured.

(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
Not applicable to General Business Cases

## Schedule H
## Recapitulation of Funds Held at End of Month

| : | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| ount Type | | | | |
| ount No. | | | | |
| ount Purpose | | | | |
| nce, End of Month | | | | |
| Funds on Hand for all Accounts | $0 | | | |

ch copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 1/31/20

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | | |
| Cash Received from Sales | 1441899 | 3106401 |
| Interest Received | | |
| Borrowings | | |
| Funds from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| | | |
| **Total Cash Receipts** | 1441899 $0 | 3106401 $0 |
| **Cash Disbursements** | | |
| Payments for Inventory | | |
| Selling | | |
| Administrative | 301487 | 666714 |
| Capital Expenditures | | |
| Principal Payments on Debt | 78883 | 83321 |
| Interest Paid | 7919 | 28314 |
| Rent/Lease: | | |
| Personal Property | | |
| Real Property | | |
| Amount Paid to Owner(s)/Officer(s) | | |
| Salaries | 34423 | 60240 |
| Draws | | |
| Commissions/Royalties | | |
| Expense Reimbursements | | |
| Other | | |
| Salaries/Commissions (less employee withholding) | 676776 | 1208371 |
| Management Fees | | |
| Taxes: | | |
| Employee Withholding | | |
| Employer Payroll Taxes | 45864 | 97268 |
| Real Property Taxes | | |
| Other Taxes | | |
| Other Cash Outflows: | | |
| OTHER OPERATING EXPENSES | 490403 | 1057127 |
| US TRUSTEE QUARTERLY FEES | 15656 | 15656 |
| **Total Cash Disbursements:** | 1651411 $0 | 3217011 $0 |
| **Net Increase (Decrease) in Cash** | <209512> $0 | <110610> $0 |
| **Cash Balance, Beginning of Period** | 226293 | 127391 |
| **Cash Balance, End of Period** | 16781 $0 | 16781 $0 |

# STATEMENT OF CASH FLOWS

(Optional) Increase/(Decrease) in Cash and Cash Equivalents

For the Month Ended ________

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | | |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | | |
| Cash Paid for Selling Expenses | | |
| Cash Paid for Administrative Expenses | | |
| Cash Paid for Rents/Leases: | | |
| Personal Property | | |
| Real Property | | |
| Cash Paid for Interest | | |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
| Salaries | | |
| Draws | | |
| Commissions/Royalties | | |
| Expense Reimbursements | | |
| Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| Employer Payroll Tax | | |
| Employee Withholdings | | |
| Real Property Taxes | | |
| Other Taxes | | |
| Cash Paid for General Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | $0 |
| **Cash Flows From Reorganization Items** | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | | |
| | | |
| **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | $0 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| | | |
| **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| | | |
| **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | $0 |
| **Cash and Cash Equivalents at Beginning of Month** | | |
| **Cash and Cash Equivalents at End of Month** | $0 | $0 |



P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

January 1, 2020 - January 31, 2020

>018960 3879209 0001 008230 10Z
HENDRICKSON TRUCK LINES INC
7080 FLORIN PERKINS RD
SACRAMENTO CA 95828-2609

## At your service

bankofthewest.com

1-800-488-2265

1-800-659-5495 TTY

## New online and mobile services!

Enjoy these new online card services: Online statements - Online and recurring payments - Dispute transactions - Travel notices - PIN change - Account alerts - Replacement cards - Card activation - Lock/unlock your card.

Simply log into your account at www.bankofthewest.com and go to the Services and Support page or on your mobile device on the More screen.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## CLASSIC BUSINESS CHECKING 2772

HENDRICKSON TRUCK LINES INC

| ACCOUNT SUMMARY | |
|---|---|
| **Beginning Balance** | **$391,664.33** |
| 45 Credits | 1,449,058.63 |
| 1 Deposits | 2,878.94 |
| 188 Withdrawals | -1,464,095.16 |
| 68 Checks | -362,011.91 |
| **Ending Balance** | **$17,494.83** |

| EARNINGS SUMMARY | |
|---|---|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Interest credited prior year | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $165,039.74 |

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.




