# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

[CASE NAME]: Hendrickson Truck Lines, Inc.

Case No. 19-27396

**CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 2/29/20     PETITION DATE: 11/27/19

Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).

Dollars reported in $1

| Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | 2737154 | 327441 | |
| b. Total Assets | 5412257 | 5961965 | 6089060 |
| c. Current Liabilities | 3853890 | 3771167 | |
| d. Total Liabilities | 8470323 | 9069110 | 9261143 |

| Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | 1432063 | 1441899 | 4538464 |
| b. Total Disbursements | 1355717 | 1651411 | 4572728 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | 76346 | (209512) | (34264) |
| d. Cash Balance Beginning of Month | 16781 | 226293 | 16781 |
| e. Cash Balance End of Month (c + d) | 93127 | 16781 | 93127 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| Profit/(Loss) from the Statement of Operations | 49073 | 83154 | 110,234 |
| Account Receivables (Pre and Post Petition) | 2144866 | 2759358 | |
| Post-Petition Liabilities | 8470323 | 9069110 | |
| Past Due Post-Petition Account Payables (over 30 days) | 0 | 0 | |

| | Yes | No |
|---|---|---|
| At the end of this reporting month: Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| Is the estate insured for replacement cost of assets and for general liability? | X | |
| Are a plan and disclosure statement on file? | | X |
| Was there any post-petition borrowing during this reporting period? | | X |

Check if paid: Post-petition taxes X ; U.S. Trustee Quarterly Fees X ; Check if filing is current for: Post-petition tax reporting and tax returns: X .

(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 3/12/20

Responsible Individual: (ALBAN LANG, VP+CFO)

Revised 3/15/99

# STATEMENT OF OPERATIONS
(General Business Case)
For the Month Ended 2/29/20

| Current Month | | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|---|
| Actual | ~~Forecast~~ | ~~Variance~~ | | | **Revenues:** | | |
| 1444297 | | | $0 | 1 | Gross Sales | 4728313 | |
| | | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | | $0 | 3 | Net Sales | $0 | $0 |
| $0 | | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | | |
| $0 | $0 | | $0 | 5 | Gross Profit | $0 | $0 |
| | | | $0 | 6 | Interest | | |
| | | | $0 | 7 | Other Income: | | |
| | | | $0 | 8 | | | |
| | | | $0 | 9 | | | |
| 1444297 $0 | $0 | $0 | | 10 | Total Revenues | 4728313 $0 | $0 |
| | | | | | **Expenses:** | | |
| 34423 | | | $0 | 11 | Compensation to Owner(s)/Officer(s) | 94663 | |
| 455286 | | | $0 | 12 | Salaries | 1454377 | |
| | | | $0 | 13 | Commissions | | |
| | | | $0 | 14 | Contract Labor | | |
| | | | | | Rent/Lease: | | |
| | | | $0 | 15 | Personal Property | | |
| | | | $0 | 16 | Real Property | | |
| 119227 | | | $0 | 17 | Insurance | 359681 | |
| | | | $0 | 18 | Management Fees | | |
| 12457 | | | $0 | 19 | Depreciation | 37366 | |
| | | | | | Taxes: | | |
| 42011 | | | $0 | 20 | Employer Payroll Taxes | | |
| | | | $0 | 21 | Real Property Taxes | | |
| | | | $0 | 22 | Other Taxes | | |
| | | | $0 | 23 | Other Selling | | |
| 264178 | | | $0 | 24 | Other Administrative | 920639 | |
| 17464 | | | $0 | 25 | Interest | 45778 | |
| 450178 | | | $0 | 26 | Other Expenses: | 1549840 | |
| | | | $0 | 27 | | | |
| | | | $0 | 28 | | | |
| | | | $0 | 29 | | | |
| | | | $0 | 30 | | | |
| | | | $0 | 31 | | | |
| | | | $0 | 32 | | | |
| | | | $0 | 33 | | | |
| | | | $0 | 34 | | | |
| 1395224 $0 | $0 | $0 | | 35 | Total Expenses | 4599423 $0 | $0 |
| 49073 $0 | $0 | $0 | | 36 | Subtotal | 128890 $0 | $0 |
| | | | | | **Reorganization Items:** | | |
| | | | $0 | 37 | Professional Fees | | |
| | | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | | $0 | 41 | U.S. Trustee Quarterly Fees | 15656 | |
| | | | $0 | 42 | | | |
| $0 | $0 | $0 | | 43 | Total Reorganization Items | 15656 $0 | $0 |
| 49073 $0 | $0 | $0 | | 44 | Net Profit (Loss) Before Federal & State Taxes | 110234 $0 | $0 |
| | | | $0 | 45 | Federal & State Income Taxes | | |
| 49073 $0 | $0 | $0 | | 46 | Net Profit (Loss) | 110234 $0 | $0 |

