# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

[CASE NAME]

Case No. **19-27396**

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: **3/31/20**     PETITION DATE: **11/27/19**

Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).

Dollars reported in $1

| Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | 3082775 | 2737154 | 6089060 |
| b. Total Assets | 5746868 | 5412251 | |
| c. Current Liabilities | 3691833 | 3853890 | 9261143 |
| d. Total Liabilities | 8733143 | 8470323 | |

| Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | 1733569 | 1432063 | 6272033 |
| b. Total Disbursements | 1542074 | 1355717 | 6114802 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | 191495 | 76346 | 157231 |
| d. Cash Balance Beginning of Month | 93127 | 16781 | 93127 |
| e. Cash Balance End of Month (c + d) | 284622 | 93127 | 284622 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| Profit/(Loss) from the Statement of Operations | 71797 | 49073 | 182031 |
| Account Receivables (Pre and Post Petition) | 2312268 | 2144866 | |
| Post-Petition Liabilities | 8733143 | 8470323 | |
| Past Due Post-Petition Account Payables (over 30 days) | 0 | 0 | |

At the end of this reporting month:

| | Yes | No |
|---|---|---|
| Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | |
| Is the estate insured for replacement cost of assets and for general liability? | X | |
| Are a plan and disclosure statement on file? | | X |
| Was there any post-petition borrowing during this reporting period? | | X |

Check if paid: Post-petition taxes **X** ; U.S. Trustee Quarterly Fees **X** ; Check if filing is current for: Post-petition tax reporting and tax returns: **X** .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: **4/17/20**

Responsible Individual: (ALBAN LANG, VP/CFO)

Revised 3/15/99

# STATEMENT OF OPERATIONS
(General Business Case)
For the Month Ended 3/31/20

| Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | Revenues: | | |
| 1605723 | X | X | 1 | Gross Sales | 6331036 | X |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| 1605723 | $0 | $0 | 10 | Total Revenues | 6331036 $0 | $0 |
| | | | | Expenses: | | |
| 34423 | | $0 | 11 | Compensation to Owner(s)/Officer(s) | 129086 | |
| 502922 | | $0 | 12 | Salaries | 1967299 | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| 119227 | | $0 | 17 | Insurance | 478908 | |
| | | $0 | 18 | Management Fees | | |
| 11972 | | $0 | 19 | Depreciation | 49338 | |
| | | | | Taxes: | | |
| 44715 | | $0 | 20 | Employer Payroll Taxes | 183994 | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| 306093 | | $0 | 24 | Other Administrative | 1226732 | |
| 12170 | | $0 | 25 | Interest | 57948 | |
| 502404 | | $0 | 26 | Other Expenses: | 2050044 | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| 1533926 | $0 | $0 | 35 | Total Expenses | 6133349 $0 | $0 |
| 71797 | $0 | $0 | 36 | Subtotal | 197687 $0 | $0 |
| | | | | Reorganization Items: | | |
| | | $0 | 37 | Professional Fees | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | 15656 | |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | Total Reorganization Items | 15656 $0 | $0 |
| 71797 | $0 | $0 | 44 | Net Profit (Loss) Before Federal & State Taxes | 182031 $0 | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| 71797 | $0 | $0 | 46 | Net Profit (Loss) | 182031 $0 | $0 |

an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 3/15/99

# BALANCE SHEET
(General Business Case)
For the Month Ended __3/31/20__

### Assets

|  |  | From Schedules | Market Value |  |
|---|---|---|---|---|
|  | **Current Assets** |  |  |  |
| 1 | Cash and cash equivalents - unrestricted |  | 284622 |  |
| 2 | Cash and cash equivalents - restricted |  |  |  |
| 3 | Accounts receivable (net) | A | 2312268 | $0 |
| 4 | Inventory | B | 58665 | $0 |
| 5 | Prepaid expenses |  | 427220 |  |
| 6 | Professional retainers |  |  |  |
| 7 | Other: _____ |  |  |  |
| 8 |  |  |  |  |
| 9 | **Total Current Assets** |  | 3082775 | $0 |
|  | **Property and Equipment (Market Value)** |  |  |  |
| 10 | Real property | C | 837239 | $0 |
| 11 | Machinery and equipment | D | 427495 | $0 |
| 12 | Furniture and fixtures | D |  | $0 |
| 13 | Office equipment | D |  | $0 |
| 14 | Leasehold improvements | D | 72249 | $0 |
| 15 | Vehicles | D |  | $0 |
| 16 | Other: _____ | D |  |  |
| 17 |  | D |  |  |
| 18 |  | D |  |  |
| 19 |  | D |  |  |
| 20 |  | D |  |  |
|  | **Total Property and Equipment** |  | 1336983 | $0 |
|  | **Other Assets** |  |  |  |
|  | Loans to shareholders |  | 327010 |  |
|  | Loans to affiliates |  | 100 |  |
|  | OTHER ASSET |  |  |  |
|  |  |  |  |  |
|  | **Total Other Assets** |  | 327110 | $0 |
|  | **Total Assets** |  | 5746868 | $0 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

# Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | Item | | Amount | |
|---|---|---|---|---|
| 30 | Salaries and wages | | 21417 | |
| 31 | Payroll taxes | | 14424 | |
| 32 | Real and personal property taxes | | 23875 | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | 670253 | |
| 36 | Accounts payable (trade) | A | 202791 | $0 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: _____ | | 2566318 | |
| 42 | _____ | | | |
| 43 | _____ | | | |
| 44 | **Total Current Liabilities** | | 3691833 | $0 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | 5041310 | |
| 46 | **Total Post-Petition Liabilities** | | | $0 |

**Pre-Petition Liabilities (allowed amount)**

| # | Item | | Amount |
|---|---|---|---|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | 8733143  $0 |

**Equity (Deficit)**

| # | Item | Amount |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | <3746337> |
| 53 | Capital Stock | 10100 |
| 54 | Additional paid-in capital | 567931 |
| 55 | Cumulative profit/(loss) since filing of case | 182631 |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | _____ | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | <2986275>  $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | 5746868  $0 |

## SCHEDULES TO THE BALANCE SHEET
(General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| ivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| -30 Days | 1538112 | 126222 | |
| -60 Days | 419355 | 76569 | |
| -90 Days | 182824 | | 0　　$0 |
| + Days | 201977 | | |
| otal accounts receivable/payable | 2342268　$0 | 202791　$0 | |
| lowance for doubtful accounts | (30 000) | | |
| ccounts receivable (net) | 2312268　$0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

s and Amount of Inventory(ies)　　Inventory(ies) Balance at End of Month　　Cost of Goods Sold

- tail/Restaurants -
  'roduct for resale
- stribution -
  'roducts for resale
- anufacturer -
  aw Materials
  Vork-in-progress
  inished goods
- her - Explain

TOTAL　　$0

Inventory Beginning of Month
Add -
　Net purchase
　Direct labor
　Manufacturing overhead
　Freight in
　Other:

Less -
　Inventory End of Month
　Shrinkage
　Personal Use

Cost of Goods Sold　　$0

ethod of Inventory Control
you have a functioning perpetual inventory system?
　Yes＿＿　No＿＿
w often do you take a complete physical inventory?

/eekly
[onthly
uarterly
emi-annually
nnually
f last physical inventory was
f next physical inventory is

Inventory Valuation Methods
Indicate by a checkmark method of inventory used.

Valuation methods -
　FIFO cost
　LIFO cost
　Lower of cost or market
　Retail method
　Other
　　Explain

Revised 3/15/99

## Schedule C
## Real Property

| :cription | Cost | Market Value |
|---|---|---|
| | 837239 | NOT AVAIL |
| | | |
| | | |
| | | |
| Total | 837239 $0 | $0 |

## Schedule D
## Other Depreciable Assets

| :cription | Cost | Market Value |
|---|---|---|
| :hinery & Equipment - | 427495 | NOT AVAIL |
| | | |
| | | |
| Total | 427495 $0 | $0 |
| iture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| :e Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| :hold Improvements - | 72249 | NOT AVAIL |
| | | |
| | | |
| Total | 72249 $0 | $0 |
| :les - | | |
| | | |
| | | |
| Total | 1336983 $0 | $0 |

Revised 3/15/99

Schedule E
Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| xes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | 23875 | | | | $0 |
| Personal property | 0 | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | 23875 $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | 23875 $0 | $0 | $0 | $0 | $0 |

Schedule F
Pre-Petition Liabilities

|  | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| **Total Claims For Each Classification -** | | |
| Secured claims (a) | 4600538 | 4600538 |
| Priority claims other than taxes | | |
| Priority tax claims | 122974 | 122974 |
| General unsecured claims | 435715 | 435715 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Schedule G
Rental Income Information
Not applicable to General Business Cases

Schedule H
Recapitulation of Funds Held at End of Month

|  | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| ount Type | | | | |
| ount No. | | | | |
| ount Purpose | | | | |
| nce, End of Month | | | | |
| Funds on Hand for all Accounts | $0 | | | |

h copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 3/31/20

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | 173369 | 6272033 |
| Cash Received from Sales | | |
| Interest Received | | |
| Borrowings | | |
| Funds from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| **Total Cash Receipts** | 1733569 $0 | 6272033 $0 |
| **Cash Disbursements** | | |
| Payments for Inventory | | |
| Selling | | |
| Administrative | 306093 | 1236985 |
| Capital Expenditures | | |
| Principal Payments on Debt | 7933 | 136879 |
| Interest Paid | 12170 | 57948 |
| Rent/Lease: Personal Property | | |
| Real Property | | |
| Amount Paid to Owner(s)/Officer(s) | | |
| Salaries | 34423 | 129086 |
| Draws | | |
| Commissions/Royalties | | |
| Expense Reimbursements | | |
| Other | | |
| Salaries/Commissions (less employee withholding) | 502922 | 2166579 |
| Management Fees | | |
| Taxes: Employee Withholding | | |
| Employer Payroll Taxes | 44715 | 183994 |
| Real Property Taxes | | |
| Other Taxes | | |
| Other Cash Outflows: OTHER OPERATING EXPENSES | 633818 | 2187675 |
| US TRUSTEE FEE QUARTERLY | 0 | 15656 |
| **Total Cash Disbursements:** | 1542074 $0 | 6114802 $0 |
| Net Increase (Decrease) in Cash | 191495 $0 | 157231 $0 |
| Cash Balance, Beginning of Period | 93127 | 127391 |
| Cash Balance, End of Period | 284622 $0 | 284622 $0 |

Revised 3/15/99

# STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended _____

|  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | | |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | | |
| Cash Paid for Selling Expenses | | |
| Cash Paid for Administrative Expenses | | |
| Cash Paid for Rents/Leases: | | |
|    Personal Property | | |
|    Real Property | | |
| Cash Paid for Interest | | |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
|    Salaries | | |
|    Draws | | |
|    Commissions/Royalties | | |
|    Expense Reimbursements | | |
|    Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
|    Employer Payroll Tax | | |
|    Employee Withholdings | | |
|    Real Property Taxes | | |
|    Other Taxes | | |
| Cash Paid for General Expenses | | |
| | | |
| **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | $0 |
| **Cash Flows From Reorganization Items** | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | | |
| **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | $0 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | $0 |
| Cash and Cash Equivalents at Beginning of Month | | |
| Cash and Cash Equivalents at End of Month | $0 | $0 |

Revised 3/15/99



P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

March 1, 2020 - March 31, 2020

Page **1** of **8**



>018250 4101197 0001 008230 10Z
HENDRICKSON TRUCK LINES INC
7080 FLORIN PERKINS RD
SACRAMENTO CA 95828-2609

**At your service**

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY

## We Appreciate You

Thank you for banking with Bank of the West. We appreciate your business and look forward to continuing to serve your banking needs.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## CLASSIC BUSINESS CHECKING ▮▮▮▮2772
HENDRICKSON TRUCK LINES INC

| ACCOUNT SUMMARY | | EARNINGS SUMMARY | |
|---|---:|---|---:|
| **Beginning Balance** | $122,749.64 | Interest this statement period | $0.00 |
| 33 Credits | 1,733,568.83 | Interest credited year-to-date | $0.00 |
| 0 Deposits | 0.00 | Interest credited prior year | $0.00 |
| 160 Withdrawals | -1,357,305.01 | Annual percentage yield earned | 0.00% |
| 65 Checks | -207,203.83 | Average monthly balance | $251,545.03 |
| **Ending Balance** | **$291,809.63** | | |



