UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

[CASE NAME] Hendrickson Truck Lines, Inc.　　Case No. 19-27396

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 4/30/20　　　　PETITION DATE: 11/27/19

Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | 2963718 | 3082775 | 6089060 |
| b. Total Assets | 5615354 | 5746868 | |
| c. Current Liabilities | 3689984 | 3691835 | 9261143 |
| d. Total Liabilities | 8592715 | 8753143 | |

| Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | 1253476 | 1733569 | 7525509 |
| b. Total Disbursements | 1300864 | 1542074 | 7415666 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | <47388> | 191495 | 109843 |
| d. Cash Balance Beginning of Month | 284622 | 93127 | 284622 |
| e. Cash Balance End of Month (c + d) | 237234 | 284622 | 237234 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| Profit/(Loss) from the Statement of Operations | 8914 | 71797 | 190945 |
| Account Receivables (Pre and Post Petition) | 232665 | 231268 | |
| Post-Petition Liabilities | 8592715 | 8753143 | |
| Past Due Post-Petition Account Payables (over 30 days) | 0 | 0 | |

| end of this reporting month: | Yes | No |
|---|---|---|
| Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| Is the estate insured for replacement cost of assets and for general liability? | X | |
| Are a plan and disclosure statement on file? | | X |
| Was there any post-petition borrowing during this reporting period? | | X |

Check if paid: Post-petition taxes X ;　U.S. Trustee Quarterly Fees X ;　Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

are under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
e these documents are correct.

5/14/20　　　　　　　　　　　　　　_____ (Allan Lang, VP+CFO)
　　　　　　　　　　　　　　　　　　Responsible Individual

Revised 3/15/99

# STATEMENT OF OPERATIONS
(General Business Case)
For the Month Ended __4/30/20__

| Actual | Current Month Forecast | Variance | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| 1372863 | ~~~~ | ~~~~ $0 | 1 | Gross Sales | 7703899 | ~~~~ |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: _____ | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| 1372863 $0 | $0 | $0 | 10 | **Total Revenues** | 7703899 $0 | $0 |
| | | | | **Expenses:** | | |
| 34423 | | $0 | 11 | Compensation to Owner(s)/Officer(s) | 163509 | |
| 429912 | | $0 | 12 | Salaries | 2387211 | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| 124315 | | $0 | 17 | Insurance | 603223 | |
| 12457 | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | 4795 | |
| | | | | Taxes: | | |
| 38224 | | $0 | 20 | Employer Payroll Taxes | 222218 | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| 261657 | | $0 | 24 | Other Administrative | 1488389 | |
| 6916 | | $0 | 25 | Interest | 64864 | |
| 456045 | | $0 | 26 | Other Expenses: _____ | 2506089 | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| 1363949 $0 | $0 | $0 | 35 | **Total Expenses** | 7497298 $0 | $0 |
| 8914 $0 | $0 | $0 | 36 | **Subtotal** | 206601 $0 | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | 15656 | |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | 15656 $0 | $0 |
| 8914 $0 | $0 | $0 | 44 | Net Profit (Loss) Before Federal & State Taxes | 190945 $0 | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| 8914 $0 | $0 | $0 | 46 | **Net Profit (Loss)** | 190945 $0 | $0 |

an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 3/15/99

# BALANCE SHEET
(General Business Case)
For the Month Ended __4/30/20__

### Assets

| | | From Schedules | Market Value | |
|---|---|---|---|---|
| | **Current Assets** | | | |
| 1 | Cash and cash equivalents - unrestricted | | 237234 | |
| 2 | Cash and cash equivalents - restricted | | | |
| 3 | Accounts receivable (net) | A | 2326165 | $0 |
| 4 | Inventory | B | 58665 | $0 |
| 5 | Prepaid expenses | | 341654 | |
| 6 | Professional retainers | | | |
| 7 | Other: _____ | | | |
| 8 | | | | |
| 9 | **Total Current Assets** | | 2963718 | $0 |
| | **Property and Equipment (Market Value)** | | | |
| 10 | Real property | C | 834226 | $0 |
| 11 | Machinery and equipment | D | 418648 | $0 |
| 12 | Furniture and fixtures | D | | $0 |
| 13 | Office equipment | D | | $0 |
| 14 | Leasehold improvements | D | 71652 | $0 |
| 15 | Vehicles | D | | $0 |
| 16 | Other: _____ | D | | |
| 17 | | D | | |
| 18 | | D | | |
| 19 | | D | | |
| 20 | | D | | |
| 21 | **Total Property and Equipment** | | 1324526 | $0 |
| | **Other Assets** | | | |
| | Loans to shareholders | | 1327010 | |
| | Loans to affiliates | | | |
| | Other Asset | | 100 | |
| | | | | |
| | **Total Other Assets** | | 1327110 | $0 |
| | **Total Assets** | | 5615354 | $0 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

