**2**
**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Attorney@4851111.com
2033 Howe Avenue, Suite 140
Sacramento, California 95825
Telephone: (916) 485-1111
Facsimile: (916) 485-1111

Attorney for HENDRICKSON TRUCK LINES, INC.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>HENDRICKSON TRUCK LINES, INC.<br><br>Debtor. | Case No. 2019-27396-B-11<br>Chapter 11<br>Docket Control No. GEL-8<br><br>**DECLARATION OF ALBAN LANG IN SUPPORT OF MOTION FOR ENTRY OF FINAL DECREE**<br><br>Date: June 23, 2020<br>Time: 2:00 p.m.<br>Place: Courtroom 32, Dept. B<br>       501 "I" Street, 6th Floor<br>       Sacramento, CA<br><br>Judge: Hon. Christopher D. Jaime |

I, Alban Lang declare that:

1. I am the Chief Financial Officer and authorized representative of HENDRICKSON TRUCK LINES, INC., (the "Debtor"), in the above-captioned case. I am of sound mind and, if asked to testify, can do so competently.

2. I have carefully reviewed the factual allegations contained in the accompanying Motion for Entry of Final Decree, and hereby confirm and attest that those representations are true and correct;

3. Debtor voluntarily filed a Chapter 11 petition on November 27, 2020 through its Attorney, Gabriel E. Liberman. Debtor has remained in possession of Debtor's assets and continues to manage its business in this Chapter 11;

4. There is a scheduled hearing to confirm the Debtor's First Amended Plan of Reorganization, Dated June 9, 2020 (the "Plan") on June 23, 2020 at 2pm. I am joining Debtor's attorney in requesting the Court close this case following the confirmation of the Plan, as each month debtor is in this case, it will incur on average $16,000 of quarterly fees in connection with the United States Trustee fees.

5. The Debtor will continue to manage its personal affairs after the confirmation of the Plan.

6. Debtor will start making payments as required under the Plan following confirmation;

7. The Plan does not require any transfer of property or assets;

8. Debtor is current on its quarterly fee payments to the United States Trustee. All contested matters, with the final fee application of Debtor's counsel being heard concurrently with this motion;

9. Debtor has been continuously remained in possession of its assets and have managed its own affairs from the petition date until the present. Debtor will continue to manage its affairs after confirmation of the Plan;

10. In light of the foregoing, I respectfully submit that it is necessary and appropriate that the Court enter a Final Decree Closing the Case.

I, Alban Lang, declare under penalty of perjury under the laws of the State of California that the foregoing statements in this Declaration is true and correct.

DATE: June 12, 2020

By: */s/ Alban Lang.*
      Alban Lang