# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

: [CASE NAME]

_Hendrickson Truck Lines, Inc._

Case No. _19-27396_

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: _5/31/20_          PETITION DATE: _11/27/19_

Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).

Dollars reported in     $1

| Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | 3036143 $0 | 2963718 | 6089060 |
| b. Total Assets | 5675807 $0 | 5615354 | |
| c. Current Liabilities | 3622747 $0 | 3689984 | 9261143 |
| d. Total Liabilities | 8614642 $0 | 8592715 | |

| Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | 1381898 $0 | 1253476 | 8907407 $0 |
| b. Total Disbursements | 1321260 $0 | 1300864 | 8736926 $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | 60638 $0 | <47388> $0 | 170481 $0 |
| d. Cash Balance Beginning of Month | 237234 $0 | 284622 | 237234 $0 |
| e. Cash Balance End of Month (c + d) | 297872 $0 | 237234 $0 | 297872 $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| Profit/(Loss) from the Statement of Operations | 38526 $0 | 8914 | 229471 |
| Account Receivables (Pre and Post Petition) | 2456978 $0 | 2326165 | |
| Post-Petition Liabilities | 8614642 $0 | 8592715 | |
| Past Due Post-Petition Account Payables (over 30 days) | 0 $0 | 0 | |

| e end of this reporting month: | Yes | No |
|---|---|---|
| Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| Is the estate insured for replacement cost of assets and for general liability? | X | |
| Are a plan and disclosure statement on file? | | X |
| Was there any post-petition borrowing during this reporting period? | | X |

Check if paid: Post-petition taxes _X_ ;          U.S. Trustee Quarterly Fees _X_ ; Check if filing is current for: Post-petition tax reporting and tax returns: _X_ .

(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

are under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry e these documents are correct.

_6/12/20_

_(signature)_          _(ALBAN LANG, VP + CFO)_

Responsible Individual

Revised 3/15/99

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 5/31/20

| Actual | Current Month Forecast | Variance | | | Cumulative (Case to Date) | | Next Month Forecast |
|---|---|---|---|---|---|---|---|
| 1525700 | ✗ | ✗ | | **Revenues:** | 9229599 | | ✗ |
| | | $0 | 1 | Gross Sales | | | |
| | | $0 | 2 | less: Sales Returns & Allowances | | | |
| $0 | $0 | $0 | 3 | Net Sales | | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | | | |
| $0 | $0 | $0 | 5 | Gross Profit | | $0 | $0 |
| | | $0 | 6 | Interest | | | |
| | | $0 | 7 | Other Income: | | | |
| | | $0 | 8 | | | | |
| | | $0 | 9 | | | | |
| 1525700 $0 | $0 | $0 | 10 | **Total Revenues** | 9229599 $0 | | $0 |
| | | | | **Expenses:** | | | |
| 34423 | | $0 | 11 | Compensation to Owner(s)/Officer(s) | 197932 | | |
| 501398 | | $0 | 12 | Salaries | 2388609 | | |
| | | $0 | 13 | Commissions | | | |
| | | $0 | 14 | Contract Labor | | | |
| | | | | Rent/Lease: | | | |
| | | $0 | 15 | Personal Property | | | |
| | | $0 | 16 | Real Property | | | |
| 122436 | | $0 | 17 | Insurance | 726659 | | |
| | | $0 | 18 | Management Fees | | | |
| 11992 | | $0 | 19 | Depreciation | 73767 | | |
| | | | | Taxes: | | | |
| 39430 | | $0 | 20 | Employer Payroll Taxes | 261648 | | |
| | | $0 | 21 | Real Property Taxes | | | |
| | | $0 | 22 | Other Taxes | | | |
| | | $0 | 23 | Other Selling | | | |
| 290084 | | $0 | 24 | Other Administrative | 1778493 | | |
| 7123 | | $0 | 25 | Interest | 71987 | | |
| 434813 | | $0 | 26 | Other Expenses: | 2940902 | | |
| | | $0 | 27 | | | | |
| | | $0 | 28 | | | | |
| | | $0 | 29 | | | | |
| | | $0 | 30 | | | | |
| | | $0 | 31 | | | | |
| | | $0 | 32 | | | | |
| | | $0 | 33 | | | | |
| | | $0 | 34 | | | | |
| 441679 $0 | $0 | $0 | 35 | **Total Expenses** | 8938977 $0 | | $0 |
| 84021 $0 | $0 | $0 | 36 | Subtotal | 290622 $0 | | $0 |
| | | | | **Reorganization Items:** | | | |
| | | $0 | 37 | Professional Fees | | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | | |
| 45495 | | $0 | 41 | U.S. Trustee Quarterly Fees | 61151 | | |
| | | $0 | 42 | | | | |
| 45495 $0 | $0 | $0 | 43 | **Total Reorganization Items** | 61151 $0 | | $0 |
| 38526 $0 | $0 | $0 | 44 | Net Profit (Loss) Before Federal & State Taxes | 229471 $0 | | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | | |
| 38526 $0 | $0 | $0 | 46 | Net Profit (Loss) | 229471 $0 | | $0 |

