**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Attorney@4851111.com
2033 Howe Avenue, Suite 140
Sacramento, California 95825
Telephone: (916) 485-1111
Facsimile: (916) 485-1111

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>HENDRICKSON TRUCK LINES, INC.<br><br>       Debtor. | Case No. 2019-27396-B-11<br>Chapter 11<br>Docket Control No. GEL-8<br><br>**SUPPLEMENTAL DECLARATION OF ALBAN LANG IN SUPPORT OF MOTION FOR ENTRY OF FINAL DECREE**<br><br>Date: July 28, 2020<br>Time: 2:00 p.m.<br>Place: Courtroom 32, Dept. B<br>       501 "I" Street, 6th Floor<br>       Sacramento, CA<br><br>Judge: Hon. Christopher D. Jaime |

I, Alban Lang declare that:

1. I am the Chief Financial Officer and authorized representative of HENDRICKSON TRUCK LINES, INC., (the "Debtor"), in the above-captioned case. I am of sound mind and, if asked to testify, can do so competently.

2. On July 1, 2020, I began making plan payments to the Administrative Claim holders as required under the Amended Plan.

I, Alban Lang, declare under penalty of perjury under the laws of the State of California that the foregoing statements in this Declaration is true and correct.

DATE: July 6, 2020

                            By:    */s/ Alban Lang.*
                                         Alban Lang