BANK OF THE WEST
BNP PARIBAS

# Account Statement

January 1, 2020 - January 31, 2020

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*

ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---|---|
| 01/02 | $10.00 | SERVICE CHG REBATE VALUED CUSTOMER MONTHLY SERVICE CHARGE REBATE |
| 01/02 | 160,748.24 | INCOMING WIRE REFERENCE # 200102006307 WIRE CREDIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/03 | 36,621.62 | INCOMING WIRE REFERENCE # 200103005518 WIRE CREDIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/06 | 254.99 | POS CREDIT SOUTHWES 5262156251638 800-435-9792 TX ON 200106 #8000 |
| 01/06 | 332.98 | POS CREDIT SOUTHWES 5262156312355 800-435-9792 TX ON 200106 #8000 |
| 01/06 | 343.98 | POS CREDIT SOUTHWES 5262153237750 800-435-9792 TX ON 200105 #7733 |
| 01/06 | 392.98 | POS CREDIT SOUTHWES 5262154904883 800-435-9792 TX ON 200106 #7733 |
| 01/06 | 398.98 | POS CREDIT SOUTHWES 5262153237791 800-435-9792 TX ON 200106 #7733 |
| 01/06 | 651.98 | POS CREDIT SOUTHWES 5262156499890 800-435-9792 TX ON 200106 #8000 |
| 01/06 | 64,199.39 | INCOMING WIRE REFERENCE # 200106008949 WIRE CREDIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/07 | 464.69 | POS CREDIT SOUTHWES 5262151996201 800-435-9792 TX ON 200107 #8000 |
| 01/07 | 131,736.82 | INCOMING WIRE REFERENCE # 200107004951 WIRE CREDIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/08 | 254.99 | POS CREDIT SOUTHWES 5262156279655 800-435-9792 TX ON 200108 #8000 |
| 01/08 | 392.88 | POS CREDIT SOUTHWES 5262155320974 800-435-9792 TX ON 200108 #8000 |
| 01/08 | 31,840.68 | INCOMING WIRE REFERENCE # 200108009234 WIRE CREDIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/08 | 56,844.25 | INCOMING WIRE REFERENCE # 200108006715 WIRE CREDIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/09 | 254.99 | POS CREDIT SOUTHWES 5262157688202 800-435-9792 TX ON 200109 #7733 |
| 01/09 | 392.98 | POS CREDIT SOUTHWES 5262156500159 800-435-9792 TX ON 200109 #7733 |
| 01/09 | 20,079.33 | INCOMING WIRE REFERENCE # 200109005874 WIRE CREDIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/10 | 274.98 | POS CREDIT SOUTHWES 5262153836755 800-435-9792 TX ON 200110 #7733 |
| 01/10 | 35,687.35 | INCOMING WIRE REFERENCE # 200110006911 WIRE CREDIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/13 | 343.98 | POS CREDIT SOUTHWES 5262157225753 800-435-9792 TX ON 200112 #7733 |