an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 3/15/99

# BALANCE SHEET
(General Business Case)
For the Month Ended __2/29/20__

| # | Assets | From Schedules | Market Value | |
|---|---|---|---|---|
| | **Current Assets** | | | |
| 1 | Cash and cash equivalents - unrestricted | | 93127 | |
| 2 | Cash and cash equivalents - restricted | | | |
| 3 | Accounts receivable (net) | A | 2144866 | $0 |
| 4 | Inventory | B | 58665 | $0 |
| 5 | Prepaid expenses | | 446496 | |
| 6 | Professional retainers | | | |
| 7 | Other: _____ | | | |
| 8 | _____ | | | |
| 9 | **Total Current Assets** | | 5412251 | $0 |
| | **Property and Equipment (Market Value)** | | | |
| 10 | Real property | C | 840253 | $0 |
| 11 | Machinery and equipment | D | 434888 | $0 |
| 12 | Furniture and fixtures | D | | $0 |
| 13 | Office equipment | D | | $0 |
| 14 | Leasehold improvements | D | 72846 | $0 |
| 15 | Vehicles | D | | $0 |
| 16 | Other: _____ | D | | |
| 17 | | D | | |
| 18 | | D | | |
| 19 | | D | | |
| 20 | | D | | |
| 21 | **Total Property and Equipment** | | 1347987 | $0 |
| | **Other Assets** | | | |
| 22 | Loans to shareholders | | 1327010 | |
| 23 | Loans to affiliates | | | |
| | Other Asset | | 100 | |
| | | | | |
| | **Total Other Assets** | | 1327110 | $0 |
| | **Total Assets** | | 5412251 | $0 |

NOTE: Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

# Liabilities and Equity
(General Business Case)

Liabilities From Schedules

Post-Petition

Current Liabilities

| # | Item | | Amount | |
|---|------|---|--------|---|
| 30 | Salaries and wages | | 144524 | |
| 31 | Payroll taxes | | 8455 | |
| 32 | Real and personal property taxes | | 23875 | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | 675743 | |
| 36 | Accounts payable (trade) | A | 221792 | $0 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: _____ | | 2779501 | |
| 42 | _____ | | | |
| 43 | _____ | | | |
| 44 | **Total Current Liabilities** | | 3853890 | $0 |
| 45 | Long-Term Post-Petition Debt, Net of Current Portion | | 4616433 | |
| 46 | **Total Post-Petition Liabilities** | | | $0 |

Pre-Petition Liabilities (allowed amount)

| # | Item | | Amount |
|---|------|---|--------|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | 8470323 $0 |

Equity (Deficit)

| # | Item | Amount |
|---|------|--------|
| 52 | Retained Earnings/(Deficit) at time of filing | <3746337> |
| 53 | Capital Stock | 10.00 |
| 54 | Additional paid-in capital | 567931 |
| 55 | Cumulative profit/(loss) since filing of case | 115234 |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | <3058072> $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | 5412251 $0 |

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| ivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| -30 Days | 2071287 | 147253 | |
| -60 Days | 51137 | 74539 | 0　　$0 |
| -90 Days | 52442 | | |
| + Days | | | |
| otal accounts receivable/payable | 2174866　$0 | 221792　$0 | |
| lowance for doubtful accounts | <30,000> | | |
| ccounts receivable (net) | 2144866　$0 | | |

## Schedule B
### Inventory/Cost of Goods Sold

s and Amount of Inventory(ies)　　　　Inventory(ies) Balance at End of Month

Cost of Goods Sold

:tail/Restaurants -
'roduct for resale

Inventory Beginning of Month
Add -
　Net purchase
　Direct labor
　Manufacturing overhead
　Freight in
　Other:

stribution -
'roducts for resale

anufacturer -
;aw Materials
Vork-in-progress
inished goods

Less -
Inventory End of Month
Shrinkage
Personal Use

her - Explain

Cost of Goods Sold　　　　　　　　　　$0

TOTAL　　　　　　　　　　$0

ethod of Inventory Control
 you have a functioning perpetual inventory system?
　　Yes____　No____
w often do you take a complete physical inventory?

Inventory Valuation Methods
Indicate by a checkmark method of inventory used.

Valuation methods -
　FIFO cost
　LIFO cost
　Lower of cost or market
　Retail method
　Other
　　Explain

'eekly
[onthly
uarterly
emi-annually
nnually
f last physical inventory was

f next physical inventory is

Revised 3/15/99

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| | 840253 | NOT AVAIL |
| | | |
| | | |
| | | |
| | | |
| Total | 840253 $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | 434888 | Not Avail |
| | | |
| | | |
| Total | 434888 $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | 72846 | |
| | | |
| Total | 72846 $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| Total | 1341987 $0 | $0 |