**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.




Filed 04/17/20     Case 19-27396     Doc 121



# Account Statement

March 1, 2020 - March 31, 2020

Page **2** of **8**

## CLASSIC BUSINESS CHECKING xxx-xx2772 (continued)

### ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---:|---|
| 03/02 | $10.00 | SERVICE CHG REBATE VALUED CUSTOMER MONTHLY SERVICE CHARGE REBATE |
| 03/02 | 254.99 | POS CREDIT SOUTHWES 5262176277457 800-435-9792 TX ON 200302 #7733 |
| 03/02 | 14,458.82 | INCOMING WIRE REFERENCE # 200302011094 WIRE CREDIT SENDING BANK REFERENCE # 2902596 |
| 03/03 | 140,336.52 | INCOMING WIRE REFERENCE # 200303005804 WIRE CREDIT SENDING BANK REFERENCE # 2904946 |
| 03/04 | 392.98 | POS CREDIT SOUTHWES 5262176940505 800-435-9792 TX ON 200304 #7733 |
| 03/04 | 37,592.85 | INCOMING WIRE REFERENCE # 200304004624 WIRE CREDIT SENDING BANK REFERENCE # 2907116 |
| 03/05 | 6.25 | POS CREDIT QUIK STOP #0162 SACRAMENTO CA ON 200305 #8079 |
| 03/05 | 23,999.32 | INCOMING WIRE REFERENCE # 200305007451 WIRE CREDIT SENDING BANK REFERENCE # 2909628 |
| 03/06 | 46,918.68 | INCOMING WIRE REFERENCE # 200306007224 WIRE CREDIT SENDING BANK REFERENCE # 2912356 |
| 03/09 | 343.98 | POS CREDIT SOUTHWES 5262178779017 800-435-9792 TX ON 200308 #7733 |
| 03/09 | 80,856.59 | INCOMING WIRE REFERENCE # 200309006506 WIRE CREDIT SENDING BANK REFERENCE # 2914728 |
| 03/10 | 184,724.14 | INCOMING WIRE REFERENCE # 200310006951 WIRE CREDIT SENDING BANK REFERENCE # 2917188 |
| 03/11 | 33,408.72 | INCOMING WIRE REFERENCE # 200311009502 WIRE CREDIT SENDING BANK REFERENCE # 2920778 |
| 03/12 | 94,752.33 | INCOMING WIRE REFERENCE # 200312006941 WIRE CREDIT SENDING BANK REFERENCE # 2922304 |
| 03/13 | 54,425.68 | INCOMING WIRE REFERENCE # 200313008574 WIRE CREDIT SENDING BANK REFERENCE # 2925300 |
| 03/16 | 254.99 | POS CREDIT SOUTHWES 5262181961419 800-435-9792 TX ON 200316 #7733 |
| 03/16 | 343.98 | POS CREDIT SOUTHWES 5262179639274 800-435-9792 TX ON 200316 #7733 |
| 03/17 | 60,522.71 | INCOMING WIRE REFERENCE # 200317003501 WIRE CREDIT SENDING BANK REFERENCE # 2928546 |
| 03/17 | 120,838.96 | INCOMING WIRE REFERENCE # 200317005103 WIRE CREDIT SENDING BANK REFERENCE # 2930334 |
| 03/18 | 41,561.02 | INCOMING WIRE REFERENCE # 200318006297 WIRE CREDIT SENDING BANK REFERENCE # 2933070 |
| 03/19 | 51,806.21 | INCOMING WIRE REFERENCE # 200319006430 WIRE CREDIT SENDING BANK REFERENCE # 2935170 |
| 03/20 | 56,085.44 | INCOMING WIRE REFERENCE # 200320006896 WIRE CREDIT SENDING BANK REFERENCE # 2937416 |
| 03/23 | 238.98 | POS CREDIT SOUTHWES 5262181847755 800-435-9792 TX ON 200323 #7733 |
| 03/23 | 172,577.94 | INCOMING WIRE REFERENCE # 200323008469 WIRE CREDIT SENDING BANK REFERENCE # 2940842 |
| 03/24 | 142,970.43 | INCOMING WIRE REFERENCE # 200324007887 WIRE CREDIT SENDING BANK REFERENCE # 2943136 |
| 03/25 | 61,252.34 | INCOMING WIRE REFERENCE # 200325006599 WIRE CREDIT SENDING BANK REFERENCE # 2945074 |
| 03/26 | 65,492.75 | INCOMING WIRE REFERENCE # 200326006128 WIRE CREDIT SENDING BANK REFERENCE # 2947244 |
| 03/27 | 8.25 | POS CREDIT QUIK STOP #0162 SACRAMENTO CA ON 200327 #8079 |
| 03/27 | 55,440.82 | INCOMING WIRE REFERENCE # 200327006676 WIRE CREDIT SENDING BANK REFERENCE # 2950114 |
| 03/30 | 254.99 | POS CREDIT SOUTHWES 5262186560342 800-435-9792 TX ON 200330 #7733 |
| 03/30 | 423.28 | POS CREDIT SOUTHWES 5262186262720 800-435-9792 TX ON 200330 #7733 |
| 03/30 | 75,982.13 | INCOMING WIRE REFERENCE # 200330006382 WIRE CREDIT SENDING BANK REFERENCE # 2953420 |
| 03/31 | 115,031.76 | INCOMING WIRE REFERENCE # 200331010535 WIRE CREDIT SENDING BANK REFERENCE # 2956976 |

**33 credits for a total of $1,733,568.83**

### Withdrawals

| Date | Amount | Description |
|---|---:|---|
| 03/02 | $257.27 | DEBIT CARD POS SOUTHWES 5262176625829 800-435-9792 TX ON 200229 #7733 |
| 03/02 | 392.98 | DEBIT CARD POS SOUTHWES 5262176940505 800-435-9792 TX ON 200302 #7733 |
| 03/02 | 392.98 | DEBIT CARD POS SOUTHWES 5262177062149 800-435-9792 TX ON 200302 #7733 |
| 03/02 | 378.98 | DEBIT CARD POS SOUTHWES 5262177224241 800-435-9792 TX ON 200302 #7733 |
| 03/02 | 440.00 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200302 #7733 |
| 03/02 | 17.44 | POS PURCHASE 030285 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 03/02 | 18.60 | POS PURCHASE 367300 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 03/02 | 33.23 | POS PURCHASE 839373 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 03/02 | 12.54 | POS PURCHASE 091244 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 03/02 | 136.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200302 #7733 |