### Post-Petition

**Current Liabilities**

| | | | |
|---|---|---|---|
| 30 | Salaries and wages | | 147892 |
| 31 | Payroll taxes | | 9885 |
| 32 | Real and personal property taxes | | 23875 |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | 671063 |
| 36 | Accounts payable (trade) | A | 178640　$0 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: | | 2658629 |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | 3689984　$0 |
| 45 | Long-Term Post-Petition Debt, Net of Current Portion | | 4902731 |
| 46 | **Total Post-Petition Liabilities** | | $0 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | 8592715　$0 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | <3746337> |
| 53 | Capital Stock | 10,100 |
| 54 | Additional paid-in capital | 567931 |
| 55 | Cumulative profit/(loss) since filing of case | 190945 |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | <2977361>　$0 |
| 60 | **Total Liabilities and Equity (Deficit)** | 5615354　$0 |

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| ivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| -30 Days | 1610315 | 134536 | |
| -60 Days | 422082 | 44104 | |
| -90 Days | 282173 | | 0    $0 |
| + Days | 41595 | | |
| tal accounts receivable/payable | 2356165   $0 | 178640   $0 | |
| lowance for doubtful accounts | <30 000> | | |
| ccounts receivable (net) | 2326165   $0 | | |

## Schedule B
### Inventory/Cost of Goods Sold

s and Amount of Inventory(ies)

Inventory(ies) Balance at End of Month

Cost of Goods Sold

- tail/Restaurants -
  'roduct for resale

- stribution -
  'roducts for resale

- anufacturer -
  .aw Materials
  Vork-in-progress
  inished goods

- her - Explain

_____

TOTAL     $0

Inventory Beginning of Month
Add -
   Net purchase
   Direct labor
   Manufacturing overhead
   Freight in
   Other:

Less -
   Inventory End of Month
   Shrinkage
   Personal Use

Cost of Goods Sold     $0

### ethod of Inventory Control

you have a functioning perpetual inventory system?
    Yes _____    No _____
w often do you take a complete physical inventory?

/eekly _____
{onthly _____
uarterly _____
emi-annually _____
nnually _____

f last physical inventory was _____

f next physical inventory is _____

### Inventory Valuation Methods
Indicate by a checkmark method of inventory used.

Valuation methods -
   FIFO cost _____
   LIFO cost _____
   Lower of cost or market _____
   Retail method _____
   Other _____
     Explain

Revised 3/15/99

## Schedule C
## Real Property

| :cription | Cost | Market Value |
|---|---|---|
| | 834226 | NOT AVAIL |
| | | |
| | | |
| | | |
| Total | 834226 $0 | $0 |

## Schedule D
## Other Depreciable Assets

| cription | Cost | Market Value |
|---|---|---|
| :hinery & Equipment - | 418648 | NOT AVAIL |
| | | |
| | | |
| Total | 418648 $0 | $0 |
| iture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| :e Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| ehold Improvements - | 71652 | NOT AVAIL |
| | | |
| | | |
| Total | 71652 $0 | $0 |
| :les - | | |
| | | |
| | | |
| Total | 1324526 $0 | $0 |