an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 3/15/99

# BALANCE SHEET
## (General Business Case) 5/31/20
### For the Month Ended _____5/31/20_____

### Assets

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | 297872 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | 2456978 $0 |
| 4 | Inventory | B | 58665 $0 |
| 5 | Prepaid expenses | | 222628 |
| 6 | Professional retainers | | |
| 7 | Other: _____ | | |
| 8 | _____ | | |
| | | | |
| 9 | **Total Current Assets** | | 3036143 $0 |
| | **Property and Equipment (Market Value)** | | |
| 0 | Real property | C | 831213 $0 |
| 1 | Machinery and equipment | D | 410286 $0 |
| 2 | Furniture and fixtures | D | $0 |
| 3 | Office equipment | D | $0 |
| 4 | Leasehold improvements | D | 71055 $0 |
| 5 | Vehicles | D | $0 |
| 5 | Other: _____ | D | |
| 7 | _____ | D | |
| 3 | _____ | D | |
| 9 | _____ | D | |
| 0 | _____ | D | |
| l | **Total Property and Equipment** | | 1312554 $0 |
| | **Other Assets** | | |
| l | Loans to shareholders | | 1327010 |
| l | Loans to affiliates | | |
| l | OTHER ASSET | | 100 |
| l | _____ | | |
| | **Total Other Assets** | | 1327110 $0 |
| | **Total Assets** | | 5675807 $0 |

### NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | Item | | Amount | |
|---|------|---|--------|---|
| 30 | Salaries and wages | | 326189 | |
| 31 | Payroll taxes | | 21637 | |
| 32 | Real and personal property taxes | | 23875 | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | 516084 | |
| 36 | Accounts payable (trade) | A | 170338 | $0 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: _____ | | 2564624 | |
| 42 | _____ | | | |
| 43 | _____ | | | |
| 44 | **Total Current Liabilities** | | 3622747 | $0 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | 4991895 | |
| 46 | **Total Post-Petition Liabilities** | | | $0 |

**Pre-Petition Liabilities (allowed amount)**

| # | Item | | Amount |
|---|------|---|--------|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | 8614642 $0 |

**Equity (Deficit)**

| # | Item | Amount | |
|---|------|--------|---|
| 52 | Retained Earnings/(Deficit) at time of filing | <3746337> | |
| 53 | Capital Stock | 10,100 | |
| 54 | Additional paid-in capital | 567931 | |
| 55 | Cumulative profit/(loss) since filing of case | 229471 | |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | _____ | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | <2938835> | $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | 5675807 | $0 |

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| ivables and Payables Agings | | | |
| -30 Days | 1776469 | 144066 | |
| -60 Days | 431331 | 26272 | |
| -90 Days | 242477 | | 0    $0 |
| + Days | 36701 | | |
| tal accounts receivable/payable | 2486978   $0 | 170338   $0 | |
| lowance for doubtful accounts | <30,000> | | |
| ccounts receivable (net) | 2456978   $0 | | |

## Schedule B
### Inventory/Cost of Goods Sold

| s and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| | | Net purchase | |
| tail/Restaurants - | | Direct labor | |
| roduct for resale | | Manufacturing overhead | |
| | | Freight in | |
| stribution - | | Other: | |
| roducts for resale | | | |
| anufacturer - | | | |
| aw Materials | | | |
| Vork-in-progress | | Less - | |
| inished goods | | Inventory End of Month | |
| | | Shrinkage | |
| her - Explain | | Personal Use | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**ethod of Inventory Control**

you have a functioning perpetual inventory system?

     Yes _____    No _____

w often do you take a complete physical inventory?