| 01/13 | 495.25 | TRANSFER TRANSFER FROM CHECKING 56795693 - IN PERSON |
| 01/13 | 691.50 | TRANSFER TRANSFER FROM CHECKING 56795198 - IN PERSON |
| 01/13 | 62,611.24 | INCOMING WIRE REFERENCE # 200113007469 WIRE CREDIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/14 | 118,646.96 | INCOMING WIRE REFERENCE # 200114006665 WIRE CREDIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/15 | 43,600.50 | INCOMING WIRE REFERENCE # 200115006922 WIRE CREDIT SENDING BANK REFERENCE # 2826406 ATWY |
| 01/16 | 54,881.76 | INCOMING WIRE REFERENCE # 200116008306 WIRE CREDIT SENDING BANK REFERENCE # 2829434 ATWY |
| 01/17 | 29,932.17 | INCOMING WIRE REFERENCE # 200117005828 WIRE CREDIT SENDING BANK REFERENCE # 2830952 ATWY |
| 01/21 | 4.30 | POS CREDIT SOUTHWES 5262160924891 800-435-9792 TX ON 200120 #8000 |
| 01/21 | 254.99 | POS CREDIT SOUTHWES 5262161079941 800-435-9792 TX ON 200120 #7733 |
| 01/21 | 44,884.34 | INCOMING WIRE REFERENCE # 200121007132 WIRE CREDIT SENDING BANK REFERENCE # 2834028 ATWY |
| 01/22 | 71,438.98 | INCOMING WIRE REFERENCE # 200122008717 WIRE CREDIT SENDING BANK REFERENCE # 2836688 ATWY |
| 01/22 | 110,570.25 | INCOMING WIRE REFERENCE # 200122004728 WIRE CREDIT SENDING BANK REFERENCE # 2836000 ATWY |
| 01/23 | 39,178.13 | INCOMING WIRE REFERENCE # 200123007747 WIRE CREDIT SENDING BANK REFERENCE # 2839038 ATWY |
| 01/24 | 46,663.70 | INCOMING WIRE REFERENCE # 200124010962 WIRE CREDIT SENDING BANK REFERENCE # 2841124 ATWY |
| 01/27 | 59,441.87 | INCOMING WIRE REFERENCE # 200127006949 WIRE CREDIT SENDING BANK REFERENCE # 2843690 ATWY |
| 01/28 | 343.98 | POS CREDIT SOUTHWES 5262161498940 800-435-9792 TX ON 200128 #7733 |
| 01/28 | 80,978.03 | INCOMING WIRE REFERENCE # 200128005102 WIRE CREDIT SENDING BANK REFERENCE # 2845084 ATWY |
| 01/29 | 54,500.06 | INCOMING WIRE REFERENCE # 200129006132 WIRE CREDIT SENDING BANK REFERENCE # 2847034 ATWY |
| 01/30 | 254.99 | POS CREDIT SOUTHWES 5262164360618 800-435-9792 TX ON 200130 #7733 |
| 01/30 | 27,134.98 | INCOMING WIRE REFERENCE # 200130006544 WIRE CREDIT SENDING BANK REFERENCE # 2849060 ATWY |
| 01/30 | 32,728.94 | INCOMING WIRE REFERENCE # 200130009493 WIRE CREDIT SENDING BANK REFERENCE # 2850074 ATWY |
| 01/31 | 468.99 | POS CREDIT SOUTHWES 5262165597839 800-435-9792 TX ON 200131 #7733 |
| 01/31 | 26,829.66 | INCOMING WIRE REFERENCE # 200131007375 WIRE CREDIT SENDING BANK REFERENCE # 2851738 |