Revised 3/15/99

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| ces Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| leral | | | | | |
|   Income Tax Withholding | | | | | $0 |
|   FICA - Employee | | | | | $0 |
|   FICA - Employer | | | | | $0 |
|   Unemployment (FUTA) | | | | | $0 |
|   Income | | | | | $0 |
|   Other (Attach List) | | | | | $0 |
| al Federal Taxes | $0 | $0 | $0 | $0 | $0 |
| te and Local | | | | | |
|   Income Tax Withholding | | | | | $0 |
|   Unemployment (UT) | | | | | $0 |
|   Disability Insurance (DI) | | | | | $0 |
|   Empl. Training Tax (ETT) | | | | | $0 |
|   Sales | | | | | $0 |
|   Excise | | | | | $0 |
|   Real property | 23875 | | | | $0 |
|   Personal property | | | | | $0 |
|   Income | | | | | $0 |
|   Other (Attach List) | | | | | $0 |
| al State & Local Taxes | 23875   $0 | $0 | $0 | $0 | $0 |
| al Taxes | 23875   $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | 4600538 | 4600538 |
| Priority claims other than taxes | | |
| Priority tax claims | 122974 | 122974 |
| General unsecured claims | 435715 | 435715 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
Not applicable to General Business Cases

(crossed out)

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| unt Type | | | | |
| unt No. | | | | |
| unt Purpose | | | | |
| ce, End of Month | | | | |
| Funds on Hand for all Accounts | $0 | | | |

h copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended _____

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | | |
| Cash Received from Sales | 1432063 | 4538464 |
| Interest Received | | |
| Borrowings | | |
| Funds from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| **Total Cash Receipts** | 1432063 $0 | 4538464 $0 |
| **Cash Disbursements** | | |
| Payments for Inventory | | |
| Selling | | |
| Administrative | 264178 | 930892 |
| Capital Expenditures | | |
| Principal Payments on Debt | 45625 | 128946 |
| Interest Paid | 17464 | 45778 |
| Rent/Lease: | | |
|   Personal Property | | |
|   Real Property | | |
| Amount Paid to Owner(s)/Officer(s) | | |
|   Salaries | 34423 | 94663 |
|   Draws | | |
|   Commissions/Royalties | | |
|   Expense Reimbursements | | |
|   Other | | |
| Salaries/Commissions (less employee withholding) | 455286 | 1663657 |
| Management Fees | | |
| Taxes: | | |
|   Employee Withholding | | |
|   Employer Payroll Taxes | 42011 | 139279 |
|   Real Property Taxes | | |
|   Other Taxes | | |
| Other Cash Outflows: | | |
|   OTHER OPERATING EXPENSES | 496730 | 1553857 |
|   US TRUSTEE QUARTERLY FEES | 0 | 15656 |
| **Total Cash Disbursements:** | 1355717 $0 | 4572728 $0 |
| **Net Increase (Decrease) in Cash** | 76346 $0 | <34264> $0 |
| **Cash Balance, Beginning of Period** | 16781 | 127391 |
| **Cash Balance, End of Period** | 93127 $0 | 93127 $0 |

Revised 3/15/99

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended _____

|  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** |  |  |
| Cash Received from Sales |  |  |
| Rent/Leases Collected |  |  |
| Interest Received |  |  |
| Cash Paid to Suppliers |  |  |
| Cash Paid for Selling Expenses |  |  |
| Cash Paid for Administrative Expenses |  |  |
| Cash Paid for Rents/Leases: |  |  |
|    Personal Property |  |  |
|    Real Property |  |  |
| Cash Paid for Interest |  |  |
| Cash Paid for Net Payroll and Benefits |  |  |
| Cash Paid to Owner(s)/Officer(s) |  |  |
|    Salaries |  |  |
|    Draws |  |  |
|    Commissions/Royalties |  |  |
|    Expense Reimbursements |  |  |
|    Other |  |  |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. |  |  |
|    Employer Payroll Tax |  |  |
|    Employee Withholdings |  |  |
|    Real Property Taxes |  |  |
|    Other Taxes |  |  |
| Cash Paid for General Expenses |  |  |
|  |  |  |
| Net Cash Provided (Used) by Operating Activities before Reorganization Items | $0 | $0 |
| **Cash Flows From Reorganization Items** |  |  |
| Interest Received on Cash Accumulated Due to Chp 11 Case |  |  |
| Professional Fees Paid for Services in Connection with Chp 11 Case |  |  |
| U.S. Trustee Quarterly Fees |  |  |
| Net Cash Provided (Used) by Reorganization Items | $0 | $0 |
| Net Cash Provided (Used) for Operating Activities and Reorganization Items | $0 | $0 |
| **Cash Flows From Investing Activities** |  |  |
| Capital Expenditures |  |  |
| Proceeds from Sales of Capital Goods due to Chp 11 Case |  |  |
| Net Cash Provided (Used) by Investing Activities | $0 | $0 |
| **Cash Flows From Financing Activities** |  |  |
| Net Borrowings (Except Insiders) |  |  |
| Net Borrowings from Shareholders, Partners, or Other Insiders |  |  |
| Capital Contributions |  |  |
| Principal Payments |  |  |
| Net Cash Provided (Used) by Financing Activities | $0 | $0 |
| Net Increase (Decrease) in Cash and Cash Equivalents | $0 | $0 |
| Cash and Cash Equivalents at Beginning of Month |  |  |
| Cash and Cash Equivalents at End of Month | $0 | $0 |