bankofthewest.com    1-800-488-2265    1-800-659-5495 TTY

Filed 04/17/20   Case 19-27396   Doc 121



# Account Statement

March 1, 2020 - March 31, 2020

Page **3** of **8**

## CLASSIC BUSINESS CHECKING xxx-xx2772 (continued)

### ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---:|---|
| 03/02 | $10.00 | MONTHLY SVC CHG PREVIOUS PERIOD ACTIVITY RESULTED IN MONTHLY SERVICE CHARGE |
| 03/02 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200302011094 |
| 03/02 | 39.00 | EXCESS TRANSCTN FEE PREVIOUS PERIOD ACTIVITY RESULTED IN EXCESS TRANSACTION FEE |
| 03/02 | 5,085.66 | ELECTRONIC DBT WELLS FARGO BANK TO 06762 030220 368464400309594 CCD |
| 03/02 | 20,228.79 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 030220 90487 CCD |
| 03/03 | 474.07 | DEBIT CARD POS HD DISTRIBUTION INC WEST SACRAMEN CA ON 200303 #8079 |
| 03/03 | 13.90 | POS PURCHASE 286681 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 03/03 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200303005804 |
| 03/03 | 5,351.22 | ELECTRONIC DBT NORTHWEST IMAGIN March ACH 030320 CCD Reoccuring Monthly MNS, VOIP, and Licensing Charrges |
| 03/03 | 23,996.89 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 030320 90487 CCD |
| 03/04 | 402.19 | DEBIT CARD POS ALASKA A 0272157018398 8006545669 WA ON 200304 #7733 |
| 03/04 | 392.98 | DEBIT CARD POS SOUTHWES 5262177703781 800-435-9792 TX ON 200304 #7733 |
| 03/04 | 44.94 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200304 #7733 |
| 03/04 | 67.21 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200304 #8079 |
| 03/04 | 20,000.00 | OUTGOING WIRE REFERENCE # 200304006625 WIRE DEBIT SENDING BANK REFERENCE # WT20030402735453 |
| 03/04 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200304004624 |
| 03/04 | 91.00 | ELECTRONIC DBT KC TransguardIns Insurance 030420 KCTran030320160 CCD |
| 03/05 | 45.75 | DEBIT CARD POS AMTRAK . 0630654541618 8008727245 DC ON 200305 #7733 |
| 03/05 | 52.00 | DEBIT CARD POS INTUIT *PAYROLL 888-537-7794 CA ON 200305 #7733 |
| 03/05 | 70.00 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200305 #8079 |
| 03/05 | 228.31 | DEBIT CARD POS HD DISTRIBUTION INC WEST SACRAMEN CA ON 200305 #8079 |
| 03/05 | 26.00 | DEBIT CARD POS CHEVRON 0090081 SACRAMENTO CA ON 200305 #7176 |
| 03/05 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200305007451 |
| 03/05 | 17,488.01 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 030520 90487 CCD |
| 03/06 | 100.00 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200306 #7733 |
| 03/06 | 53.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200306 #7733 |
| 03/06 | 65.00 | DEBIT CARD POS MOBILE ONE WINDSHIELD 916-9954070 CA ON 200306 #7733 |
| 03/06 | 37.45 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200306 #7733 |
| 03/06 | 13.87 | POS PURCHASE 908176 Lyft *Ride Fri SAN FRANCISCOCA ##7733 |
| 03/06 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200306007224 |
| 03/06 | 106.44 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 030620 PPD |
| 03/09 | 343.98 | DEBIT CARD POS SOUTHWES 5262178779017 800-435-9792 TX ON 200308 #7733 |
| 03/09 | 254.99 | DEBIT CARD POS SOUTHWES 5262179058351 800-435-9792 TX ON 200309 #7733 |
| 03/09 | 46.99 | DEBIT CARD POS DTV*DIRECTV SERVICE 800-347-3288 CA ON 200309 #7733 |
| 03/09 | 207.99 | DEBIT CARD POS PRICELN*AMERICAN AIRLI 800-774-2354 CT ON 200309 #7733 |
| 03/09 | 6.41 | POS PURCHASE 591725 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 03/09 | 18.99 | POS PURCHASE 273117 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 03/09 | 19.28 | POS PURCHASE 236604 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 03/09 | 13.33 | POS PURCHASE 712905 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 03/09 | 13.90 | POS PURCHASE 640766 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 03/09 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200309006506 |
| 03/09 | 3,700.00 | ELECTRONIC DBT IRS USATAXPYMT 030920 270046923555510 CCD |
| 03/09 | 24,009.21 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 030920 90487 CCD |
| 03/10 | 343.98 | DEBIT CARD POS SOUTHWES 5262179639274 800-435-9792 TX ON 200310 #7733 |
| 03/10 | 19.96 | POS PURCHASE 159180 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 03/10 | 5.00 | POS PURCHASE 408730 Lyft *Cancel Fe SAN FRANCISCOCA ##7733 |
| 03/10 | 20,000.00 | OUTGOING WIRE REFERENCE # 200310006681 WIRE DEBIT SENDING BANK REFERENCE # WT20031002751820 |
  