Revised 3/15/99

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| tes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| leral | | | | | |
|   Income Tax Withholding | | | | | $0 |
|   FICA - Employee | | | | | $0 |
|   FICA - Employer | | | | | $0 |
|   Unemployment (FUTA) | | | | | $0 |
|   Income | | | | | $0 |
|   Other (Attach List) | | | | | $0 |
| al Federal Taxes | $0 | $0 | $0 | $0 | $0 |
| te and Local | | | | | |
|   Income Tax Withholding | | | | | $0 |
|   Unemployment (UT) | | | | | $0 |
|   Disability Insurance (DI) | | | | | $0 |
|   Empl. Training Tax (ETT) | | | | | $0 |
|   Sales | | | | | $0 |
|   Excise | | | | | $0 |
|   Real property | 23875 | | | | $0 |
|   Personal property | | | | | $0 |
|   Income | | | | | $0 |
|   Other (Attach List) | | | | | $0 |
| al State & Local Taxes | 23875   $0 | $0 | $0 | $0 | $0 |
| al Taxes | 23875   $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | 4600538 | 4600538 |
| Priority claims other than taxes | | |
| Priority tax claims | 122974 | 122974 |
| General unsecured claims | 435715 | 435715 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| unt Type | | | | |
| unt No. | | | | |
| unt Purpose | | | | |
| ice, End of Month | | | | |
| Funds on Hand for all Accounts | $0 | | | |

:h copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 4/30/20

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | | |
| Cash Received from Sales | 1253476 | 7525509 |
| Interest Received | | |
| Borrowings | | |
| Funds from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| **Total Cash Receipts** | 1253476 $0 | 7525509 $0 |
| **Cash Disbursements** | | |
| Payments for Inventory | | |
| Selling | | |
| Administrative | 261657 | 1498642 |
| Capital Expenditures | | |
| Principal Payments on Debt | 13162 | 150041 |
| Interest Paid | 6916 | 64864 |
| Rent/Lease: | | |
|   Personal Property | | |
|   Real Property | | |
| Amount Paid to Owner(s)/Officer(s) | | |
|   Salaries | 34423 | 163509 |
|   Draws | | |
|   Commissions/Royalties | | |
|   Expense Reimbursements | | |
|   Other | | |
| Salaries/Commissions (less employee withholding) | 429912 | 2596491 |
| Management Fees | | |
| Taxes: | | |
|   Employee Withholding | | |
|   Employer Payroll Taxes | 38224 | 222218 |
|   Real Property Taxes | | |
|   Other Taxes | | |
| Other Cash Outflows: | | |
|   OTHER OPERATING EXPENSES | 516570 | 2704245 |
|   US TRUSTEE FEES | | 15656 |
| **Total Cash Disbursements:** | 1300864 $0 | 7415666 $0 |
| Net Increase (Decrease) in Cash | <47388> $0 | 109843 $0 |
| Cash Balance, Beginning of Period | 284622 | 127391 |
| Cash Balance, End of Period | 237234 $0 | 237234 $0 |

Revised 3/15/99

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended _____

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | | |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | | |
| Cash Paid for Selling Expenses | | |
| Cash Paid for Administrative Expenses | | |
| Cash Paid for Rents/Leases: | | |
|   Personal Property | | |
|   Real Property | | |
| Cash Paid for Interest | | |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
|   Salaries | | |
|   Draws | | |
|   Commissions/Royalties | | |
|   Expense Reimbursements | | |
|   Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
|   Employer Payroll Tax | | |
|   Employee Withholdings | | |
|   Real Property Taxes | | |
|   Other Taxes | | |
| Cash Paid for General Expenses | | |
| | | |
| **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | $0 |
| **Cash Flows From Reorganization Items** | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | | |
| **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | $0 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | $0 |
| Cash and Cash Equivalents at Beginning of Month | | |
| Cash and Cash Equivalents at End of Month | $0 | $0 |

Revised 3/15/99



**BANK OF THE WEST**
**BNP PARIBAS**

P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

April 1, 2020 - April 30, 2020

Page **1** of **6**

>018401 4216579 0001 008230 10Z
HENDRICKSON TRUCK LINES INC
7080 FLORIN PERKINS RD
SACRAMENTO CA 95828-2609

## At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY

## We Appreciate You

Thank you for banking with Bank of the West. We appreciate your business and look forward to continuing to serve your banking needs.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## CLASSIC BUSINESS CHECKING     2772
HENDRICKSON TRUCK LINES INC

### ACCOUNT SUMMARY

| | |
|---|---:|
| **Beginning Balance** | **$291,809.63** |
| 31 Credits | 1,255,693.27 |
| 0 Deposits | 0.00 |
| 127 Withdrawals | -1,162,573.63 |
| 40 Checks | -145,695.13 |
| **Ending Balance** | **$239,234.14** |