/eekly _____
fonthly _____
uarterly _____
emi-annually _____
nnually _____

f last physical inventory was _____

f next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost ___
  LIFO cost ___
  Lower of cost or market ___
  Retail method ___
  Other ___
   Explain

Revised 3/15/99

## Schedule C
## Real Property

| :cription | | Cost | | Market Value |
|---|---|---|---|---|
| | | 831226 | | NOT AVAIL |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | | 831226 $0 | | $0 |

## Schedule D
## Other Depreciable Assets

| :cription | | Cost | | Market Value |
|---|---|---|---|---|
| :hinery & Equipment - | | 410286 | | NOT AVAIL |
| | | | | |
| | | | | |
| | | | | |
| Total | | 410286 $0 | | $0 |
| iture & Fixtures - | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | | $0 | | $0 |
| :e Equipment - | | | | |
| | | | | |
| | | | | |
| Total | | $0 | | $0 |
| ehold Improvements - | | 71055 | | NOT AVAIL |
| | | | | |
| | | | | |
| Total | | 71055 $0 | | $0 |
| :les - | | | | |
| | | | | |
| | | | | |
| Total | | 1312554 $0 | | $0 |

Revised 3/15/99

### Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| es Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| leral | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| al Federal Taxes | $0 | $0 | $0 | $0 | $0 |
| te and Local | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | 23875 | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| al State & Local Taxes | 23875 $0 | $0 | $0 | $0 | $0 |
| al Taxes | 23875 $0 | $0 | $0 | $0 | $0 |

### Schedule F
### Pre-Petition Liabilities

| Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | 4600538 | 4600538 |
| Priority claims other than taxes | | |
| Priority tax claims | 122197 4 | 122197 4 |
| General unsecured claims | 435715 | 435715 |

(a)   List total amount of claims even it under secured.
(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit
      alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a
      claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and
      $3,000,000 as the Allowed Amount.

### Schedule G
### Rental Income Information
### Not applicable to General Business Cases

### Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| unt Type | | | | |
| unt No. | | | | |
| unt Purpose | | | | |
| ace, End of Month | | | | |
| Funds on Hand for all Accounts | $0 | | | |

:h copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended _____ 5/31/20 _____

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | | |
| Cash Received from Sales | 1381898 | 8907407 |
| Interest Received | | |
| Borrowings | | |
| Funds from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Cash Receipts** | 1381898 $0 | 8907407 $0 |
| **Cash Disbursements** | | |
| Payments for Inventory | | |
| Selling | | |
| Administrative | 290084 | 1788726 |
| Capital Expenditures | | |
| Principal Payments on Debt | 13232 | 165273 |
| Interest Paid | 7123 | 71987 |
| Rent/Lease: | | |
|   Personal Property | | |
|   Real Property | | |
| Amount Paid to Owner(s)/Officer(s) | | |
|   Salaries | 34423 | 197932 |
|   Draws | | |
|   Commissions/Royalties | | |
|   Expense Reimbursements | | |
|   Other | | |
| Salaries/Commissions (less employee withholding) | 501398 | 3097889 |
| Management Fees | | |
| Taxes: | | |
|   Employee Withholding | | |
|   Employer Payroll Taxes | 39430 | 261648 |
|   Real Property Taxes | | |
|   Other Taxes | | |
| Other Cash Outflows: | | |
|   OTHER OPERATING EXPENSES | 390075 | 3094320 |
|   US TRUSTEE FEE | 45495 | 61151 |
| | | |
| | | |
| **Total Cash Disbursements:** | 1321260 $0 | 8736926 $0 |
| **Net Increase (Decrease) in Cash** | 60638 $0 | 170481 $0 |
| **Cash Balance, Beginning of Period** | 237234 | 127391 |
| **Cash Balance, End of Period** | 297872 $0 | 297872 $0 |