**45 credits for a total of $1,449,058.63**

 



BANK OF THE WEST
BNP PARIBAS

# Account Statement

January 1, 2020 - January 31, 2020

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*

ACCOUNT DETAIL

### Deposits

| Date | Amount |
|---|---|
| 01/07 | $2,878.94 |

**1 deposit for a total of $2,878.94**

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 01/02 | $290.98 | DEBIT CARD POS SOUTHWES 5262154904627 800-435-9792 TX ON 200101 #7733 |
| 01/02 | 392.98 | DEBIT CARD POS SOUTHWES 5262154904883 800-435-9792 TX ON 200101 #7733 |
| 01/02 | 210.00 | DEBIT CARD POS MOBILE ONE WINDSHIELD W SACRAMENTO CA ON 200101 #7733 |
| 01/02 | 343.88 | DEBIT CARD POS SOUTHWES 5262155218919 800-435-9792 TX ON 200102 #8000 |
| 01/02 | 392.88 | DEBIT CARD POS SOUTHWES 5262155320974 800-435-9792 TX ON 200102 #8000 |
| 01/02 | 20,000.00 | OUTGOING WIRE REFERENCE # 200102009862 WIRE DEBIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/02 | 287,890.76 | OUTGOING WIRE REFERENCE # 200102009668 WIRE DEBIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/02 | 8.50 | EXCESS TRANSCTN FEE PREVIOUS PERIOD ACTIVITY RESULTED IN EXCESS TRANSACTION FEE |
| 01/02 | 10.00 | MONTHLY SVC CHG PREVIOUS PERIOD ACTIVITY RESULTED IN MONTHLY SERVICE CHARGE |
| 01/02 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200102006307 ATWY |
| 01/02 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 200102009668 ATWY |
| 01/02 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 200102009862 ATWY |
| 01/03 | 227.98 | DEBIT CARD POS SOUTHWES 5262155321310 800-435-9792 TX ON 200103 #8000 |
| 01/03 | 45.00 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200103 #7998 |
| 01/03 | 141.76 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200103 #7733 |
| 01/03 | 235.00 | DEBIT CARD POS BEST CHOICE LOCKSMITH RENO NV ON 200103 #7998 |
| 01/03 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200103005518 ATWY |
| 01/03 | 87.40 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 010320 PPD |
| 01/03 | 19,679.50 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 010220 90487 CCD |
| 01/06 | 343.98 | DEBIT CARD POS SOUTHWES 5262155921900 800-435-9792 TX ON 200105 #7733 |
| 01/06 | 254.99 | DEBIT CARD POS SOUTHWES 5262156251638 800-435-9792 TX ON 200106 #8000 |
| 01/06 | 1,513.48 | DEBIT CARD POS HD DISTRIBUTION INC WEST SACRAMEN CA ON 200105 #7998 |
| 01/06 | 141.46 | DEBIT CARD POS HD DISTRIBUTION INC WEST SACRAMEN CA ON 200105 #7998 |
| 01/06 | 254.99 | DEBIT CARD POS SOUTHWES 5262156279655 800-435-9792 TX ON 200106 #8000 |
| 01/06 | 254.99 | DEBIT CARD POS SOUTHWES 5262156312260 800-435-9792 TX ON 200106 #7733 |
| 01/06 | 332.98 | DEBIT CARD POS SOUTHWES 5262156312355 800-435-9792 TX ON 200106 #8000 |
| 01/06 | 651.98 | DEBIT CARD POS SOUTHWES 5262156499890 800-435-9792 TX ON 200106 #8000 |
| 01/06 | 392.98 | DEBIT CARD POS SOUTHWES 5262156500159 800-435-9792 TX ON 200106 #7733 |
| 01/06 | 100.00 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200106 #7733 |
| 01/06 | 19.44 | POS PURCHASE 091837 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 01/06 | 18.97 | POS PURCHASE 382359 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 01/06 | 13.42 | POS PURCHASE 303980 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/06 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200106008949 ATWY |
| 01/06 | 15,692.03 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 010620 90487 CCD |
| 01/07 | 52.00 | DEBIT CARD POS INTUIT *PAYROLL 888-537-7794 CA ON 200107 #7733 |
| 01/07 | 125.00 | DEBIT CARD POS FMCSA D&A CLEARINGHOUS 202-366-0928 DC ON 200107 #7733 |
| 01/07 | 14.17 | POS PURCHASE 514823 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/07 | 28.96 | POS PURCHASE 857174 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 01/07 | 19.50 | POS PURCHASE 949216 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 01/07 | 20,000.00 | OUTGOING WIRE REFERENCE # 200107006257 WIRE DEBIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/07 | 72,487.21 | OUTGOING WIRE REFERENCE # 200107006141 WIRE DEBIT SENDING BANK REFERENCE # NONREF ATWY |
| 01/07 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200107004951 ATWY |

  