Revised 3/15/99



P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

February 1, 2020 - February 29, 2020

Page **1** of **8**



>018626 3980079 0001 008230 10Z
HENDRICKSON TRUCK LINES INC
7080 FLORIN PERKINS RD
SACRAMENTO CA 95828-2609

## At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY

## Non-Bank of the West ATM Fee

Effective April 6, 2020, the fee we charge for each Balance Inquiry, Transfer and Withdrawal conducted at a non-Bank of the West ATM will increase from $2.50 to $3.00 per transaction. This fee can be avoided by using a Bank of the West ATM – find one near you at bankofthewest.com. Please note there is no change for those account types currently not being charged this fee.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## CLASSIC BUSINESS CHECKING ████ 2772

HENDRICKSON TRUCK LINES INC



### ACCOUNT SUMMARY

| | |
|---|---:|
| **Beginning Balance** | **$17,494.83** |
| 29 Credits | 1,368,974.45 |
| 0 Deposits | 0.00 |
| 164 Withdrawals | -1,156,829.18 |
| 25 Checks | -106,890.46 |
| **Ending Balance** | **$122,749.64** |

### EARNINGS SUMMARY

| | |
|---|---:|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Interest credited prior year | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $111,105.25 |

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.




Filed 03/23/20    Case 19-27396    Doc 107



# Account Statement

February 1, 2020 - February 29, 2020

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*
### ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---:|---|
| 02/03 | $10.00 | SERVICE CHG REBATE VALUED CUSTOMER MONTHLY SERVICE CHARGE REBATE |
| 02/03 | 12,449.87 | INCOMING WIRE REFERENCE # 200203005739 WIRE CREDIT SENDING BANK REFERENCE # 2854786 |
| 02/04 | 124,685.99 | INCOMING WIRE REFERENCE # 200204006128 WIRE CREDIT SENDING BANK REFERENCE # 2857204 |
| 02/05 | 47,936.74 | INCOMING WIRE REFERENCE # 200205004766 WIRE CREDIT SENDING BANK REFERENCE # 2859102 |
| 02/06 | 54,391.92 | INCOMING WIRE REFERENCE # 200206006510 WIRE CREDIT SENDING BANK REFERENCE # 2861710 |
| 02/07 | 42,792.46 | INCOMING WIRE REFERENCE # 200207006212 WIRE CREDIT SENDING BANK REFERENCE # 2863420 |
| 02/10 | 54,256.68 | INCOMING WIRE REFERENCE # 200210007343 WIRE CREDIT SENDING BANK REFERENCE # 2866166 |
| 02/11 | 343.98 | POS CREDIT SOUTHWES 5262169623006 800-435-9792 TX ON 200211 #7733 |
| 02/11 | 87,120.38 | INCOMING WIRE REFERENCE # 200211006646 WIRE CREDIT SENDING BANK REFERENCE # 2868506 |
| 02/12 | 5.00 | POS CREDIT 509318 Lyft *Cancel SAN FRANCISCOCA ##7733 |
| 02/12 | 343.98 | POS CREDIT SOUTHWES 5262170080393 800-435-9792 TX ON 200212 #7733 |
| 02/12 | 17,161.59 | INCOMING WIRE REFERENCE # 200212008327 WIRE CREDIT SENDING BANK REFERENCE # 2871188 |
| 02/12 | 58,075.36 | INCOMING WIRE REFERENCE # 200212006450 WIRE CREDIT SENDING BANK REFERENCE # 2870346 |
| 02/13 | 99.00 | POS CREDIT AMTRAK - 0420720608835 WASHINGTON DC ON 200213 #7733 |
| 02/13 | 80,000.00 | INCOMING WIRE REFERENCE # 200213008675 WIRE CREDIT SENDING BANK REFERENCE # 2873072 |
| 02/14 | 52,490.41 | INCOMING WIRE REFERENCE # 200214011535 WIRE CREDIT SENDING BANK REFERENCE # 2876130 |
| 02/18 | 15.50 | POS CREDIT AMTRAK . 0360662572831 WASHINGTON DC ON 200217 #7733 |
| 02/18 | 603.78 | POS CREDIT SOUTHWES 5262172149211 800-435-9792 TX ON 200217 #7733 |
| 02/18 | 78,118.01 | INCOMING WIRE REFERENCE # 200218008369 WIRE CREDIT SENDING BANK REFERENCE # 2878848 |
| 02/19 | 119,501.15 | INCOMING WIRE REFERENCE # 200219005830 WIRE CREDIT SENDING BANK REFERENCE # 2881168 |
| 02/20 | 52,764.74 | INCOMING WIRE REFERENCE # 200220009017 WIRE CREDIT SENDING BANK REFERENCE # 2884400 |
| 02/21 | 428.98 | POS CREDIT SOUTHWES 5262173365989 800-435-9792 TX ON 200221 #7733 |
| 02/21 | 32,772.06 | INCOMING WIRE REFERENCE # 200221011149 WIRE CREDIT SENDING BANK REFERENCE # NONREF |
| 02/21 | 45,585.15 | INCOMING WIRE REFERENCE # 200221006418 WIRE CREDIT SENDING BANK REFERENCE # 2885898 |
| 02/24 | 90,595.80 | INCOMING WIRE REFERENCE # 200224007858 WIRE CREDIT SENDING BANK REFERENCE # 2888916 |
| 02/25 | 139,586.44 | INCOMING WIRE REFERENCE # 200225007226 WIRE CREDIT SENDING BANK REFERENCE # 2890922 |
| 02/26 | 81,243.87 | INCOMING WIRE REFERENCE # 200226009249 WIRE CREDIT SENDING BANK REFERENCE # 2894140 |
| 02/27 | 32,439.61 | INCOMING WIRE REFERENCE # 200227006896 WIRE CREDIT SENDING BANK REFERENCE # 2895842 |
| 02/28 | 63,156.00 | INCOMING WIRE REFERENCE # 200228009526 WIRE CREDIT SENDING BANK REFERENCE # 2899058 |