# Account Statement

March 1, 2020 - March 31, 2020

Page **4** of **8**

## CLASSIC BUSINESS CHECKING xxx-xx2772 (continued)
### ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---:|---|
| 03/10 | $15.00 | WIRE IN FEE INCOMING WIRE REF # 200310006951 |
| 03/10 | 476.69 | ELECTRONIC DBT ATT Payment 031020 PPD |
| 03/10 | 24,741.81 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 031020 90487 CCD |
| 03/11 | 44.94 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200311 #7733 |
| 03/11 | 38.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200311 #7733 |
| 03/11 | 914.54 | DEBIT CARD POS LES SCHWAB TIRES #0034 SALEM OR ON 200311 #7998 |
| 03/11 | 41.22 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200311 #7998 |
| 03/11 | 23.36 | POS PURCHASE 515860 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 03/11 | 14.59 | POS PURCHASE 709830 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 03/11 | 15.22 | POS PURCHASE 738993 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 03/11 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200311009502 |
| 03/12 | 440.00 | DEBIT CARD POS FASTRAK CSC 4154868655 CA ON 200312 #7733 |
| 03/12 | 24.00 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200312 #8079 |
| 03/12 | 14,392.34 | OUTGOING WIRE REFERENCE # 200312007350 WIRE DEBIT SENDING BANK REFERENCE # WT20031202759854 |
| 03/12 | 280,919.43 | OUTGOING WIRE REFERENCE # 200312006385 WIRE DEBIT SENDING BANK REFERENCE # WT20031202759466 |
| 03/12 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200312006941 |
| 03/12 | 17,971.20 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 031220 90487 CCD |
| 03/13 | 94.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200313 #7733 |
| 03/13 | 14.98 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200313 #7733 |
| 03/13 | 21.76 | POS PURCHASE 082063 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 03/13 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200313008574 |
| 03/13 | 120.02 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 031320 PPD |
| 03/13 | 4,455.52 | ELECTRONIC DBT SPRINT8006396111 ACHBILLPAY 031320 WEB |
| 03/16 | 238.98 | DEBIT CARD POS SOUTHWES 5262181847755 800-435-9792 TX ON 200316 #7733 |
| 03/16 | 254.99 | DEBIT CARD POS SOUTHWES 5262181848005 800-435-9792 TX ON 200316 #7733 |
| 03/16 | 254.99 | DEBIT CARD POS SOUTHWES 5262181961419 800-435-9792 TX ON 200316 #7733 |
| 03/16 | 254.99 | DEBIT CARD POS SOUTHWES 5262181961853 800-435-9792 TX ON 200316 #7733 |
| 03/16 | 338.00 | DEBIT CARD POS AMTRAK . 0730619627963 8008727245 DC ON 200316 #7733 |
| 03/16 | 553.46 | DEBIT CARD POS SOUTHWES 5262182504092 800-435-9792 TX ON 200316 #7733 |
| 03/16 | 616.96 | DEBIT CARD POS SOUTHWES 5262182620250 800-435-9792 TX ON 200316 #7733 |
| 03/16 | 1,257.66 | DEBIT CARD POS UNIFIED CARRIER REGIST 8338277526 GA ON 200316 #7733 |
| 03/16 | 19.53 | POS PURCHASE 532966 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 03/16 | 14.14 | POS PURCHASE 200069 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 03/16 | 21,340.93 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 031620 90487 CCD |
| 03/17 | 343.98 | DEBIT CARD POS SOUTHWES 5262183741244 800-435-9792 TX ON 200317 #7733 |
| 03/17 | 354.00 | DEBIT CARD POS WATER TESTING LAB 5302437234 CA ON 200317 #7733 |
| 03/17 | 13.99 | POS PURCHASE 374725 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 03/17 | 20,000.00 | OUTGOING WIRE REFERENCE # 200317005314 WIRE DEBIT SENDING BANK REFERENCE # WT20031702771971 |
| 03/17 | 54,479.24 | OUTGOING WIRE REFERENCE # 200317005306 WIRE DEBIT SENDING BANK REFERENCE # WT20031702771964 |
| 03/17 | 70,486.54 | OUTGOING WIRE REFERENCE # 200317005291 WIRE DEBIT SENDING BANK REFERENCE # WT20031702771959 |
| 03/17 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200317003501 |
| 03/17 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200317005103 |
| 03/17 | 21,568.97 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 031720 90487 CCD |
| 03/18 | 46.32 | DEBIT CARD POS WENELLIS PIZZA SACRAMENTO CA ON 200318 #7998 |
| 03/18 | 35.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200318 #7733 |
| 03/18 | 97.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200318 #7733 |
| 03/18 | 6,161.89 | DEBIT CARD POS SACRAMENTO MUNICIPAL WWW.SMUD.ORG CA ON 200318 #7733 |