### EARNINGS SUMMARY

| | |
|---|---:|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $279,819.85 |



**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

Member
**FDIC**  



# Account Statement

April 1, 2020 - April 30, 2020

Page **2** of **6**

## CLASSIC BUSINESS CHECKING xxx-xx2772 (continued)

### ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---|---|
| 04/01 | $10.00 | SERVICE CHG REBATE VALUED CUSTOMER MONTHLY SERVICE CHARGE REBATE |
| 04/01 | 343.98 | POS CREDIT SOUTHWES 5262187007673 800-435-9792 TX ON 200401 #7733 |
| 04/01 | 39,762.03 | INCOMING WIRE REFERENCE # 200401009206 WIRE CREDIT SENDING BANK REFERENCE # 2960378 |
| 04/02 | 56,575.11 | INCOMING WIRE REFERENCE # 200402006942 WIRE CREDIT SENDING BANK REFERENCE # 2962654 |
| 04/03 | 49,310.44 | INCOMING WIRE REFERENCE # 200403008025 WIRE CREDIT SENDING BANK REFERENCE # 2965776 |
| 04/06 | 254.99 | POS CREDIT SOUTHWES 5262187877878 800-435-9792 TX ON 200406 #7733 |
| 04/06 | 45,370.07 | INCOMING WIRE REFERENCE # 200406007064 WIRE CREDIT SENDING BANK REFERENCE # 2968462 |
| 04/07 | 1.35 | POS CREDIT QUIK STOP #0162 SACRAMENTO CA ON 200407 #7998 |
| 04/07 | 159,727.47 | INCOMING WIRE REFERENCE # 200407006520 WIRE CREDIT SENDING BANK REFERENCE # 2970918 |
| 04/08 | 43,755.25 | INCOMING WIRE REFERENCE # 200408006200 WIRE CREDIT SENDING BANK REFERENCE # 2973244 |
| 04/09 | 290.98 | POS CREDIT SOUTHWES 5262188745943 800-435-9792 TX ON 200409 #7733 |
| 04/09 | 31,559.62 | INCOMING WIRE REFERENCE # 200409007915 WIRE CREDIT SENDING BANK REFERENCE # 2975764 |
| 04/10 | 46,584.59 | INCOMING WIRE REFERENCE # 200410006026 WIRE CREDIT SENDING BANK REFERENCE # 2978102 |
| 04/13 | 73,185.51 | INCOMING WIRE REFERENCE # 200413006197 WIRE CREDIT SENDING BANK REFERENCE # 2980834 |
| 04/14 | 254.98 | POS CREDIT SOUTHWES 5262189248381 800-435-9792 TX ON 200414 #7733 |
| 04/14 | 74,394.60 | INCOMING WIRE REFERENCE # 200414007303 WIRE CREDIT SENDING BANK REFERENCE # 2983560 |
| 04/15 | 40,213.73 | INCOMING WIRE REFERENCE # 200415009429 WIRE CREDIT SENDING BANK REFERENCE # 2985780 |
| 04/16 | 69,528.86 | INCOMING WIRE REFERENCE # 200416007714 WIRE CREDIT SENDING BANK REFERENCE # 2988646 |
| 04/17 | 22.30 | POS CREDIT QUIK STOP #0162 SACRAMENTO CA ON 200417 #8079 |
| 04/17 | 63,675.80 | INCOMING WIRE REFERENCE # 200417007041 WIRE CREDIT SENDING BANK REFERENCE # 2991346 |
| 04/20 | 290.98 | POS CREDIT SOUTHWES 5262190843365 800-435-9792 TX ON 200420 #7733 |
| 04/20 | 37,524.96 | INCOMING WIRE REFERENCE # 200420006533 WIRE CREDIT SENDING BANK REFERENCE # 2994298 |
| 04/21 | 83,347.76 | INCOMING WIRE REFERENCE # 200421006019 WIRE CREDIT SENDING BANK REFERENCE # 2996950 |
| 04/22 | 59,656.16 | INCOMING WIRE REFERENCE # 200422007005 WIRE CREDIT SENDING BANK REFERENCE # 2999690 |
| 04/23 | 33,570.45 | INCOMING WIRE REFERENCE # 200423006862 WIRE CREDIT SENDING BANK REFERENCE # 3001952 |
| 04/24 | 63,497.81 | INCOMING WIRE REFERENCE # 200424009889 WIRE CREDIT SENDING BANK REFERENCE # 3005188 |
| 04/27 | 343.98 | POS CREDIT SOUTHWES 5262192681583 800-435-9792 TX ON 200427 #7733 |
| 04/27 | 403.48 | POS CREDIT SOUTHWES 5262192682398 800-435-9792 TX ON 200427 #7733 |
| 04/27 | 51,482.27 | INCOMING WIRE REFERENCE # 200427009931 WIRE CREDIT SENDING BANK REFERENCE # 3008748 |
| 04/28 | 89,967.28 | INCOMING WIRE REFERENCE # 200428008040 WIRE CREDIT SENDING BANK REFERENCE # 3010314 |
| 04/29 | 40,786.48 | INCOMING WIRE REFERENCE # 200429008961 WIRE CREDIT SENDING BANK REFERENCE # 3013684 |