Revised 3/15/99

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended _____

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | | |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | | |
| Cash Paid for Selling Expenses | | |
| Cash Paid for Administrative Expenses | | |
| Cash Paid for Rents/Leases: | | |
| Personal Property | | |
| Real Property | | |
| Cash Paid for Interest | | |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
| Salaries | | |
| Draws | | |
| Commissions/Royalties | | |
| Expense Reimbursements | | |
| Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| Employer Payroll Tax | | |
| Employee Withholdings | | |
| Real Property Taxes | | |
| Other Taxes | | |
| Cash Paid for General Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Net Cash Provided (Used) by Operating Activities before Reorganization Items | $0 | $0 |
| **Cash Flows From Reorganization Items** | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | | |
| Net Cash Provided (Used) by Reorganization Items | $0 | $0 |
| Net Cash Provided (Used) for Operating Activities and Reorganization Items | $0 | $0 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| Net Cash Provided (Used) by Investing Activities | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| Net Cash Provided (Used) by Financing Activities | $0 | $0 |
| Net Increase (Decrease) in Cash and Cash Equivalents | $0 | $0 |
| Cash and Cash Equivalents at Beginning of Month | | |
| Cash and Cash Equivalents at End of Month | $0 | $0 |

Revised 3/15/99



**BANK OF THE WEST**
**BNP PARIBAS**

P.O. Box 2830, Omaha, NE 68103-2830



## Account Statement

May 1, 2020 - May 31, 2020

Page **1** of **6**

>018617 4326768 0001 008230 10Z
HENDRICKSON TRUCK LINES INC
7080 FLORIN PERKINS RD
SACRAMENTO CA 95828-2609

## At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY

## CLASSIC BUSINESS CHECKING ▓▓▓▓ 2772

HENDRICKSON TRUCK LINES INC

| ACCOUNT SUMMARY | | EARNINGS SUMMARY | |
|---|---:|---|---:|
| **Beginning Balance** | **$239,234.14** | Interest this statement period | $0.00 |
| 24 Credits | 1,382,197.84 | Interest credited year-to-date | $0.00 |
| 1 Deposits | 1,503.76 | Annual percentage yield earned | 0.00% |
| 128 Withdrawals | -1,106,877.62 | Average monthly balance | $249,179.56 |
| 48 Checks | -214,535.72 | | |
| **Ending Balance** | **$301,522.40** | | |

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

 

Member
FDIC

EQUAL HOUSING
LENDER



## Account Statement

May 1, 2020 - May 31, 2020

Page **2** of **6**

## CLASSIC BUSINESS CHECKING  xxx-xx2772 *(continued)*

### ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---|---|
| 05/01 | $25.00 | SERVICE CHG REBATE VALUED CUSTOMER MONTHLY SERVICE CHARGE REBATE |
| 05/01 | 39,033.56 | INCOMING WIRE REFERENCE # 200501003937 WIRE CREDIT SENDING BANK REFERENCE # 3018180 |
| 05/01 | 51,288.60 | INCOMING WIRE REFERENCE # 200501011184 WIRE CREDIT SENDING BANK REFERENCE # 3021652 |
| 05/04 | 54,163.92 | INCOMING WIRE REFERENCE # 200504006184 WIRE CREDIT SENDING BANK REFERENCE # 3023102 |
| 05/05 | 107,424.80 | INCOMING WIRE REFERENCE # 200505007910 WIRE CREDIT SENDING BANK REFERENCE # 3026028 |
| 05/06 | 68,778.45 | INCOMING WIRE REFERENCE # 200506006693 WIRE CREDIT SENDING BANK REFERENCE # 3028052 |
| 05/07 | 254.98 | POS CREDIT SOUTHWES 5262194677150 800-435-9792 TX ON 200507 #7733 |
| 05/07 | 58,859.18 | INCOMING WIRE REFERENCE # 200507006952 WIRE CREDIT SENDING BANK REFERENCE # 3030364 |
| 05/08 | 56,820.92 | INCOMING WIRE REFERENCE # 200508008637 WIRE CREDIT SENDING BANK REFERENCE # 3032734 |
| 05/11 | 7,324.13 | INCOMING WIRE REFERENCE # 200511007187 WIRE CREDIT SENDING BANK REFERENCE # 3035722 |
| 05/12 | 103,273.34 | INCOMING WIRE REFERENCE # 200512007296 WIRE CREDIT SENDING BANK REFERENCE # 3038288 |
| 05/13 | 67,534.23 | INCOMING WIRE REFERENCE # 200513008963 WIRE CREDIT SENDING BANK REFERENCE # 3040436 |
| 05/14 | 46,568.58 | INCOMING WIRE REFERENCE # 200514010071 WIRE CREDIT SENDING BANK REFERENCE # 3044026 |
| 05/15 | 68,008.24 | INCOMING WIRE REFERENCE # 200515010428 WIRE CREDIT SENDING BANK REFERENCE # 3045736 |
| 05/18 | 32,670.24 | INCOMING WIRE REFERENCE # 200518005726 WIRE CREDIT SENDING BANK REFERENCE # 3048486 |
| 05/19 | 98,657.27 | INCOMING WIRE REFERENCE # 200519004341 WIRE CREDIT SENDING BANK REFERENCE # 3050922 |
| 05/20 | 45,874.04 | INCOMING WIRE REFERENCE # 200520006407 WIRE CREDIT SENDING BANK REFERENCE # 3053794 |
| 05/21 | 52,139.29 | INCOMING WIRE REFERENCE # 200521007432 WIRE CREDIT SENDING BANK REFERENCE # 3056728 |
| 05/22 | 64,489.65 | INCOMING WIRE REFERENCE # 200522007570 WIRE CREDIT SENDING BANK REFERENCE # 3059652 |
| 05/26 | 105,574.98 | INCOMING WIRE REFERENCE # 200526006658 WIRE CREDIT SENDING BANK REFERENCE # 3062352 |
| 05/27 | 151,998.71 | INCOMING WIRE REFERENCE # 200527007027 WIRE CREDIT SENDING BANK REFERENCE # 3065450 |
| 05/28 | 20.00 | POS CREDIT QUIK STOP #0162 SACRAMENTO CA ON 200528 #8079 |
| 05/28 | 41,843.32 | INCOMING WIRE REFERENCE # 200528006324 WIRE CREDIT SENDING BANK REFERENCE # 3068050 |
| 05/29 | 59,572.41 | INCOMING WIRE REFERENCE # 200529007885 WIRE CREDIT SENDING BANK REFERENCE # 3072136 |