# Account Statement

January 1, 2020 - January 31, 2020

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*

ACCOUNT DETAIL

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 01/07 | $35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 200107006141 ATWY |
| 01/07 | 35.00 | WIRE OUT FEE OUTGOING DOMESTIC WIRE REF # 200107006257 ATWY |
| 01/07 | 5,351.22 | ELECTRONIC DBT NORTHWEST IMAGIN Jan ACH 010720 CCD Reoccuring Monthly MNS, VOIP, and Licensing Charrges |
| 01/07 | 27,937.70 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 010720 90487 CCD |
| 01/08 | 343.98 | DEBIT CARD POS SOUTHWES 5262157225753 800-435-9792 TX ON 200108 #7733 |
| 01/08 | 20.11 | POS PURCHASE 322977 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 01/08 | 13.73 | POS PURCHASE 744983 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 01/08 | 14.48 | POS PURCHASE 646577 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 01/08 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200108006715 ATWY |
| 01/08 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200108009234 ATWY |
| 01/09 | 254.99 | DEBIT CARD POS SOUTHWES 5262157582481 800-435-9792 TX ON 200109 #8000 |
| 01/09 | 254.99 | DEBIT CARD POS SOUTHWES 5262157688202 800-435-9792 TX ON 200109 #7733 |
| 01/09 | 254.99 | DEBIT CARD POS SOUTHWES 5262157722755 800-435-9792 TX ON 200109 #7733 |
| 01/09 | 588.20 | DEBIT CARD POS ALASKA A 0272151620639 8006545669 WA ON 200109 #8000 |
| 01/09 | 16,953.14 | OUTGOING WIRE REFERENCE # 200109002110 WIRE DEBIT SENDING BANK REFERENCE # WT20010802571353 ATWY |
| 01/09 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200109005874 ATWY |
| 01/09 | 18,676.04 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 010920 90487 CCD |
| 01/10 | 354.00 | DEBIT CARD POS WATER TESTING LAB 5302437234 CA ON 200110 #7733 |
| 01/10 | 5.10 | DEBIT CARD POS TRAVELOCITY*7511619717 WWW.TVLY.COM WA ON 200110 #7733 |
| 01/10 | 57.55 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200110 #8079 |
| 01/10 | 19.19 | POS PURCHASE 266854 Lyft *Ride Fri SAN FRANCISCOCA ##7733 |
| 01/10 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200110006911 ATWY |
| 01/10 | 68.44 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 011020 PPD |
| 01/10 | 903.94 | ELECTRONIC DBT ATT Payment 011020 PPD |
| 01/13 | 584.66 | DEBIT CARD POS AMERICAN 00174897918156 SEATTLE WA ON 200112 #7733 |
| 01/13 | 505.00 | DEBIT CARD POS FASTRAK CSC 4154868655 CA ON 200112 #7733 |
| 01/13 | 343.98 | DEBIT CARD POS SOUTHWES 5262159093886 800-435-9792 TX ON 200113 #7733 |
| 01/13 | 112.35 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200112 #7733 |
| 01/13 | 254.99 | DEBIT CARD POS SOUTHWES 5262159156337 800-435-9792 TX ON 200113 #7733 |
| 01/13 | 392.98 | DEBIT CARD POS SOUTHWES 5262159156640 800-435-9792 TX ON 200113 #8000 |
| 01/13 | 615.78 | DEBIT CARD POS SOUTHWES 5262159244206 800-435-9792 TX ON 200113 #7733 |
| 01/13 | 580.00 | DEBIT CARD POS UNITED 01674155990625 800-932-2732 TX ON 200113 #7733 |
| 01/13 | 25.12 | POS PURCHASE 439133 SAM'S Club SACRAMENTO CA ##7816 |
| 01/13 | 22.94 | POS PURCHASE 714968 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/13 | 19.66 | POS PURCHASE 642162 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/13 | 12.78 | POS PURCHASE 967032 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/13 | 13.22 | POS PURCHASE 958283 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/13 | 5,085.66 | OUTGOING WIRE REFERENCE # 200113006577 WIRE DEBIT SENDING BANK REFERENCE # WT20011302582350 ATWY |
| 01/13 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200113007469 ATWY |
| 01/13 | 22,770.56 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 011320 90487 CCD |
| 01/14 | 625.00 | DEBIT CARD POS FMCSA D&A CLEARINGHOUS 202-366-0928 DC ON 200114 #7733 |
| 01/14 | 378.51 | DEBIT CARD POS ORBITZ*7512932961677 ORBITZ.COM WA ON 200114 #7733 |
| 01/14 | 19.02 | POS PURCHASE 420379 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/14 | 20.46 | POS PURCHASE 884994 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 01/14 | 20.33 | POS PURCHASE 064697 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 01/14 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200114006665 ATWY |
| 01/14 | 26,698.92 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 011420 90487 CCD |