**29 credits for a total of $1,368,974.45**

### Withdrawals

| Date | Amount | Description |
|---|---:|---|
| 02/03 | $66.77 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200202 #8079 |
| 02/03 | 135.10 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200203 #7733 |
| 02/03 | 17.99 | DEBIT CARD POS LYFT *RIDE SUN 2PM 8552800278 CA ON 200203 #7733 |
| 02/03 | 10.00 | MONTHLY SVC CHG PREVIOUS PERIOD ACTIVITY RESULTED IN MONTHLY SERVICE CHARGE |
| 02/03 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200203005739 |
| 02/03 | 68.00 | EXCESS TRANSCTN FEE PREVIOUS PERIOD ACTIVITY RESULTED IN EXCESS TRANSACTION FEE |
| 02/03 | 1,779.70 | ELECTRONIC DBT TAX_REV_WDT_ECKS TRD PMNT 020320 1038464256 CCD |
| 02/03 | 5,085.66 | ELECTRONIC DBT WELLS FARGO BANK TO 06762 020320 368464400309594 CCD |
| 02/03 | 19,307.92 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 020320 90487 CCD |
| 02/04 | 74.90 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200204 #7733 |
| 02/04 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200204006128 |
| 02/04 | 24,670.02 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 020420 90487 CCD |
| 02/05 | 13.88 | DEBIT CARD POS LYFT *RIDE MON 10AM 8552800278 CA ON 200205 #7733 |
| 02/05 | 506.23 | DEBIT CARD POS SELMA LES SCHWAB TIRE SELMA CA ON 200205 #7998 |

  