<mark>Filed 04/17/20   Case 19-27396   Doc 121</mark>



# Account Statement

March 1, 2020 - March 31, 2020

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*
### ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---:|---|
| 03/18 | $29.96 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200318 #7733 |
| 03/18 | 21.80 | POS PURCHASE 099821 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 03/18 | 30,000.00 | OUTGOING WIRE REFERENCE # 200318007263 WIRE DEBIT SENDING BANK REFERENCE # WT20031802776916 |
| 03/18 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200318006297 |
| 03/19 | 107.99 | DEBIT CARD POS SOUTHWES 5262184588172 800-435-9792 TX ON 200319 #7733 |
| 03/19 | 62.72 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200319 #8079 |
| 03/19 | 14.98 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200319 #7733 |
| 03/19 | 100.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200319 #7733 |
| 03/19 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200319006430 |
| 03/19 | 16,220.58 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 031920 90487 CCD |
| 03/20 | 46.29 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200320 #7998 |
| 03/20 | 489.99 | DEBIT CARD POS LES SCHWAB TIRES #0952 RENO NV ON 200320 #7998 |
| 03/20 | 27.13 | POS PURCHASE 000003 AMAZON.COM*U65 SEATTLE WA ##7733 |
| 03/20 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200320006896 |
| 03/20 | 410.00 | CASH MANAGEMENT CHG -NON-ANALYZED CHARGES |
| 03/20 | 93.74 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 032020 PPD |
| 03/23 | 19.99 | DEBIT CARD POS CHEVRON 0376506 SACRAMENTO CA ON 200322 #8079 |
| 03/23 | 254.99 | DEBIT CARD POS SOUTHWES 5262185492941 800-435-9792 TX ON 200323 #7733 |
| 03/23 | 19.21 | POS PURCHASE 488123 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 03/23 | 20.45 | POS PURCHASE 645753 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 03/23 | 5.61 | POS PURCHASE 563713 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 03/23 | 14.16 | POS PURCHASE 618814 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 03/23 | 14.31 | POS PURCHASE 651547 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 03/23 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200323008469 |
| 03/23 | 18,617.39 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 032320 90487 CCD |
| 03/24 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200324007887 |
| 03/24 | 22,668.05 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 032420 90487 CCD |
| 03/25 | 44.94 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200325 #7733 |
| 03/25 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200325006599 |
| 03/26 | 423.28 | DEBIT CARD POS SOUTHWES 5262186262720 800-435-9792 TX ON 200326 #7733 |
| 03/26 | 440.00 | DEBIT CARD POS FASTRAK CSC 4154868655 CA ON 200326 #7733 |
| 03/26 | 14,392.34 | OUTGOING WIRE REFERENCE # 200326005452 WIRE DEBIT SENDING BANK REFERENCE # WT20032602800063 |
| 03/26 | 280,235.46 | OUTGOING WIRE REFERENCE # 200326005451 WIRE DEBIT SENDING BANK REFERENCE # WT20032602800060 |
| 03/26 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200326006128 |
| 03/26 | 16,678.09 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 032620 90487 CCD |
| 03/27 | 254.99 | DEBIT CARD POS SOUTHWES 5262186560342 800-435-9792 TX ON 200327 #7733 |
| 03/27 | 343.98 | DEBIT CARD POS SOUTHWES 5262186560396 800-435-9792 TX ON 200327 #7733 |
| 03/27 | 70.00 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200327 #8079 |
| 03/27 | 835.16 | DEBIT CARD POS WILINE NETWORKS, INC. 650-5259365 NJ ON 200327 #7733 |
| 03/27 | 25.35 | POS PURCHASE 100070 QUIK STOP 8500 FL SACRAMENTO CA ##7998 |
| 03/27 | 4,375.00 | DEBIT CARD POS FLEET YARDS INC 949-246-6000 CA ON 200327 #7733 |
| 03/27 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200327006676 |
| 03/27 | 127.32 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 032720 PPD |
| 03/30 | 498.25 | DEBIT CARD POS BARNES WELDING STORE 8 SACRAMENTO CA ON 200329 #8079 |
| 03/30 | 1,000.00 | DEBIT CARD POS TENSTREET.COM 8772199283 OK ON 200329 #7733 |
| 03/30 | 177.86 | DEBIT CARD POS BARNES WELDING STORE 8 SACRAMENTO CA ON 200330 #8079 |
| 03/30 | 59.59 | DEBIT CARD POS WENELLIS PIZZA SACRAMENTO CA ON 200330 #7998 |

  