**31 credits for a total of $1,255,693.27**

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 04/01 | $254.99 | DEBIT CARD POS SOUTHWES 5262187370961 800-435-9792 TX ON 200401 #7733 |
| 04/01 | 44.94 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200401 #7733 |
| 04/01 | 19.72 | POS PURCHASE 418210 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 04/01 | 13.69 | POS PURCHASE 067333 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 04/01 | 14.12 | POS PURCHASE 799387 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 04/01 | 10.00 | MONTHLY SVC CHG PREVIOUS PERIOD ACTIVITY RESULTED IN MONTHLY SERVICE CHARGE |
| 04/01 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200401009206 |
| 04/01 | 56.00 | EXCESS TRANSCTN FEE PREVIOUS PERIOD ACTIVITY RESULTED IN EXCESS TRANSACTION FEE |
| 04/02 | 363.84 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200402 #7733 |
| 04/02 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200402006942 |
| 04/02 | 14,313.88 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 040220 90487 CCD |
| 04/03 | 254.99 | DEBIT CARD POS SOUTHWES 5262187877878 800-435-9792 TX ON 200403 #7733 |





# Account Statement
April 1, 2020 - April 30, 2020

Page **3** of **6**

## CLASSIC BUSINESS CHECKING xxx-xx2772 (continued)
### ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---:|---|
| 04/03 | $22.47 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200403 #7733 |
| 04/03 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200403008025 |
| 04/03 | 137.26 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 040320 PPD |
| 04/03 | 181.00 | ELECTRONIC DBT KC TransguardIns Insurance 040320 KCTran040220155 CCD |
| 04/06 | 274.98 | DEBIT CARD POS SOUTHWES 5262188333924 800-435-9792 TX ON 200405 #7733 |
| 04/06 | 290.98 | DEBIT CARD POS SOUTHWES 5262188745943 800-435-9792 TX ON 200406 #7733 |
| 04/06 | 229.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200405 #7733 |
| 04/06 | 53.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200405 #7733 |
| 04/06 | 24.01 | DEBIT CARD POS GREYHOUND LINES #4767 214-849-8966 TX ON 200405 #7733 |
| 04/06 | 907.18 | DEBIT CARD POS LES SCHWAB TIRES #0034 SALEM OR ON 200405 #7998 |
| 04/06 | 278.98 | DEBIT CARD POS SOUTHWES 5262188746302 800-435-9792 TX ON 200406 #7733 |
| 04/06 | 43.98 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200406 #8079 |
| 04/06 | 100.00 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200406 #7733 |
| 04/06 | 19.88 | POS PURCHASE 745321 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 04/06 | 45.35 | POS PURCHASE 300013 QUIK STOP 8500 FL SACRAMENTO CA ##7998 |