**24 credits for a total of  $1,382,197.84**

### Deposits

| Date | Amount |
|---|---|
| 05/26 | $1,503.76 |

**1 deposit for a total of $1,503.76**

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 05/01 | $135.00 | DEBIT CARD POS MOBILE ONE WINDSHIELD W SACRAMENTO CA ON 200501 #7733 |
| 05/01 | 30.35 | POS PURCHASE 400029 QUIK STOP 8500 FL SACRAMENTO CA ##7998 |
| 05/01 | 2.50 | EXCESS TRANSCTN FEE PREVIOUS PERIOD ACTIVITY RESULTED IN EXCESS TRANSACTION FEE |
| 05/01 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200501003937 |
| 05/01 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200501011184 |
| 05/01 | 25.00 | MONTHLY SVC CHG PREVIOUS PERIOD ACTIVITY RESULTED IN MONTHLY SERVICE CHARGE |
| 05/01 | 101.46 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 050120 PPD |
| 05/01 | 2,352.82 | ELECTRONIC DBT TAX_REV_WDT_ECKS TRD PMNT 050120 1529146624 CCD |
| 05/04 | 14.98 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200503 #7733 |
| 05/04 | 18.11 | POS PURCHASE 210239 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 05/04 | 45,806.35 | OUTGOING WIRE REFERENCE # 200504005641 WIRE DEBIT SENDING BANK REFERENCE # WT20050402917947 |
| 05/04 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200504006184 |
| 05/04 | 5,351.22 | ELECTRONIC DBT NORTHWEST IMAGIN May ACH 050420 CCD Reoccuring Monthly MNS, VOIP, and Licensing Charrges |
| 05/04 | 10,787.48 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 050420 90487 CCD |