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*

ACCOUNT DETAIL

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 01/15 | $343.98 | DEBIT CARD POS SOUTHWES 5262160083247 800-435-9792 TX ON 200115 #7733 |
| 01/15 | 7,663.62 | DEBIT CARD POS OREGON DOT MCTD REG SALEM OR ON 200115 #7733 |
| 01/15 | 183.93 | DEBIT CARD POS SVC FEE ODOT MCTD REG KNOXVILLE TN ON 200115 #7733 |
| 01/15 | 40.00 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200115 #7998 |
| 01/15 | 21.01 | POS PURCHASE 109853 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 01/15 | 19.64 | POS PURCHASE 383838 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 01/15 | 13.03 | POS PURCHASE 346659 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 01/15 | 13.58 | POS PURCHASE 599518 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 01/15 | 11,831.48 | OUTGOING WIRE REFERENCE # 200115007871 WIRE DEBIT SENDING BANK REFERENCE # WT20011502590649 ATWY |
| 01/15 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200115006922 ATWY |
| 01/15 | 61.00 | ELECTRONIC DBT KC TransguardIns Insurance 011520 KCTransgu011420 CCD |
| 01/16 | 389.99 | DEBIT CARD POS PRICELN*UNITED AIRLINE 800-7742354 CT ON 200116 #7733 |
| 01/16 | 19.89 | POS PURCHASE 879730 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 01/16 | 19.20 | POS PURCHASE 726282 Lyft *Ride Thu SAN FRANCISCOCA ##7733 |
| 01/16 | 5.00 | POS PURCHASE 677126 Lyft *Cancel Fe SAN FRANCISCOCA ##7733 |
| 01/16 | 276,794.99 | OUTGOING WIRE REFERENCE # 200116010536 WIRE DEBIT SENDING BANK REFERENCE # WT20011602596848 ATWY |
| 01/16 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200116008306 ATWY |
| 01/16 | 15,881.07 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 011620 90487 CCD |
| 01/17 | 4.30 | DEBIT CARD POS SOUTHWES 5262160924891 800-435-9792 TX ON 200117 #8000 |
| 01/17 | 343.98 | DEBIT CARD POS SOUTHWES 5262160959489 800-435-9792 TX ON 200117 #7733 |
| 01/17 | 254.99 | DEBIT CARD POS SOUTHWES 5262161079941 800-435-9792 TX ON 200117 #7733 |
| 01/17 | 59.92 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200117 #7733 |
| 01/17 | 78.23 | DEBIT CARD POS DTV*DIRECTV SERVICE 800-347-3288 CA ON 200117 #7733 |
| 01/17 | 60.39 | DEBIT CARD POS LYFT *RIDE THU 12PM 8552800278 CA ON 200117 #7733 |
| 01/17 | 62.82 | DEBIT CARD POS LYFT *RIDE THU 4PM 8552800278 CA ON 200117 #7733 |
| 01/17 | 354.00 | DEBIT CARD POS WATER TESTING LAB 5302437234 CA ON 200117 #7733 |
| 01/17 | 21.03 | POS PURCHASE 701150 Lyft *Ride Thu SAN FRANCISCOCA ##7733 |
| 01/17 | 19.26 | POS PURCHASE 835520 Lyft *Ride Fri SAN FRANCISCOCA ##7733 |
| 01/17 | 36.00 | POS PURCHASE 310528 SAMS CLUB #662 SACRAMENTO CA ##7816 |
| 01/17 | 11,800.00 | OUTGOING WIRE REFERENCE # 200117002697 WIRE DEBIT SENDING BANK REFERENCE # WT20011602596892 ATWY |
| 01/17 | 12,000.00 | OUTGOING WIRE REFERENCE # 200117006593 WIRE DEBIT SENDING BANK REFERENCE # WT20011702598934 ATWY |
| 01/17 | 16,368.52 | OUTGOING WIRE REFERENCE # 200117006549 WIRE DEBIT SENDING BANK REFERENCE # WT20011702598906 ATWY |
| 01/17 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200117005828 ATWY |
| 01/17 | 162.56 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 011720 PPD |
| 01/21 | 343.98 | DEBIT CARD POS SOUTHWES 5262161498940 800-435-9792 TX ON 200119 #7733 |
| 01/21 | 209.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200119 #7733 |
| 01/21 | 254.99 | DEBIT CARD POS SOUTHWES 5262162379017 800-435-9792 TX ON 200120 #7733 |
| 01/21 | 392.98 | DEBIT CARD POS SOUTHWES 5262162379587 800-435-9792 TX ON 200120 #8000 |
| 01/21 | 18.34 | POS PURCHASE 976886 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 01/21 | 18.84 | POS PURCHASE 664012 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 01/21 | 21.20 | POS PURCHASE 765219 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/21 | 13.35 | POS PURCHASE 600301 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/21 | 13.90 | POS PURCHASE 532292 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/21 | 20.68 | POS PURCHASE 538243 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/21 | 23.28 | POS PURCHASE 701434 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 01/21 | 13.08 | POS PURCHASE 702784 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 01/21 | 13.84 | POS PURCHASE 687804 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |

  