Filed 03/23/20      Case 19-27396      Doc 107



# Account Statement

February 1, 2020 - February 29, 2020

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*
### ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---:|---|
| 02/05 | $57.08 | POS PURCHASE 856201 THE HOME DEPOT #6 SACRAMENTO CA ##8079 |
| 02/05 | 20,000.00 | OUTGOING WIRE REFERENCE # 200205008318 WIRE DEBIT SENDING BANK REFERENCE # WT20020502652491 |
| 02/05 | 45,000.00 | OUTGOING WIRE REFERENCE # 200205009206 WIRE DEBIT SENDING BANK REFERENCE # WT20020502653093 |
| 02/05 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200205004766 |
| 02/05 | 61.00 | ELECTRONIC DBT KC TransguardIns Insurance 020520 KCTran020420144 CCD |
| 02/05 | 5,351.22 | ELECTRONIC DBT NORTHWEST IMAGIN Feb ACH 020520 CCD Reoccuring Monthly MNS, VOIP, and Licensing Charrges |
| 02/06 | 403.78 | DEBIT CARD POS SOUTHWES 5262168461130 800-435-9792 TX ON 200206 #7733 |
| 02/06 | 100.00 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200206 #7733 |
| 02/06 | 22.18 | DEBIT CARD POS LYFT *RIDE TUE 7AM 8552800278 CA ON 200206 #7733 |
| 02/06 | 52.00 | DEBIT CARD POS INTUIT *PAYROLL 888-537-7794 CA ON 200206 #7733 |
| 02/06 | 160.82 | DEBIT CARD POS RIVERVIEW INT'L TRUCKS WEST SACRAMEN CA ON 200206 #8079 |
| 02/06 | 102.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200206 #7733 |
| 02/06 | 47.25 | POS PURCHASE 044455 QUIK STOP 8500 FL SACRAMENTO CA ##7998 |
| 02/06 | 516.22 | OUTGOING WIRE REFERENCE # 200206007346 WIRE DEBIT SENDING BANK REFERENCE # WT20020602655842 |
| 02/06 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200206006510 |
| 02/06 | 5,721.43 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 020620 90487 CCD |
| 02/07 | 52.50 | DEBIT CARD POS AMTRAK . 0360662572831 8008727245 DC ON 200207 #7733 |
| 02/07 | 254.99 | DEBIT CARD POS SOUTHWES 5262168850504 800-435-9792 TX ON 200207 #7733 |
| 02/07 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200207006212 |
| 02/07 | 78.94 | ELECTRONIC DBT FEDERAL EXPRESS DEBIT 020720 EPA91251110 CCD |
| 02/07 | 102.06 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 020720 PPD |
| 02/10 | 398.98 | DEBIT CARD POS SOUTHWES 5262169227303 800-435-9792 TX ON 200209 #7733 |
| 02/10 | 36.99 | DEBIT CARD POS DTV*DIRECTV SERVICE 800-347-3288 CA ON 200209 #7733 |
| 02/10 | 8.75 | DEBIT CARD POS LYFT *RIDE FRI 3PM 8552800278 CA ON 200209 #7733 |
| 02/10 | 343.98 | DEBIT CARD POS SOUTHWES 5262169623006 800-435-9792 TX ON 200210 #7733 |
| 02/10 | 8.75 | DEBIT CARD POS LYFT *RIDE FRI 3PM 8552800278 CA ON 200209 #7733 |
| 02/10 | 8.75 | DEBIT CARD POS LYFT *RIDE FRI 5PM 8552800278 CA ON 200209 #7733 |
| 02/10 | 6.78 | DEBIT CARD POS LYFT *RIDE SUN 7AM 8552800278 CA ON 200210 #7733 |
| 02/10 | 10,000.00 | OUTGOING WIRE REFERENCE # 200210007711 WIRE DEBIT SENDING BANK REFERENCE # WT20021002664053 |
| 02/10 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200210007343 |
| 02/10 | 18,700.28 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 021020 90487 CCD |
| 02/11 | 343.98 | DEBIT CARD POS SOUTHWES 5262170080393 800-435-9792 TX ON 200211 #7733 |
| 02/11 | 18.26 | DEBIT CARD POS LYFT *RIDE SUN 3PM 8552800278 CA ON 200211 #7733 |
| 02/11 | 23.59 | DEBIT CARD POS LYFT *RIDE MON 7AM 8552800278 CA ON 200211 #7733 |
| 02/11 | 65.94 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200211 #8079 |
| 02/11 | 13.39 | DEBIT CARD POS LYFT *RIDE MON 8AM 8552800278 CA ON 200211 #7733 |
| 02/11 | 29.96 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200211 #7733 |
| 02/11 | 539.99 | DEBIT CARD POS PRICELN*UNITED AIRLINE 800-7742354 CT ON 200211 #7733 |
| 02/11 | 13.83 | POS PURCHASE 792532 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 02/11 | 32.99 | POS PURCHASE 530254 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 02/11 | 20.57 | POS PURCHASE 079915 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 02/11 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200211006646 |
| 02/11 | 410.00 | BANK DEBIT 2917629 |
| 02/11 | 454.89 | ELECTRONIC DBT ATT Payment 021120 PPD |
| 02/11 | 30,759.08 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 021120 90487 CCD |
| 02/12 | 254.99 | DEBIT CARD POS SOUTHWES 5262170433198 800-435-9792 TX ON 200212 #7733 |
| 02/12 | 19.40 | POS PURCHASE 001126 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |



# Account Statement

February 1, 2020 - February 29, 2020

Page **4** of **8**

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*

### ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---:|---|
| 02/12 | $5.00 | POS PURCHASE 583807 Lyft *Cancel Fe SAN FRANCISCOCA ##7733 |
| 02/12 | 21.23 | POS PURCHASE 320764 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 02/12 | 13.27 | POS PURCHASE 510293 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 02/12 | 13.84 | POS PURCHASE 535628 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 02/12 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200212006450 |
| 02/12 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200212008327 |
| 02/13 | 378.98 | DEBIT CARD POS SOUTHWES 5262170849234 800-435-9792 TX ON 200213 #7733 |
| 02/13 | 99.00 | DEBIT CARD POS AMTRAK . 0420720608835 8008727245 DC ON 200213 #7733 |
| 02/13 | 1,000.00 | DEBIT CARD POS TENSTREET.COM 8772199283 OK ON 200213 #7733 |
| 02/13 | 133.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200213 #7733 |
| 02/13 | 89.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200213 #7733 |
| 02/13 | 21.30 | POS PURCHASE 634356 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 02/13 | 10,000.00 | OUTGOING WIRE REFERENCE # 200213009095 WIRE DEBIT SENDING BANK REFERENCE # WT20021302676367 |
| 02/13 | 300,903.41 | OUTGOING WIRE REFERENCE # 200213009036 WIRE DEBIT SENDING BANK REFERENCE # WT20021302676324 |
| 02/13 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200213008675 |
| 02/14 | 44.94 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200214 #7733 |
| 02/14 | 20.92 | POS PURCHASE 650897 Lyft *Ride Thu SAN FRANCISCOCA ##7733 |
| 02/14 | 26.86 | POS PURCHASE 294467 Lyft *Ride Fri SAN FRANCISCOCA ##7733 |
| 02/14 | 15,300.62 | PAID ACH DEBIT PILOT RECEIVABLE PILOTDRAFT 021320 90487 CCD |
| 02/14 | 10,000.00 | OUTGOING WIRE REFERENCE # 200214006759 WIRE DEBIT SENDING BANK REFERENCE # WT20021402679021 |
| 02/14 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200214011535 |
| 02/14 | 35.00 | PAID OVERDRAFT FEE |
| 02/14 | 118.94 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 021420 PPD |
| 02/18 | 505.00 | DEBIT CARD POS FASTRAK CSC 4154868655 CA ON 200216 #7733 |
| 02/18 | 603.78 | DEBIT CARD POS SOUTHWES 5262172149211 800-435-9792 TX ON 200217 #7733 |
| 02/18 | 464.78 | DEBIT CARD POS SOUTHWES 5262172149270 800-435-9792 TX ON 200217 #7733 |
| 02/18 | 343.98 | DEBIT CARD POS SOUTHWES 5262172149320 800-435-9792 TX ON 200217 #7733 |
| 02/18 | 30.00 | DEBIT CARD POS CHEVRON 0090081 SACRAMENTO CA ON 200216 #7176 |
| 02/18 | 63.57 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200217 #8079 |
| 02/18 | 75.00 | DEBIT CARD POS MOBILE ONE WINDSHIELD W SACRAMENTO CA ON 200217 #7733 |
| 02/18 | 5.00 | POS PURCHASE 009518 Lyft *Cancel Fe SAN FRANCISCOCA ##7733 |
| 02/18 | 5.85 | POS PURCHASE 461129 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 02/18 | 45.81 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200218 #7998 |
| 02/18 | 17.20 | POS PURCHASE 354131 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 02/18 | 20.30 | POS PURCHASE 843343 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 02/18 | 21.43 | POS PURCHASE 003002 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 02/18 | 70,486.54 | OUTGOING WIRE REFERENCE # 200218009500 WIRE DEBIT SENDING BANK REFERENCE # WT20021802684900 |
| 02/18 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200218008369 |
| 02/18 | 23,072.75 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 021820 90487 CCD |
| 02/19 | 343.98 | DEBIT CARD POS SOUTHWES 5262172873946 800-435-9792 TX ON 200219 #7733 |
| 02/19 | 124.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200219 #7733 |
| 02/19 | 14,392.34 | OUTGOING WIRE REFERENCE # 200219006692 WIRE DEBIT SENDING BANK REFERENCE # WT20021902688777 |
| 02/19 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200219005830 |
| 02/19 | 24,119.97 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 021820 90487 CCD |
| 02/20 | 428.98 | DEBIT CARD POS SOUTHWES 5262173365989 800-435-9792 TX ON 200220 #7733 |
| 02/20 | 104.86 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200220 #7733 |
| 02/20 | 6.62 | POS PURCHASE 419752 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |

bankofthewest.com      1-800-488-2265      1-800-659-5495 TTY

Filed 03/23/20     Case 19-27396     Doc 107



# Account Statement

February 1, 2020 - February 29, 2020

Page **5** of **8**

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*
### ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---:|---|
| 02/20 | $15,000.00 | OUTGOING WIRE REFERENCE # 200220008327 WIRE DEBIT SENDING BANK REFERENCE # WT20022002694158 |
| 02/20 | 20,000.00 | OUTGOING WIRE REFERENCE # 200220006276 WIRE DEBIT SENDING BANK REFERENCE # WT20022002693012 |
| 02/20 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200220009017 |
| 02/20 | 20,309.07 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 022020 90487 CCD |
| 02/21 | 22.47 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200221 #7733 |
| 02/21 | 382.50 | DEBIT CARD POS DRIVERFACTS 888-8444730 CA ON 200221 #7733 |
| 02/21 | 111.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200221 #7733 |
| 02/21 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200221006418 |
| 02/21 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200221011149 |
| 02/21 | 106.86 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 022120 PPD |
| 02/24 | 224.98 | DEBIT CARD POS SOUTHWES 5262174019762 800-435-9792 TX ON 200223 #7733 |
| 02/24 | 392.98 | DEBIT CARD POS SOUTHWES 5262174482149 800-435-9792 TX ON 200224 #7733 |
| 02/24 | 254.99 | DEBIT CARD POS SOUTHWES 5262174482164 800-435-9792 TX ON 200224 #7733 |
| 02/24 | 22.47 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200223 #7733 |
| 02/24 | 392.98 | DEBIT CARD POS SOUTHWES 5262174544846 800-435-9792 TX ON 200224 #7733 |
| 02/24 | 254.99 | DEBIT CARD POS SOUTHWES 5262174544876 800-435-9792 TX ON 200224 #7733 |
| 02/24 | 343.98 | DEBIT CARD POS SOUTHWES 5262174639581 800-435-9792 TX ON 200224 #7733 |
| 02/24 | 32.25 | POS PURCHASE 235775 Lyft *Ride Fri SAN FRANCISCOCA ##7733 |
| 02/24 | 21.30 | POS PURCHASE 878137 Lyft *Ride Fri SAN FRANCISCOCA ##7733 |
| 02/24 | 6.56 | POS PURCHASE 981256 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 02/24 | 13.37 | POS PURCHASE 357955 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 02/24 | 25.00 | POS PURCHASE 925751 CHEVRON/EDWARD R. SACRAMENTO CA ##7176 |
| 02/24 | 13.76 | POS PURCHASE 426956 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 02/24 | 54,479.24 | OUTGOING WIRE REFERENCE # 200224008241 WIRE DEBIT SENDING BANK REFERENCE # WT20022402703660 |
| 02/24 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200224007858 |
| 02/24 | 21,486.40 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 022420 90487 CCD |
| 02/25 | 91.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200225 #7733 |
| 02/25 | 18.16 | POS PURCHASE 007700 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 02/25 | 11.41 | POS PURCHASE 819974 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 02/25 | 20.20 | POS PURCHASE 824267 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 02/25 | 20.84 | POS PURCHASE 730164 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 02/25 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200225007226 |
| 02/25 | 27,166.02 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 022520 90487 CCD |
| 02/26 | 667.17 | DEBIT CARD POS PRICELN*DELTA AIR LINE 800-7742354 CT ON 200226 #7733 |
| 02/26 | 36.11 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200226 #7998 |
| 02/26 | 22.88 | POS PURCHASE 457969 AMAZON.COM*KF9 SEATTLE WA ##7733 |
| 02/26 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200226009249 |
| 02/27 | 392.98 | DEBIT CARD POS SOUTHWES 5262175809036 800-435-9792 TX ON 200227 #7733 |
| 02/27 | 22.56 | POS PURCHASE 697569 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 02/27 | 34.67 | POS PURCHASE 200478 PG E EZ PAY SAN FRANCISCOCA ##7733 |
| 02/27 | 7,262.30 | OUTGOING WIRE REFERENCE # 200227008011 WIRE DEBIT SENDING BANK REFERENCE # WT20022702716166 |
| 02/27 | 10,000.00 | OUTGOING WIRE REFERENCE # 200227006418 WIRE DEBIT SENDING BANK REFERENCE # WT20022702715334 |
| 02/27 | 14,392.34 | OUTGOING WIRE REFERENCE # 200227006817 WIRE DEBIT SENDING BANK REFERENCE # WT20022702715596 |
| 02/27 | 277,219.13 | OUTGOING WIRE REFERENCE # 200227006387 WIRE DEBIT SENDING BANK REFERENCE # WT20022702715327 |
| 02/27 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200227006896 |
| 02/27 | 17,861.63 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 022720 90487 CCD |
| 02/28 | 37.41 | DEBIT CARD POS ORIGINAL MELS DINER VERDI NV ON 200228 #7998 |