**Account Statement**

March 1, 2020 - March 31, 2020

Page **6** of **8**

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*
### ACCOUNT DETAIL

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 03/30 | $90.00 | DEBIT CARD POS MOBILE ONE WINDSHIELD W SACRAMENTO CA ON 200330 #7733 |
| 03/30 | 20,000.00 | OUTGOING WIRE REFERENCE # 200330006196 WIRE DEBIT SENDING BANK REFERENCE # WT20033002809683 |
| 03/30 | 198,525.00 | OUTGOING WIRE REFERENCE # 200330005558 WIRE DEBIT SENDING BANK REFERENCE # WT20033002809240 |
| 03/30 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200330006382 |
| 03/30 | 15,306.54 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 033020 90487 CCD |
| 03/31 | 24.73 | POS PURCHASE 338801 THE HOME DEPOT #0 SACRAMENTO CA ##8079 |
| 03/31 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200331010535 |
| 03/31 | 3,072.98 | ELECTRONIC DBT REPUBLICSERVICES RSIBILLPAY 033120 WEB |
| 03/31 | 21,644.99 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 033120 90487 CCD |

**160 withdrawals for a total of $1,357,305.01**

### Checks Paid

| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9737 | 03/02 | 40,397.42 | 99189 | 03/02 | 224.76 | 99213 | 03/16 | 800.00 |
| 99151* | 03/02 | 103.96 | 99190 | 03/09 | 117.00 | 99214 | 03/16 | 800.00 |
| 99165* | 03/04 | 221.52 | 99191 | 03/03 | 651.14 | 99215 | 03/16 | 6,443.57 |
| 99169* | 03/02 | 5,905.67 | 99192 | 03/02 | 275.20 | 99216 | 03/13 | 2,472.50 |
| 99171* | 03/05 | 176.00 | 99193 | 03/03 | 926.00 | 99217 | 03/23 | 4,402.66 |
| 99172 | 03/04 | 2,142.06 | 99194 | 03/04 | 6,473.24 | 99218 | 03/18 | 6,928.95 |
| 99173 | 03/04 | 1,000.00 | 99195 | 03/04 | 1,062.78 | 99219 | 03/20 | 4,860.06 |
| 99174 | 03/03 | 698.60 | 99196 | 03/04 | 2,182.96 | 99221* | 03/17 | 555.10 |
| 99175 | 03/02 | 2,936.09 | 99198* | 03/02 | 28.00 | 99222 | 03/30 | 1,881.49 |
| 99176 | 03/03 | 6,896.70 | 99199 | 03/04 | 431.70 | 99223 | 03/17 | 101.70 |
| 99177 | 03/03 | 482.88 | 99200 | 03/05 | 1,402.50 | 99224 | 03/17 | 1,489.50 |
| 99178 | 03/04 | 100.00 | 99201 | 03/05 | 5,240.74 | 99225 | 03/17 | 12,136.73 |
| 99179 | 03/09 | 2,224.88 | 99202 | 03/02 | 359.32 | 99230* | 03/19 | 2,030.00 |
| 99180 | 03/02 | 21,036.86 | 99203 | 03/03 | 83.49 | 99231 | 03/25 | 357.00 |
| 99181 | 03/06 | 31.00 | 99204 | 03/03 | 2,970.68 | 99232 | 03/17 | 4,597.98 |
| 99182 | 03/03 | 612.00 | 99205 | 03/04 | 3,564.00 | 99233 | 03/24 | 5,463.78 |
| 99183 | 03/04 | 682.61 | 99206 | 03/05 | 713.77 | 99235* | 03/30 | 740.00 |
| 99184 | 03/05 | 3,737.50 | 99207 | 03/03 | 4,112.94 | 99236 | 03/25 | 3,590.88 |
| 99185 | 03/03 | 63.75 | 99208 | 03/13 | 287.18 | 99237 | 03/31 | 11,778.45 |
| 99186 | 03/04 | 476.24 | 99209 | 03/17 | 4,465.00 | 99238 | 03/31 | 758.83 |
| 99187 | 03/16 | 1,939.58 | 99210 | 03/23 | 2,605.00 | 99240* | 03/30 | 680.00 |
| 99188 | 03/03 | 2,291.93 | 99212* | 03/16 | 2,000.00 | | | |

**65 checks paid for a total of $207,203.83**

*\* Break in check number sequence.*

 bankofthewest.com    1-800-488-2265    1-800-659-5495 TTY

026121 1221166 0000000 054234 108468 03/04

Filed 04/17/20     Case 19-27396     Doc 121



# Account Statement

March 1, 2020 - March 31, 2020

Page **7** of **8**



## IMPORTANT INFORMATION

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



*In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com      1-800-488-2265      1-800-659-5495 TTY



# Account Statement

March 1, 2020 - March 31, 2020

Page **8** of **8**

This space intentionally left blank.