| 04/06 | 13.62 | POS PURCHASE 508518 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 04/06 | 14.17 | POS PURCHASE 008880 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 04/06 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200406007064 |
| 04/06 | 5,351.22 | ELECTRONIC DBT NORTHWEST IMAGIN April ACH 040620 CCD Reoccuring Monthly MNS, VOIP, and Licensing Charrges |
| 04/06 | 16,666.31 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 040620 90487 CCD |
| 04/07 | 355.96 | DEBIT CARD POS SOUTHWES 5262188746428 800-435-9792 TX ON 200407 #7733 |
| 04/07 | 52.00 | DEBIT CARD POS INTUIT *PAYROLL 888-537-7794 CA ON 200407 #7733 |
| 04/07 | 127.24 | DEBIT CARD POS HD DISTRIBUTION INC WEST SACRAMEN CA ON 200407 #8079 |
| 04/07 | 486.59 | DEBIT CARD POS LES SCHWAB TIRES #0334 LONGVIEW WA ON 200407 #7998 |
| 04/07 | 6.85 | POS PURCHASE 280073 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 04/07 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200407006520 |
| 04/07 | 17,181.87 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 040720 90487 CCD |
| 04/08 | 46.99 | DEBIT CARD POS DTV*DIRECTV SERVICE 800-347-3288 CA ON 200408 #7733 |
| 04/08 | 44.94 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200408 #7733 |
| 04/08 | 13.73 | POS PURCHASE 770025 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 04/08 | 14,392.34 | OUTGOING WIRE REFERENCE # 200408006796 WIRE DEBIT SENDING BANK REFERENCE # WT20040802841079 |
| 04/08 | 40,000.00 | OUTGOING WIRE REFERENCE # 200408006766 WIRE DEBIT SENDING BANK REFERENCE # WT20040802841078 |
| 04/08 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200408006200 |
| 04/09 | 295.48 | DEBIT CARD POS SOUTHWES 5262189247965 800-435-9792 TX ON 200409 #7733 |
| 04/09 | 440.00 | DEBIT CARD POS FASTRAK CSC 4154868655 CA ON 200409 #7733 |
| 04/09 | 33.60 | POS PURCHASE 985301 THE HOME DEPOT #0 SACRAMENTO CA ##8079 |
| 04/09 | 13.99 | POS PURCHASE 123584 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 04/09 | 286,972.38 | OUTGOING WIRE REFERENCE # 200409006083 WIRE DEBIT SENDING BANK REFERENCE # WT20040902844527 |
| 04/09 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200409007915 |
| 04/09 | 198.60 | ELECTRONIC DBT FEDERAL EXPRESS DEBIT 040920 EPA92301616 CCD |
| 04/09 | 15,246.88 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 040920 90487 CCD |
| 04/10 | 254.98 | DEBIT CARD POS SOUTHWES 5262189248381 800-435-9792 TX ON 200410 #7733 |
| 04/10 | 64.00 | DEBIT CARD POS AMTRAK . 0990655511626 8008727245 DC ON 200410 #7733 |
| 04/10 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200410006026 |
| 04/10 | 121.46 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 041020 PPD |
| 04/10 | 479.43 | ELECTRONIC DBT ATT Payment 041020 PPD |
| 04/13 | 52.43 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200412 #7733 |

  