# Account Statement

May 1, 2020 - May 31, 2020

Page **3** of **6**

## CLASSIC BUSINESS CHECKING  xxx-xx2772 *(continued)*

### ACCOUNT DETAIL

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 05/05 | $52.00 | DEBIT CARD POS INTUIT *PAYROLL 888-537-7794 CA ON 200505 #7733 |
| 05/05 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200505007910 |
| 05/05 | 191.00 | ELECTRONIC DBT KC TransguardIns Insurance 050520 KCTran050420155 CCD |
| 05/05 | 16,563.17 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 050520 90487 CCD |
| 05/06 | 227.98 | DEBIT CARD POS SOUTHWES 5262194676536 800-435-9792 TX ON 200506 #7733 |
| 05/06 | 254.98 | DEBIT CARD POS SOUTHWES 5262194676564 800-435-9792 TX ON 200506 #7733 |
| 05/06 | 343.98 | DEBIT CARD POS SOUTHWES 5262194676619 800-435-9792 TX ON 200506 #7733 |
| 05/06 | 63.75 | DEBIT CARD POS AMTRAK . 1250627512783 8008727245 DC ON 200506 #7733 |
| 05/06 | 100.00 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200506 #7733 |
| 05/06 | 29.96 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200506 #7733 |
| 05/06 | 18.89 | POS PURCHASE 766691 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 05/06 | 20.56 | POS PURCHASE 622049 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 05/06 | 12.86 | POS PURCHASE 906579 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 05/06 | 14,392.31 | OUTGOING WIRE REFERENCE # 200506001800 WIRE DEBIT SENDING BANK REFERENCE # WT20050502923683 |
| 05/06 | 15,000.00 | OUTGOING WIRE REFERENCE # 200506001802 WIRE DEBIT SENDING BANK REFERENCE # WT20050502923684 |
| 05/06 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200506006693 |
| 05/07 | 540.96 | DEBIT CARD POS SOUTHWES 5262194676995 800-435-9792 TX ON 200507 #7733 |
| 05/07 | 254.98 | DEBIT CARD POS SOUTHWES 5262194677150 800-435-9792 TX ON 200507 #7733 |
| 05/07 | 254.98 | DEBIT CARD POS SOUTHWES 5262194677157 800-435-9792 TX ON 200507 #7733 |
| 05/07 | 14.05 | POS PURCHASE 609282 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 05/07 | 10,000.00 | OUTGOING WIRE REFERENCE # 200507005541 WIRE DEBIT SENDING BANK REFERENCE # WT20050702928745 |
| 05/07 | 263,761.65 | OUTGOING WIRE REFERENCE # 200507005533 WIRE DEBIT SENDING BANK REFERENCE # WT20050702928740 |
| 05/07 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200507006952 |
| 05/07 | 12,179.95 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 050720 90487 CCD |
| 05/08 | 46.99 | DEBIT CARD POS DTV*DIRECTV SERVICE 800-347-3288 CA ON 200508 #7733 |
| 05/08 | 29.96 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200508 #7733 |
| 05/08 | 50.35 | POS PURCHASE 500095 QUIK STOP 8500 FL SACRAMENTO CA ##8079 |
| 05/08 | 62.41 | POS PURCHASE 031901 THE HOME DEPOT #0 SACRAMENTO CA ##8079 |
| 05/08 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200508008637 |
| 05/08 | 106.84 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 050820 PPD |
| 05/11 | 25.07 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200510 #7998 |
| 05/11 | 520.96 | DEBIT CARD POS SOUTHWES 5262195434583 800-435-9792 TX ON 200511 #7733 |
| 05/11 | 7.30 | POS PURCHASE 704805 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 05/11 | 19.64 | POS PURCHASE 221972 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 05/11 | 23.55 | POS PURCHASE 222464 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 05/11 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200511007187 |
| 05/11 | 446.43 | ELECTRONIC DBT ATT Payment 051020 PPD |
| 05/11 | 12,878.47 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 051120 90487 CCD |
| 05/12 | 343.98 | DEBIT CARD POS SOUTHWES 5262195434816 800-435-9792 TX ON 200512 #7733 |
| 05/12 | 33,768.03 | OUTGOING WIRE REFERENCE # 200512005138 WIRE DEBIT SENDING BANK REFERENCE # WT20051202941467 |
| 05/12 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200512007296 |
| 05/12 | 17,584.83 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 051220 90487 CCD |
| 05/13 | 47.89 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200513 #8079 |
| 05/13 | 19.53 | POS PURCHASE 781711 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 05/13 | 15,000.00 | OUTGOING WIRE REFERENCE # 200513005311 WIRE DEBIT SENDING BANK REFERENCE # WT20051302945629 |
| 05/13 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200513008963 |
| 05/14 | 256.92 | DEBIT CARD POS BARNES WELDING STORE 8 SACRAMENTO CA ON 200514 #8079 |



 