# Account Statement

January 1, 2020 - January 31, 2020

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*

ACCOUNT DETAIL

### Withdrawals

| *Date* | *Amount* | *Description* |
|---|---|---|
| 01/21 | $54,479.24 | OUTGOING WIRE REFERENCE # 200121010181 WIRE DEBIT SENDING BANK REFERENCE # WT20012102605282 ATWY |
| 01/21 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200121007132 ATWY |
| 01/21 | 126.00 | ELECTRONIC DBT IRS USATAXPYMT 012120 270042142107563 CCD |
| 01/22 | 14,392.34 | OUTGOING WIRE REFERENCE # 200122006022 WIRE DEBIT SENDING BANK REFERENCE # WT20012202608875 ATWY |
| 01/22 | 20,000.00 | OUTGOING WIRE REFERENCE # 200122006048 WIRE DEBIT SENDING BANK REFERENCE # WT20012202608887 ATWY |
| 01/22 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200122004728 ATWY |
| 01/22 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200122008717 ATWY |
| 01/22 | 35.00 | RETURNED ITEM FEE |
| 01/22 | 98.46 | ELECTRONIC DBT EMPLOYMENT DEVEL EDD EFTPMT 012220 1977917888 CCD |
| 01/22 | 17,836.82 | ELECTRONIC DBT SETTL-ADJUSTMENT ACH TRANS 012220 PPD |
| 01/22 | 26,467.46 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 012120 90487 CCD |
| 01/23 | 89.86 | DEBIT CARD POS FASTENAL COMPANY 01CAS SACRAMENTO CA ON 200123 #7998 |
| 01/23 | 52.43 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200123 #7733 |
| 01/23 | 513.77 | DEBIT CARD POS ORBITZ*71004047555669 ORBITZ.COM WA ON 200123 #7733 |
| 01/23 | 462.46 | DEBIT CARD POS LES SCHWAB TIRES #0623 FAIRFIELD CA ON 200123 #7998 |
| 01/23 | 170.94 | POS PURCHASE 000004 AMAZON.COM*JF8 SEATTLE WA ##7733 |
| 01/23 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200123007747 ATWY |
| 01/23 | 19,228.52 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 012320 90487 CCD |
| 01/24 | 35.00 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200124 #7998 |
| 01/24 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200124010962 ATWY |
| 01/24 | 125.42 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 012420 PPD |
| 01/27 | 254.99 | DEBIT CARD POS SOUTHWES 5262164360618 800-435-9792 TX ON 200126 #7733 |
| 01/27 | 30.00 | DEBIT CARD POS CHEVRON 0090081 SACRAMENTO CA ON 200127 #7816 |
| 01/27 | 17.88 | POS PURCHASE 406506 Lyft *Ride Sun SAN FRANCISCOCA ##8000 |
| 01/27 | 20.24 | POS PURCHASE 593409 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/27 | 13.33 | POS PURCHASE 010825 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/27 | 13.86 | POS PURCHASE 091187 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/27 | 14,019.28 | OUTGOING WIRE REFERENCE # 200127009121 WIRE DEBIT SENDING BANK REFERENCE # WT20012702623719 ATWY |
| 01/27 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200127006949 ATWY |
| 01/27 | 17,521.95 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 012720 90487 CCD |
| 01/28 | 155.00 | DEBIT CARD POS MOBILE ONE WINDSHIELD 916-9954070 CA ON 200128 #7733 |
| 01/28 | 20.22 | POS PURCHASE 608205 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 01/28 | 36.41 | POS PURCHASE 741064 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 01/28 | 10,000.00 | OUTGOING WIRE REFERENCE # 200128005197 WIRE DEBIT SENDING BANK REFERENCE # WT20012802625228 ATWY |
| 01/28 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200128005102 ATWY |
| 01/28 | 24,009.11 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 012820 90487 CCD |
| 01/29 | 468.99 | DEBIT CARD POS SOUTHWES 5262165597839 800-435-9792 TX ON 200129 #7733 |
| 01/29 | 21.87 | POS PURCHASE 104188 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 01/29 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200129006132 ATWY |
| 01/30 | 20.35 | POS PURCHASE 954279 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 01/30 | 47.43 | POS PURCHASE 623039 QUIK STOP 8500 FL SACRAMENTO CA ##7998 |
| 01/30 | 10,000.00 | OUTGOING WIRE REFERENCE # 200130007169 WIRE DEBIT SENDING BANK REFERENCE # WT20013002633602 ATWY |
| 01/30 | 240,705.43 | OUTGOING WIRE REFERENCE # 200130007120 WIRE DEBIT SENDING BANK REFERENCE # WT20013002633583 ATWY |
| 01/30 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200130006544 ATWY |
| 01/30 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200130009493 ATWY |
| 01/30 | 14,348.13 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 013020 90487 CCD |
| 01/31 | 10,000.00 | OUTGOING WIRE REFERENCE # 200131007505 WIRE DEBIT SENDING BANK REFERENCE # WT20013102638161 |