# Account Statement

February 1, 2020 - February 29, 2020

Page **6** of **8**

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*

ACCOUNT DETAIL

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 02/28 | $254.99 | DEBIT CARD POS SOUTHWES 5262176277457 800-435-9792 TX ON 200228 #7733 |
| 02/28 | 238.98 | DEBIT CARD POS SOUTHWES 5262176277481 800-435-9792 TX ON 200228 #7733 |
| 02/28 | 440.00 | DEBIT CARD POS FASTRAK CSC 4154868655 CA ON 200228 #7733 |
| 02/28 | 50.00 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200228 #7733 |
| 02/28 | 242.83 | DEBIT CARD POS HD DISTRIBUTION INC WEST SACRAMEN CA ON 200228 #8079 |
| 02/28 | 104.86 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200228 #7733 |
| 02/28 | 57.43 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200228 #7998 |
| 02/28 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200228009526 |
| 02/28 | 104.38 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 022820 PPD |

**164 withdrawals for a total of $1,156,829.18**

### Checks Paid

| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9969 | 02/05 | 39,507.46 | 99152* | 02/11 | 1,489.50 | 99161 | 02/28 | 295.37 |
| 99112* | 02/12 | 1,675.00 | 99153 | 02/12 | 1,400.00 | 99162 | 02/24 | 274.00 |
| 99143* | 02/28 | 251.00 | 99154 | 02/11 | 51.25 | 99163 | 02/21 | 2,231.70 |
| 99145* | 02/05 | 15,656.00 | 99155 | 02/12 | 1,841.29 | 99164 | 02/28 | 1,375.00 |
| 99146 | 02/06 | 713.77 | 99156 | 02/12 | 4,487.66 | 99166* | 02/25 | 1,851.88 |
| 99147 | 02/12 | 390.00 | 99157 | 02/13 | 5,203.60 | 99167 | 02/21 | 1,626.00 |
| 99148 | 02/11 | 5,551.22 | 99158 | 02/24 | 1,459.10 | 99170* | 02/28 | 12,877.17 |
| 99149 | 02/12 | 80.00 | 99159 | 02/14 | 1,969.50 | | | |
| 99150 | 02/11 | 873.81 | 99160 | 02/24 | 3,759.18 | | | |

**25 checks paid for a total of $106,890.46**

*\* Break in check number sequence.*



# Account Statement

February 1, 2020 - February 29, 2020

Page **7** of **8**

## IMPORTANT INFORMATION

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
(For accounts that are maintained primarily for personal, family or household purposes.)



Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



*In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com　　　 1-800-488-2265　　　 1-800-659-5495 TTY



# Account Statement

February 1, 2020 - February 29, 2020

Page **8** of **8**

This space intentionally left blank.

bankofthewest.com     1-800-488-2265     1-800-659-5495 TTY