**Bank of the West — BNP PARIBAS**

## Account Statement
April 1, 2020 - April 30, 2020

Page **4** of **6**

### CLASSIC BUSINESS CHECKING xxx-xx2772 (continued)
### ACCOUNT DETAIL

#### Withdrawals

| Date | Amount | Description |
|---|---:|---|
| 04/13 | $464.48 | DEBIT CARD POS SOUTHWES 5262190531071 800-435-9792 TX ON 200413 #7733 |
| 04/13 | 85.00 | DEBIT CARD POS AMTRAK . 1020746505319 8008727245 DC ON 200413 #7733 |
| 04/13 | 17.33 | POS PURCHASE 856597 Lyft *Ride Sat SAN FRANCISCOCA ##7733 |
| 04/13 | 6.97 | POS PURCHASE 973112 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 04/13 | 21.46 | POS PURCHASE 749549 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 04/13 | 14.76 | POS PURCHASE 586696 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 04/13 | 15.86 | POS PURCHASE 377213 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 04/13 | 15.99 | POS PURCHASE 889684 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 04/13 | 14.23 | POS PURCHASE 659978 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 04/13 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200413006197 |
| 04/13 | 16,503.86 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 041320 90487 CCD |
| 04/14 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200414007303 |
| 04/14 | 17,524.21 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 041420 90487 CCD |
| 04/15 | 290.98 | DEBIT CARD POS SOUTHWES 5262190843365 800-435-9792 TX ON 200415 #7733 |
| 04/15 | 29.96 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200415 #7733 |
| 04/15 | 944.54 | DEBIT CARD POS LES SCHWAB TIRES #0034 SALEM OR ON 200415 #7998 |
| 04/15 | 90.35 | POS PURCHASE 000020 QUIK STOP 8500 FL SACRAMENTO CA ##8079 |
| 04/15 | 10,000.00 | OUTGOING WIRE REFERENCE # 200415006303 WIRE DEBIT SENDING BANK REFERENCE # WT20041502860176 |
| 04/15 | 198,525.00 | OUTGOING WIRE REFERENCE # 200415006296 WIRE DEBIT SENDING BANK REFERENCE # WT20041502860174 |
| 04/15 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200415009429 |
| 04/16 | 7.49 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200416 #7733 |
| 04/16 | 180.71 | DEBIT CARD POS FLUID TECH HYDRAULICS SACRAMENTO CA ON 200416 #8079 |
| 04/16 | 310.50 | DEBIT CARD POS PITNEY BOWES 8002281071 CT ON 200416 #7733 |
| 04/16 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200416007714 |
| 04/16 | 11,976.08 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 041620 90487 CCD |
| 04/17 | 343.98 | DEBIT CARD POS SOUTHWES 5262191113349 800-435-9792 TX ON 200417 #7733 |
| 04/17 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200417007041 |
| 04/17 | 111.30 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 041720 PPD |
| 04/20 | 17.99 | POS PURCHASE 256621 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 04/20 | 20,000.00 | OUTGOING WIRE REFERENCE # 200420007655 WIRE DEBIT SENDING BANK REFERENCE # WT20042002874114 |
| 04/20 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200420006533 |
| 04/20 | 310.00 | CASH MANAGEMENT CHG -NON-ANALYZED CHARGES |
| 04/20 | 15,092.71 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 042020 90487 CCD |
| 04/21 | 40.96 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200421 #7998 |
| 04/21 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200421006019 |
| 04/21 | 17,062.88 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 042120 90487 CCD |
| 04/22 | 29.96 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200422 #7733 |
| 04/22 | 14,392.34 | OUTGOING WIRE REFERENCE # 200422004900 WIRE DEBIT SENDING BANK REFERENCE # WT20042202881085 |
| 04/22 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200422007005 |
| 04/23 | 225.96 | DEBIT CARD POS SOUTHWES 5262192104054 800-435-9792 TX ON 200423 #7733 |
| 04/23 | 343.98 | DEBIT CARD POS SOUTHWES 5262192104386 800-435-9792 TX ON 200423 #7733 |
| 04/23 | 62.12 | POS PURCHASE 000004 AMAZON.COM*4V5 SEATTLE WA ##7733 |
| 04/23 | 16.24 | POS PURCHASE 000034 AMAZON.COM*Q35 SEATTLE WA ##7733 |
| 04/23 | 15.08 | POS PURCHASE 098604 AMAZON.COM*M16 SEATTLE WA ##7733 |
| 04/23 | 70,486.52 | OUTGOING WIRE REFERENCE # 200423007341 WIRE DEBIT SENDING BANK REFERENCE # WT20042302886278 |
| 04/23 | 268,905.53 | OUTGOING WIRE REFERENCE # 200423005891 WIRE DEBIT SENDING BANK REFERENCE # WT20042302885339 |
| 04/23 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200423006862 |