**BANK**OF**THE**WEST
**BNP PARIBAS**

# Account Statement

May 1, 2020 - May 31, 2020

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*

### ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---|---|
| 05/14 | $129.00 | DEBIT CARD POS AMTRAK . 1330628519076 8008727245 DC ON 200514 #7733 |
| 05/14 | 82.39 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200514 #7733 |
| 05/14 | 13.32 | POS PURCHASE 494329 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 05/14 | 14.03 | POS PURCHASE 974927 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 05/14 | 19.37 | POS PURCHASE 078021 Lyft *Ride Thu SAN FRANCISCOCA ##7733 |
| 05/14 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200514010071 |
| 05/14 | 1,503.11 | ELECTRONIC DBT NORTHWEST IMAGIN Symmetry 051420 CCD Reoccuring Monthly MNS, VOIP, and Licensing Charrges |
| 05/14 | 13,169.31 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 051420 90487 CCD |
| 05/15 | 332.96 | DEBIT CARD POS SOUTHWES 5262196120415 800-435-9792 TX ON 200515 #7733 |
| 05/15 | 22.47 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200515 #7733 |
| 05/15 | 105.00 | DEBIT CARD POS MOBILE ONE WINDSHIELD W SACRAMENTO CA ON 200515 #7733 |
| 05/15 | 25.35 | POS PURCHASE 000033 QUIK STOP 8500 FL SACRAMENTO CA ##7998 |
| 05/15 | 35.00 | DEBIT CARD POS CRAIGSLIST.ORG 415-399-5200 CA ON 200515 #7733 |
| 05/15 | 10,000.00 | OUTGOING WIRE REFERENCE # 200515006604 WIRE DEBIT SENDING BANK REFERENCE # WT20051502954427 |
| 05/15 | 157,132.49 | OUTGOING WIRE REFERENCE # 200515006601 WIRE DEBIT SENDING BANK REFERENCE # WT20051502954421 |
| 05/15 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200515010428 |
| 05/15 | 117.38 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 051520 PPD |
| 05/18 | 22.47 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200517 #7733 |
| 05/18 | 397.48 | DEBIT CARD POS SOUTHWES 5262196329795 800-435-9792 TX ON 200518 #7733 |
| 05/18 | 18.63 | POS PURCHASE 098553 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 05/18 | 11.78 | POS PURCHASE 200138 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 05/18 | 14.92 | POS PURCHASE 494464 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 05/18 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200518005726 |
| 05/18 | 15,282.78 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 051820 90487 CCD |
| 05/19 | 7.47 | POS PURCHASE 172524 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 05/19 | 14,392.31 | OUTGOING WIRE REFERENCE # 200519009176 WIRE DEBIT SENDING BANK REFERENCE # WT20051902964768 |
| 05/19 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200519004341 |
| 05/19 | 20,069.13 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 051920 90487 CCD |
| 05/20 | 14.98 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200520 #7733 |
| 05/20 | 13.50 | POS PURCHASE 602599 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 05/20 | 14.03 | POS PURCHASE 919216 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 05/20 | 2,000.00 | OUTGOING WIRE REFERENCE # 200520007466 WIRE DEBIT SENDING BANK REFERENCE # WT20052002967571 |
| 05/20 | 10,000.00 | OUTGOING WIRE REFERENCE # 200520007476 WIRE DEBIT SENDING BANK REFERENCE # WT20052002967578 |
| 05/20 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200520006407 |
| 05/20 | 260.00 | CASH MANAGEMENT CHG -NON-ANALYZED CHARGES |
| 05/21 | 397.48 | DEBIT CARD POS SOUTHWES 5262196900185 800-435-9792 TX ON 200521 #7733 |
| 05/21 | 440.00 | DEBIT CARD POS FASTRAK CSC 4154868655 CA ON 200521 #7733 |
| 05/21 | 1,000.00 | DEBIT CARD POS TENSTREET.COM 8772199283 OK ON 200521 #7733 |
| 05/21 | 277,368.33 | OUTGOING WIRE REFERENCE # 200521007807 WIRE DEBIT SENDING BANK REFERENCE # WT20052102972051 |
| 05/21 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200521007432 |
| 05/21 | 14,606.28 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 052120 90487 CCD |
| 05/22 | 177.18 | DEBIT CARD POS S K STEEL INC SACRAMENTO CA ON 200522 #8079 |
| 05/22 | 14.98 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200522 #7733 |
| 05/22 | 15,000.00 | OUTGOING WIRE REFERENCE # 200522007941 WIRE DEBIT SENDING BANK REFERENCE # WT20052202976307 |
| 05/22 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200522007570 |
| 05/22 | 97.24 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 052220 PPD |
| 05/26 | 97.50 | DEBIT CARD POS AMTRAK . 1420751512657 8008727245 DC ON 200524 #7733 |