# Account Statement

January 1, 2020 - January 31, 2020



## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*

ACCOUNT DETAIL



### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 01/31 | $14,392.30 | OUTGOING WIRE REFERENCE # 200131007531 WIRE DEBIT SENDING BANK REFERENCE # WT20013102638164 |
| 01/31 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200131007375 |
| 01/31 | 156.58 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 013120 PPD |
| 01/31 | 7,607.79 | ELECTRONIC DBT CA DEPT TAX FEE CDTFA EPMT 013120 4615008 CCD |
| 01/31 | 15,471.58 | ELECTRONIC DBT EMPLOYMENT DEVEL EDD EFTPMT 013120 167006656 CCD |

**188 withdrawals for a total of $1,464,095.16**

### Checks Paid

| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9987 | 01/07 | 32,038.66 | 99093 | 01/27 | 1,397.20 | 99121 | 01/16 | 1,093.13 |
| 99055* | 01/06 | 166,760.66 | 99094 | 01/21 | 9,790.36 | 99122 | 01/31 | 8,794.47 |
| 99058* | 01/03 | 100.00 | 99095 | 01/17 | 262.00 | 99123 | 01/16 | 181.00 |
| 99065* | 01/08 | 101.70 | 99096 | 01/21 | 213.00 | 99124 | 01/22 | 58.00 |
| 99070* | 01/10 | 1,068.20 | 99097 | 01/21 | 410.50 | 99125 | 01/22 | 612.00 |
| 99073* | 01/02 | 5,485.96 | 99098 | 01/22 | 1,479.63 | 99126 | 01/17 | 95.90 |
| 99075* | 01/03 | 7,150.00 | 99099 | 01/21 | 26,550.18 | 99128* | 01/31 | 60.95 |
| 99076 | 01/06 | 87.10 | 99102* | 01/17 | 3,043.59 | 99129 | 01/16 | 55.50 |
| 99078* | 01/14 | 24.30 | 99104* | 01/21 | 1,939.58 | 99130 | 01/22 | 3,564.00 |
| 99079 | 01/03 | 713.77 | 99105 | 01/27 | 580.00 | 99131 | 01/17 | 5,107.25 |
| 99080 | 01/08 | 528.00 | 99106 | 01/17 | 758.83 | 99132 | 01/21 | 516.22 |
| 99081 | 01/13 | 1,507.86 | 99107 | 01/21 | 108.78 | 99133 | 01/30 | 12.00 |
| 99082 | 01/14 | 1,606.86 | 99108 | 01/23 | 33.90 | 99134 | 01/22 | 2,271.95 |
| 99083 | 01/09 | 400.66 | 99109 | 01/16 | 3,009.11 | 99135 | 01/23 | 139.00 |
| 99084 | 01/10 | 194.00 | 99110 | 01/27 | 254.46 | 99136 | 01/22 | 9,480.00 |
| 99085 | 01/10 | 78.08 | 99111 | 01/14 | 496.80 | 99137 | 01/24 | 33.95 |
| 99086 | 01/09 | 880.93 | 99113* | 01/23 | 4,953.95 | 99138 | 01/24 | 12.61 |
| 99087 | 01/15 | 15,221.06 | 99114 | 01/17 | 2,234.59 | 99139 | 01/24 | 10.30 |
| 99088 | 01/15 | 5,558.02 | 99116* | 01/17 | 694.00 | 99140 | 01/28 | 165.31 |
| 99089 | 01/22 | 2,484.62 | 99117 | 01/16 | 1,589.30 | 99141 | 01/28 | 530.08 |
| 99090 | 01/16 | 88.00 | 99118 | 01/27 | 5,240.74 | 99142 | 01/29 | 11,245.00 |
| 99091 | 01/21 | 2,368.73 | 99119 | 01/22 | 136.11 | 99144* | 01/30 | 3,671.89 |
| 99092 | 01/29 | 1,200.00 | 99120 | 01/17 | 3,477.62 | | | |

**68 checks paid for a total of $362,011.91**

** Break in check number sequence.*



# Account Statement

## IMPORTANT INFORMATION

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*In South Dakota, Bank of the West operates under the name of Bank of the West California.