Filed 05/14/20　　　Case 19-27396　　　Doc 142



# Account Statement
April 1, 2020 - April 30, 2020

## CLASSIC BUSINESS CHECKING xxx-xx2772 (continued)

### ACCOUNT DETAIL

#### Withdrawals



| Date | Amount | Description |
|---|---|---|
| 04/23 | $11,058.29 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 042320 90487 CCD |
| 04/24 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200424009889 |
| 04/24 | 106.20 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 042420 PPD |
| 04/27 | 343.98 | DEBIT CARD POS SOUTHWES 5262192681583 800-435-9792 TX ON 200426 #7733 |
| 04/27 | 440.00 | DEBIT CARD POS FASTRAK CSC 4154868655 CA ON 200426 #7733 |
| 04/27 | 403.48 | DEBIT CARD POS SOUTHWES 5262192682398 800-435-9792 TX ON 200427 #7733 |
| 04/27 | 20.42 | POS PURCHASE 184255 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 04/27 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200427009931 |
| 04/27 | 15,626.61 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 042720 90487 CCD |
| 04/28 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200428008040 |
| 04/28 | 16,676.03 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 042820 90487 CCD |
| 04/29 | 14.98 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200429 #7733 |
| 04/29 | 15,000.00 | OUTGOING WIRE REFERENCE # 200429006057 WIRE DEBIT SENDING BANK REFERENCE # WT20042902902956 |
| 04/29 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200429008961 |
| 04/29 | 2,342.92 | ELECTRONIC DBT EMPLOYMENT DEVEL EDD EFTPMT 042920 387280320 CCD |
| 04/30 | 392.98 | DEBIT CARD POS SOUTHWES 5262193823876 800-435-9792 TX ON 200430 #7733 |
| 04/30 | 254.98 | DEBIT CARD POS SOUTHWES 5262193823885 800-435-9792 TX ON 200430 #7733 |
| 04/30 | 12.35 | POS PURCHASE 298897 Lyft *Ride Thu SAN FRANCISCOCA ##7733 |
| 04/30 | 15.00 | POS PURCHASE 931303 Lyft *Ride Thu SAN FRANCISCOCA ##7733 |
| 04/30 | 8,718.43 | ELECTRONIC DBT CA DEPT TAX FEE CDTFA EPMT 043020 5308325 CCD |
| 04/30 | 9,451.39 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 043020 90487 CCD |

**127 withdrawals for a total of $1,162,573.63**

#### Checks Paid

| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 0 | 04/09 | 583.09 | 99251 | 04/10 | 26,789.06 | 99267 | 04/14 | 1,075.00 |
| 99211* | 04/10 | 60.56 | 99252 | 04/16 | 19.00 | 99269* | 04/09 | 1,909.68 |
| 99220* | 04/06 | 3,189.08 | 99253 | 04/21 | 152.00 | 99270 | 04/09 | 985.29 |
| 99234* | 04/01 | 1,224.00 | 99254 | 04/07 | 612.00 | 99271 | 04/08 | 3,513.14 |
| 99239* | 04/08 | 713.77 | 99255 | 04/07 | 78.00 | 99272 | 04/08 | 11,126.27 |
| 99242* | 04/06 | 2,000.00 | 99256 | 04/06 | 7,219.88 | 99273 | 04/07 | 367.58 |
| 99243 | 04/08 | 176.00 | 99257 | 04/08 | 5,531.50 | 99275* | 04/08 | 3,195.52 |
| 99244 | 04/07 | 4,181.44 | 99260* | 04/07 | 3,879.16 | 99276 | 04/06 | 3,564.00 |
| 99245 | 04/09 | 3,200.00 | 99261 | 04/08 | 72.00 | 99277 | 04/07 | 2,532.66 |
| 99246 | 04/14 | 865.61 | 99262 | 04/07 | 803.53 | 99278 | 04/27 | 120.42 |
| 99247 | 04/09 | 2,058.56 | 99263 | 04/07 | 1,389.50 | 99279 | 04/20 | 13,418.77 |
| 99248 | 04/06 | 13,753.14 | 99264 | 04/13 | 118.02 | 99280 | 04/27 | 4,375.00 |
| 99249 | 04/07 | 844.74 | 99265 | 04/06 | 534.00 | | | |
| 99250 | 04/10 | 2,682.37 | 99266 | 04/03 | 16,781.79 | | | |

**40 checks paid for a total of $145,695.13**



* Break in check number sequence.

---

bankofthewest.com　　　1-800-488-2265　　1-800-659-5495 TTY



# Account Statement

April 1, 2020 - April 30, 2020

Page **6** of **6**

## IMPORTANT INFORMATION

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com　　　1-800-488-2265　　　1-800-659-5495 TTY

028172 1226394 0000000 056768 113536 03/03