020189 1231268 0000000 043066 086132 02/03



# Account Statement

May 1, 2020 - May 31, 2020

## CLASSIC BUSINESS CHECKING  xxx-xx2772 *(continued)*

### ACCOUNT DETAIL



### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 05/26 | $254.98 | DEBIT CARD POS SOUTHWES 5262197580450 800-435-9792 TX ON 200525 #7733 |
| 05/26 | 45.07 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200524 #8079 |
| 05/26 | 20.30 | POS PURCHASE 990466 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 05/26 | 505.55 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200526 #7733 |
| 05/26 | 38.53 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200526 #7998 |
| 05/26 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200526006658 |
| 05/26 | 18,872.70 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAF.T 052620 90487 CCD |
| 05/27 | 70.00 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200527 #8079 |
| 05/27 | 114.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200527 #8000 |
| 05/27 | 18.89 | POS PURCHASE 004222 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 05/27 | 20,000.00 | OUTGOING WIRE REFERENCE # 200527006103 WIRE DEBIT SENDING BANK REFERENCE # WT20052702984766 |
| 05/27 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200527007027 |
| 05/27 | 19,597.28 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 052620 90487 CCD |
| 05/28 | 254.98 | DEBIT CARD POS SOUTHWES 5262198027294 800-435-9792 TX ON 200528 #7733 |
| 05/28 | 254.98 | DEBIT CARD POS SOUTHWES 5262198027731 800-435-9792 TX ON 200528 #7733 |
| 05/28 | 20.36 | POS PURCHASE 127249 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 05/28 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200528006324 |
| 05/28 | 11,833.09 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 052820 90487 CCD |
| 05/29 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200529007885 |
| 05/29 | 98.84 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 052920 PPD |

**128 withdrawals for a total of $1,106,877.62**

### Checks Paid

| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9778 | 05/26 | 18,331.07 | 99296 | 05/15 | 3,315.94 | 99314 | 05/19 | 3,965.04 |
| 99281* | 05/04 | 2,000.00 | 99297 | 05/15 | 971.75 | 99315 | 05/15 | 579.62 |
| 99282 | 05/19 | 713.77 | 99299* | 05/19 | 3,879.20 | 99316 | 05/15 | 807.50 |
| 99283 | 05/18 | 586.15 | 99301* | 05/15 | 1,131.64 | 99317 | 05/20 | 8,976.18 |
| 99284 | 05/13 | 176.00 | 99302 | 05/18 | 108.77 | 99318 | 05/20 | 45,107.00 |
| 99285 | 05/14 | 1,000.00 | 99303 | 05/15 | 1,141.88 | 99319 | 05/18 | 272.20 |
| 99286 | 05/20 | 349.30 | 99304 | 05/15 | 3,052.00 | 99320 | 05/19 | 3,155.52 |
| 99287 | 05/12 | 7,213.61 | 99305 | 05/11 | 14,569.90 | 99321 | 05/12 | 2,073.38 |
| 99288 | 05/14 | 10,184.00 | 99306 | 05/14 | 1,062.78 | 99322 | 05/27 | 9,101.26 |
| 99289 | 05/14 | 480.30 | 99307 | 05/20 | 1,075.00 | 99324* | 05/28 | 2,963.00 |
| 99290 | 05/21 | 2,401.23 | 99308 | 05/15 | 7,679.43 | 99326* | 05/29 | 2,969.54 |
| 99291 | 05/20 | 20,602.57 | 99309 | 05/15 | 3,830.75 | 99327 | 05/27 | 13,004.73 |
| 99292 | 05/11 | 2,772.49 | 99310 | 05/15 | 2,141.45 | 99328 | 05/26 | 502.07 |
| 99293 | 05/15 | 612.00 | 99311 | 05/18 | 800.00 | 99330* | 05/26 | 367.58 |
| 99294 | 05/18 | 147.33 | 99312 | 05/19 | 1,813.46 | 99331 | 05/29 | 459.64 |
| 99295 | 05/18 | 4,375.00 | 99313 | 05/15 | 729.00 | 99332 | 05/28 | 983.69 |

**48 checks paid for a total of $214,535.72**

*\* Break in check number sequence.*

  



# Account Statement

May 1, 2020 - May 31, 2020

Page **6** of **6**

## IMPORTANT INFORMATION

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com        1-800-488-2265        1-800-659-5495 TTY