UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

[CASE NAME]: Hendrickson Truck Lines, Inc.

Case No. 19-27396

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 6/30/20          PETITION DATE: 11/27/19

Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | 3452909 $0 | 3036143 | 6089060 |
| b. Total Assets | 6080600 $0 | 5675587 | |
| c. Current Liabilities | 2513553 $0 | 3622747 | 9261143 |
| d. Total Liabilities | 5930842 $0 | 8614642 | |

| Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | 1704791 $0 | 1381898 | 10612198 $0 |
| b. Total Disbursements | 1641482 $0 | 1321260 | 10378408 $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | 63309 $0 | 60638 $0 | 233790 $0 |
| d. Cash Balance Beginning of Month | 297872 $0 | 237234 | 297872 $0 |
| e. Cash Balance End of Month (c + d) | 361181 $0 | 297872 $0 | 361181 $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| Profit/(Loss) from the Statement of Operations | 88593 $0 | 38526 | 318064 |
| Account Receivables (Pre and Post Petition) | 2762712 $0 | 2456978 | |
| Post-Petition Liabilities | 5930842 $0 | 8614642 | |
| Past Due Post-Petition Account Payables (over 30 days) | 0 $0 | 0 | |

e end of this reporting month:                                                     Yes     No
Have any payments been made on pre-petition debt, other than payments in the normal
course to secured creditors or lessors? (if yes, attach listing including date of                    X
payment, amount of payment and name of payee)
Have any payments been made to professionals? (if yes, attach listing including date of              X
payment, amount of payment and name of payee)
If the answer is yes to 8 or 9, were all such payments approved by the court?
Have any payments been made to officers, insiders, shareholders, relatives? (if yes,                 X
attach listing including date of payment, amount and reason for payment, and name of payee)
Is the estate insured for replacement cost of assets and for general liability?         X
Are a plan and disclosure statement on file?                                                         X
Was there any post-petition borrowing during this reporting period?                                  X

Check if paid: Post-petition taxes Y ;   U.S. Trustee Quarterly Fees X ;  Check if filing is current for: Post-petition
tax reporting and tax returns:  F .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
reporting and tax return filings are not current.)

are under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry these documents are correct.

7/14/20                          _____ (ALBAN LANG, VP+CFO)
                                 Responsible Individual

Revised 3/15/99

# STATEMENT OF OPERATIONS
(General Business Case)
For the Month Ended __6/30/20__

| Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| Actual | ~~Forecast~~ | ~~Variance~~ | | Revenues: | | |
| 1792882 | | | $0 | 1  Gross Sales | 11022481 | |
| | | | $0 | 2  less: Sales Returns & Allowances | | |
| $0 | $0 | | $0 | 3  Net Sales | $0 | $0 |
| | | | $0 | 4  less: Cost of Goods Sold (Schedule 'B') | | |
| $0 | $0 | | $0 | 5  Gross Profit | $0 | $0 |
| | | | | 6  Interest | | |
| | | | $0 | 7  Other Income: | | |
| | | | $0 | 8  _____ | | |
| | | | $0 | 9  _____ | | |
| 1792882 | $0 | $0 | | 10  Total Revenues | 11022481  $0 | $0 |
| | | | | Expenses: | | |
| 34423 | | | $0 | 11  Compensation to Owner(s)/Officer(s) | 292355 | |
| 610024 | | | $0 | 12  Salaries | 3478633 | |
| | | | $0 | 13  Commissions | | |
| | | | $0 | 14  Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | | $0 | 15    Personal Property | | |
| | | | $0 | 16    Real Property | | |
| 120925 | | | $0 | 17  Insurance | 846584 | |
| | | | $0 | 18  Management Fees | | |
| 11973 | | | $0 | 19  Depreciation | 85740 | |
| | | | | Taxes: | | |
| 44278 | | | $0 | 20    Employer Payroll Taxes | 305926 | |
| | | | $0 | 21    Real Property Taxes | | |
| | | | $0 | 22    Other Taxes | | |
| | | | $0 | 23  Other Selling | | |
| 335222 | | | $0 | 24  Other Administrative | 2133695 | |
| 9227 | | | $0 | 25  Interest | 81214 | |
| 538217 | | | $0 | 26  Other Expenses: | 3479119 | |
| | | | $0 | 27 | | |
| | | | $0 | 28 | | |
| | | | $0 | 29 | | |
| | | | $0 | 30 | | |
| | | | $0 | 31 | | |
| | | | $0 | 32 | | |
| | | | $0 | 33 | | |
| | | | $0 | 34 | | |
| 704289 | $0 | $0 | | 35  Total Expenses | 10643266  $0 | $0 |
| 88593 | $0 | $0 | | 36  Subtotal | 379215  $0 | $0 |
| | | | | Reorganization Items: | | |
| | | | $0 | 37  Professional Fees | | |
| | | | $0 | 38  Provisions for Rejected Executory Contracts | | |
| | | | $0 | 39  Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | | $0 | 40  Gain or (Loss) from Sale of Equipment | | |
| | | | $0 | 41  U.S. Trustee Quarterly Fees | 61151 | |
| | | | $0 | 42  _____ | | |
| $0 | $0 | $0 | | 43  Total Reorganization Items | 61151  $0 | $0 |
| 88593 | $0 | $0 | | 44  Net Profit (Loss) Before Federal & State Taxes | 318064  $0 | $0 |
| | | $0 | | 45  Federal & State Income Taxes | | |
| 88593 | $0 | $0 | | 46  Net Profit (Loss) | 318064  $0 | $0 |

An Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 3/15/99

# BALANCE SHEET
## (General Business Case)
For the Month Ended __6/30/20__

### Assets

| # | | From Schedules | Market Value | |
|---|---|---|---|---|
| | **Current Assets** | | | |
| 1 | Cash and cash equivalents - unrestricted | | 361182 | |
| 2 | Cash and cash equivalents - restricted | | | |
| 3 | Accounts receivable (net) | A | 2762712 | $0 |
| 4 | Inventory | B | 58665 | $0 |
| 5 | Prepaid expenses | | 270351 | |
| 6 | Professional retainers | | | |
| 7 | Other: _____ | | | |
| 8 | _____ | | | |
| 9 | **Total Current Assets** | | 3452909 | $0 |
| | **Property and Equipment (Market Value)** | | | |
| 10 | Real property | C | 828200 | $0 |
| 11 | Machinery and equipment | D | 401923 | $0 |
| 12 | Furniture and fixtures | D | | $0 |
| 13 | Office equipment | D | | $0 |
| 14 | Leasehold improvements | D | 70458 | $0 |
| 15 | Vehicles | D | | $0 |
| 16 | Other: _____ | D | | |
| 17 | _____ | D | | |
| 18 | _____ | D | | |
| 19 | _____ | D | | |
| 20 | _____ | D | | |
| | **Total Property and Equipment** | | 1300581 | $0 |
| | **Other Assets** | | | |
| | Loans to shareholders | | 1327010 | |
| | Loans to affiliates  OTHER ASSET | | 100 | |
| | _____ | | | |
| | _____ | | | |
| | **Total Other Assets** | | 1327110 | $0 |
| | **Total Assets** | | 6080600 | $0 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

# Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | Item | | Amount | |
|---|---|---|---|---|
| 30 | Salaries and wages | | 277850 | |
| 31 | Payroll taxes | | 24595 | |
| 32 | Real and personal property taxes | | 0 | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | 505203 | |
| 36 | Accounts payable (trade) | A | 142639 | $0 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: | | 2463266 | |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | 3513553 | $0 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | 5417289 | |
| 46 | **Total Post-Petition Liabilities** | | | $0 |

**Pre-Petition Liabilities (allowed amount)**

| 47 | Secured claims | F | | $0 |
| 48 | Priority unsecured claims | F | | $0 |
| 49 | General unsecured claims | F | | $0 |
| 50 | **Total Pre-Petition Liabilities** | | | $0 |
| 51 | **Total Liabilities** | | 8930842 | $0 |

**Equity (Deficit)**

| 52 | Retained Earnings/(Deficit) at time of filing | | <3746337> | |
| 53 | Capital Stock | | 10100 | |
| 54 | Additional paid-in capital | | 567931 | |
| 55 | Cumulative profit/(loss) since filing of case | | 318064 | |
| 56 | Post-petition contributions/(distributions) or (draws) | | | |
| 57 | | | | |
| 58 | Market value adjustment | | | |
| 59 | **Total Equity (Deficit)** | | <2850242> | $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | | 6080600 | $0 |

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| ivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| -30 Days | 1838986 | 94839 | |
| -60 Days | 476863 | 47800 | |
| -90 Days | 448237 | | 0    $0 |
| + Days | 28626 | | |
| ital accounts receivable/payable | 2792712   $0 | 142639   $0 | |
| lowance for doubtful accounts | <30000> | | |
| ccounts receivable (net) | 2762712   $0 | | |

## Schedule B
### Inventory/Cost of Goods Sold

| s and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| :tail/Restaurants - 'roduct for resale | _____ | Inventory Beginning of Month Add - Net purchase Direct labor Manufacturing overhead Freight in Other: | _____ |
| stribution - 'roducts for resale | _____ | | _____ |
| anufacturer - .aw Materials Vork-in-progress inished goods | _____ _____ _____ | Less - Inventory End of Month Shrinkage Personal Use | _____ _____ _____ |
| her - Explain _____ | _____ | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**:thod of Inventory Control**
you have a functioning perpetual inventory system?
   Yes _____    No _____
w often do you take a complete physical inventory?

'eekly _____
onthly _____
uarterly _____
:mi-annually _____
nnually _____
f last physical inventory was _____
f next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
   FIFO cost _____
   LIFO cost _____
   Lower of cost or market _____
   Retail method _____
   Other _____
    Explain _____

Revised 3/15/99

## Schedule C
## Real Property

| cription | Cost | Market Value |
|---|---|---|
|  | 828200 | NOT AVAIL |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | 828200  $0 | $0 |

## Schedule D
## Other Depreciable Assets

| cription | Cost | Market Value |
|---|---|---|
| hinery & Equipment - | 401923 | NOT AVAIL |
|  |  |  |
|  |  |  |
| Total | 401923  $0 | $0 |
| iture & Fixtures - |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |
| e Equipment - |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |
| ehold Improvements - | 70458 | NOT AVAIL |
|  |  |  |
|  |  |  |
| Total | 70458  $0 | $0 |
| les - |  |  |
|  |  |  |
|  |  |  |
| Total | 300581  $0 | $0 |

Revised 3/15/99

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| xes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **leral** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| al Federal Taxes | $0 | $0 | $0 | $0 | $0 |
| **te and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | 0 | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| al State & Local Taxes | 0  $0 | $0 | $0 | $0 | $0 |
| al Taxes | 0  $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | 460638 | 460638 |
| Priority claims other than taxes | | |
| Priority tax claims | 221974 | 221974 |
| General unsecured claims | 435715 | 435715 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| unt Type | | | | |
| unt No. | | | | |
| unt Purpose | | | | |
| ce, End of Month | | | | |
| Funds on Hand for all Accounts | $0 | | | |

1 copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 6/30/20

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | | |
| Cash Received from Sales | 1704791 | 10612198 |
| Interest Received | | |
| Borrowings | | |
| Funds from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| **Total Cash Receipts** | 1704791   $0 | 10612198   $0 |
| **Cash Disbursements** | | |
| Payments for Inventory | | |
| Selling | | |
| Administrative | 335222 | 2123948 |
| Capital Expenditures | | |
| Principal Payments on Debt | 28222 | 191505 |
| Interest Paid | 9227 | 8214 |
| Rent/Lease: | | |
|   Personal Property | | |
|   Real Property | | |
| Amount Paid to Owner(s)/Officer(s) | | |
|   Salaries | 34423 | 232315 |
|   Draws | | |
|   Commissions/Royalties | | |
|   Expense Reimbursements | | |
|   Other | | |
| Salaries/Commissions (less employee withholding) | 610024 | 3707913 |
| Management Fees | | |
| Taxes: | | |
|   Employee Withholding | | |
|   Employer Payroll Taxes | 44278 | 305926 |
|   Real Property Taxes | | |
|   Other Taxes | | |
| Other Cash Outflows: | | |
| OTHER OPERATING EXPENSES | 580076 | 2674396 |
| U.S TRUSTEE FEE | | 6115 |
| **Total Cash Disbursements:** | 1641482   $0 | 10378408   $0 |
| **Net Increase (Decrease) in Cash** | 63309   $0 | 233790   $0 |
| **Cash Balance, Beginning of Period** | 297872 | 127391 |
| **Cash Balance, End of Period** | 361181   $0 | 361181   $0 |

Revised 3/15/99

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended _____

|  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | | |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | | |
| Cash Paid for Selling Expenses | | |
| Cash Paid for Administrative Expenses | | |
| Cash Paid for Rents/Leases: | | |
|    Personal Property | | |
|    Real Property | | |
| Cash Paid for Interest | | |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
|    Salaries | | |
|    Draws | | |
|    Commissions/Royalties | | |
|    Expense Reimbursements | | |
|    Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
|    Employer Payroll Tax | | |
|    Employee Withholdings | | |
|    Real Property Taxes | | |
|    Other Taxes | | |
| Cash Paid for General Expenses | | |
| | | |
| **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | $0 |
| **Cash Flows From Reorganization Items** | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | | |
| **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | $0 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | $0 |
| Cash and Cash Equivalents at Beginning of Month | | |
| Cash and Cash Equivalents at End of Month | $0 | $0 |

Revised 3/15/99

Filed 07/14/20     Case 19-27396     Doc 188



**Bank of the WEST**
**BNP PARIBAS**

P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

June 1, 2020 - June 30, 2020

Page **1** of **6**



>017949 4477750 0001 008230 10Z
HENDRICKSON TRUCK LINES INC
7080 FLORIN PERKINS RD
SACRAMENTO CA  95828-2609

## At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY

## CHANGES TO OUR FUNDS AVAILABILITY

Effective June 29, 2020, the following changes to our Funds Availability Policy located in our Deposit Account Disclosure will become effective: The amount of $200 has been changed to $225 and the amount of $5,000 has been changed to $5,525 wherever noted in our Policy. These changes reflect increases in the dollar amount of funds made available to you from certain deposits of checks to your account. Please contact us for a copy of the current Deposit Account Disclosure.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## CLASSIC BUSINESS CHECKING          2772
HENDRICKSON TRUCK LINES INC



### ACCOUNT SUMMARY

| | |
|---|---:|
| **Beginning Balance** | **$301,522.40** |
| 27 Credits | 1,704,790.75 |
| 0 Deposits | 0.00 |
| 134 Withdrawals | -1,494,617.09 |
| 37 Checks | -127,934.63 |
| **Ending Balance** | **$383,761.43** |

### EARNINGS SUMMARY

| | |
|---|---:|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $287,242.56 |

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.




In South Dakota, Bank of the West operates under the name of Bank of the West California.



# Account Statement

June 1, 2020 - June 30, 2020

Page **2** of **6**

## CLASSIC BUSINESS CHECKING xxx-xx2772 *(continued)*

ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---:|---|
| 06/01 | $25.00 | SERVICE CHG REBATE VALUED CUSTOMER MONTHLY SERVICE CHARGE REBATE |
| 06/01 | 86,187.44 | INCOMING WIRE REFERENCE # 200601007548 WIRE CREDIT SENDING BANK REFERENCE # 3076136 |
| 06/02 | 254.98 | POS CREDIT SOUTHWES 5262198027731 800-435-9792 TX ON 200602 #7733 |
| 06/02 | 114,286.28 | INCOMING WIRE REFERENCE # 200602006552 WIRE CREDIT SENDING BANK REFERENCE # 3078998 |
| 06/03 | 70,110.89 | INCOMING WIRE REFERENCE # 200603004800 WIRE CREDIT SENDING BANK REFERENCE # 3081126 |
| 06/04 | 53,640.10 | INCOMING WIRE REFERENCE # 200604008426 WIRE CREDIT SENDING BANK REFERENCE # 3084382 |
| 06/05 | 98,494.53 | INCOMING WIRE REFERENCE # 200605007654 WIRE CREDIT SENDING BANK REFERENCE # 3086908 |
| 06/08 | 69,539.89 | INCOMING WIRE REFERENCE # 200608009099 WIRE CREDIT SENDING BANK REFERENCE # 3090056 |
| 06/09 | 122,994.01 | INCOMING WIRE REFERENCE # 200609006120 WIRE CREDIT SENDING BANK REFERENCE # 3092252 |
| 06/10 | 66,545.82 | INCOMING WIRE REFERENCE # 200610006848 WIRE CREDIT SENDING BANK REFERENCE # 3094774 |
| 06/11 | 60,962.83 | INCOMING WIRE REFERENCE # 200611005323 WIRE CREDIT SENDING BANK REFERENCE # 3097060 |
| 06/12 | 43,896.06 | INCOMING WIRE REFERENCE # 200612005534 WIRE CREDIT SENDING BANK REFERENCE # 3099996 |
| 06/15 | 93,848.91 | INCOMING WIRE REFERENCE # 200615006170 WIRE CREDIT SENDING BANK REFERENCE # 3103172 |
| 06/16 | 118,901.40 | INCOMING WIRE REFERENCE # 200616006383 WIRE CREDIT SENDING BANK REFERENCE # 3106610 |
| 06/17 | 61,460.55 | INCOMING WIRE REFERENCE # 200617009066 WIRE CREDIT SENDING BANK REFERENCE # 3109810 |
| 06/18 | 238.98 | POS CREDIT SOUTHWES 5262302265474 800-435-9792 TX ON 200618 #7733 |
| 06/19 | 60,672.67 | INCOMING WIRE REFERENCE # 200619007409 WIRE CREDIT SENDING BANK REFERENCE # 3114704 |
| 06/19 | 74,048.93 | INCOMING WIRE REFERENCE # 200619004041 WIRE CREDIT SENDING BANK REFERENCE # 3112512 |
| 06/22 | 82,030.59 | INCOMING WIRE REFERENCE # 200622009278 WIRE CREDIT SENDING BANK REFERENCE # 3118708 |
| 06/23 | 107,793.06 | INCOMING WIRE REFERENCE # 200623008755 WIRE CREDIT SENDING BANK REFERENCE # 3121032 |
| 06/24 | 47,086.43 | INCOMING WIRE REFERENCE # 200624009107 WIRE CREDIT SENDING BANK REFERENCE # 3123356 |
| 06/25 | 343.98 | POS CREDIT SOUTHWES 5262301123784 800-435-9792 TX ON 200625 #7733 |
| 06/25 | 626.20 | POS CREDIT UNITED 01675272081825 800-932-2732 TX ON 200625 #7733 |
| 06/25 | 56,509.02 | INCOMING WIRE REFERENCE # 200625010143 WIRE CREDIT SENDING BANK REFERENCE # 3126554 |
| 06/26 | 68,787.93 | INCOMING WIRE REFERENCE # 200626010317 WIRE CREDIT SENDING BANK REFERENCE # 3129754 |
| 06/29 | 63,860.15 | INCOMING WIRE REFERENCE # 200629007432 WIRE CREDIT SENDING BANK REFERENCE # 3131916 |
| 06/30 | 81,644.12 | INCOMING WIRE REFERENCE # 200630008967 WIRE CREDIT SENDING BANK REFERENCE # 3135850 |

**27 credits for a total of $1,704,790.75**

### Withdrawals

| Date | Amount | Description |
|---|---:|---|
| 06/01 | $30.40 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200531 #8079 |
| 06/01 | 397.60 | DEBIT CARD POS UNITED 01623148348301 800-932-2732 TX ON 200601 #7733 |
| 06/01 | 21.33 | POS PURCHASE 018067 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 06/01 | 14,392.31 | OUTGOING WIRE REFERENCE # 200601006916 WIRE DEBIT SENDING BANK REFERENCE # WT20060103001831 |
| 06/01 | 55,099.77 | OUTGOING WIRE REFERENCE # 200601006824 WIRE DEBIT SENDING BANK REFERENCE # WT20060103001790 |
| 06/01 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200601007548 |
| 06/01 | 15.00 | EXCESS TRANSCTN FEE PREVIOUS PERIOD ACTIVITY RESULTED IN EXCESS TRANSACTION FEE |
| 06/01 | 25.00 | MONTHLY SVC CHG PREVIOUS PERIOD ACTIVITY RESULTED IN MONTHLY SERVICE CHARGE |
| 06/01 | 19,925.45 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 060120 90487 CCD |
| 06/02 | 229.93 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200602 #7733 |
| 06/02 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200602006552 |
| 06/02 | 24,606.41 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 060220 90487 CCD |
| 06/03 | 343.98 | DEBIT CARD POS SOUTHWES 5262199407949 800-435-9792 TX ON 200603 #7733 |
| 06/03 | 59.92 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200603 #7733 |
| 06/03 | 37.55 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200603 #7998 |
| 06/03 | 20,000.00 | OUTGOING WIRE REFERENCE # 200603004805 WIRE DEBIT SENDING BANK REFERENCE # WT20060303009470 |

 



# Account Statement

June 1, 2020 - June 30, 2020

Page **3** of **6**

## CLASSIC BUSINESS CHECKING xxx-xx2772 (continued)

### ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---:|---|
| 06/03 | $15.00 | WIRE IN FEE INCOMING WIRE REF # 200603004800 |
| 06/03 | 101.00 | ELECTRONIC DBT KC TransguardIns Insurance 060320 KCTran060220154 CCD |
| 06/04 | 57.94 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200604 #8079 |
| 06/04 | 300,130.20 | OUTGOING WIRE REFERENCE # 200604005782 WIRE DEBIT SENDING BANK REFERENCE # WT20060403013526 |
| 06/04 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200604008426 |
| 06/04 | 15,788.89 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 060420 90487 CCD |
| 06/05 | 52.00 | DEBIT CARD POS INTUIT *PAYROLL 888-537-7794 CA ON 200605 #7733 |
| 06/05 | 29.96 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200605 #7733 |
| 06/05 | 25.82 | POS PURCHASE 392221 AUTOZONE 2867 SACRAMENTO CA ##8079 |
| 06/05 | 50.24 | POS PURCHASE 831301 THE HOME DEPOT #0 SACRAMENTO CA ##8079 |
| 06/05 | 10,000.00 | OUTGOING WIRE REFERENCE # 200605005633 WIRE DEBIT SENDING BANK REFERENCE # WT20060503017560 |
| 06/05 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200605007654 |
| 06/05 | 122.38 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 060520 PPD |
| 06/05 | 4,436.00 | ELECTRONIC DBT NORTHWEST IMAGIN June ACH 060520 CCD Reoccuring Monthly MNS, VOIP, and Licensing Charrges |
| 06/08 | 100.00 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200607 #7733 |
| 06/08 | 75.00 | DEBIT CARD POS NMFTA 7038381810 VA ON 200607 #7733 |
| 06/08 | 19.87 | POS PURCHASE 182901 THE HOME DEPOT #6 ELK GROVE CA ##8265 |
| 06/08 | 46.99 | DEBIT CARD POS DTV*DIRECTV SERVICE 800-347-3288 CA ON 200608 #7733 |
| 06/08 | 10.35 | POS PURCHASE 000046 QUIK STOP 8500 FL SACRAMENTO CA ##8079 |
| 06/08 | 13.52 | POS PURCHASE 528776 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 06/08 | 119,225.38 | OUTGOING WIRE REFERENCE # 200608007473 WIRE DEBIT SENDING BANK REFERENCE # WT20060803023250 |
| 06/08 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200608009099 |
| 06/08 | 20,032.52 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 060820 90487 CCD |
| 06/09 | 289.00 | DEBIT CARD POS BIG RIG GLASS 8887211115 OR ON 200609 #7998 |
| 06/09 | 12.01 | POS PURCHASE 005150 Lyft *Ride Mon SAN FRANCISCOCA ##7733 |
| 06/09 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200609006120 |
| 06/09 | 24,905.25 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 060920 90487 CCD |
| 06/10 | 45.00 | DEBIT CARD POS MOBILE ONE WINDSHIELD 916-9954070 CA ON 200610 #7733 |
| 06/10 | 14.98 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200610 #7733 |
| 06/10 | 25,000.00 | OUTGOING WIRE REFERENCE # 200610005648 WIRE DEBIT SENDING BANK REFERENCE # WT20061003030515 |
| 06/10 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200610006848 |
| 06/10 | 541.93 | ELECTRONIC DBT ATT Payment 061020 PPD |
| 06/11 | 712.70 | DEBIT CARD POS ALASKA A 0272161117040 8006545669 WA ON 200611 #7733 |
| 06/11 | 53.74 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200611 #8079 |
| 06/11 | 501.46 | DEBIT CARD POS INDEED 203-564-2400 CT ON 200611 #7733 |
| 06/11 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200611005323 |
| 06/11 | 18,525.36 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 061120 90487 CCD |
| 06/12 | 343.98 | DEBIT CARD POS SOUTHWES 5262301123784 800-435-9792 TX ON 200612 #7733 |
| 06/12 | 215.05 | POS PURCHASE 043201 THE HOME DEPOT #0 SACRAMENTO CA ##8079 |
| 06/12 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200612005534 |
| 06/12 | 87.56 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 061220 PPD |
| 06/12 | 269.65 | ELECTRONIC DBT FEDERAL EXPRESS DEBIT 061220 EPA93667611 CCD |
| 06/15 | 38.23 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200614 #7998 |
| 06/15 | 45.75 | DEBIT CARD POS AMTRAK . 1640733019063 8008727245 DC ON 200615 #7733 |
| 06/15 | 198.98 | DEBIT CARD POS SOUTHWES 5262301898335 800-435-9792 TX ON 200615 #7733 |
| 06/15 | 53.19 | POS PURCHASE 938891 COSTCO WHSE #08 SACRAMENTO CA ##7733 |
| 06/15 | 93.66 | DEBIT CARD POS RAMADA LIMITED FRISCO CO ON 200615 #7998 |

Filed 07/14/20    Case 19-27396    Doc 188



# Account Statement

June 1, 2020 - June 30, 2020

Page **4** of **6**

## CLASSIC BUSINESS CHECKING xxx-xx2772 (continued)
ACCOUNT DETAIL

### Withdrawals

| Date | Amount | Description |
|---|---:|---|
| 06/15 | $6.35 | POS PURCHASE 203423 Lyft *Ride Sun SAN FRANCISCOCA ##7733 |
| 06/15 | 157,132.49 | OUTGOING WIRE REFERENCE # 200615006389 WIRE DEBIT SENDING BANK REFERENCE # WT20061503044067 |
| 06/15 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200615006170 |
| 06/15 | 18,260.33 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 061520 90487 CCD |
| 06/16 | 780.00 | DEBIT CARD POS FASTRAK CSC 4154868655 CA ON 200616 #7733 |
| 06/16 | 14,392.32 | OUTGOING WIRE REFERENCE # 200616005147 WIRE DEBIT SENDING BANK REFERENCE # WT20061603047930 |
| 06/16 | 25,000.00 | OUTGOING WIRE REFERENCE # 200616005137 WIRE DEBIT SENDING BANK REFERENCE # WT20061603047925 |
| 06/16 | 5.00 | STATEMENT COPY FEE STATEMENT COPY FEE |
| 06/16 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200616006383 |
| 06/16 | 25,948.90 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 061620 90487 CCD |
| 06/17 | 238.98 | DEBIT CARD POS SOUTHWES 5262302265474 800-435-9792 TX ON 200617 #7733 |
| 06/17 | 70.35 | DEBIT CARD POS REG EXP GRP - MACK RD SACRAMENTO CA ON 200617 #7733 |
| 06/17 | 29.96 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200617 #7733 |
| 06/17 | 88.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200617 #7733 |
| 06/17 | 770.00 | DEBIT CARD POS CUMMINS INC - 07 5103476644 CA ON 200617 #7733 |
| 06/17 | 28.63 | POS PURCHASE 772698 Lyft *Ride Tue SAN FRANCISCOCA ##7733 |
| 06/17 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200617009066 |
| 06/18 | 14.81 | DEBIT CARD POS LYFT *RIDE WED 8AM 8552800278 CA ON 200618 #7733 |
| 06/18 | 12.00 | POS PURCHASE 755881 PILOT #879 SACRAMENTO MS ##8265 |
| 06/18 | 2,372.74 | OUTGOING WIRE REFERENCE # 200618006194 WIRE DEBIT SENDING BANK REFERENCE # WT20061803057203 |
| 06/18 | 312,667.11 | OUTGOING WIRE REFERENCE # 200618005642 WIRE DEBIT SENDING BANK REFERENCE # WT20061803056885 |
| 06/18 | 1,503.11 | ELECTRONIC DBT NORTHWEST IMAGIN Symmetry 061820 CCD Reoccuring Monthly MNS, VOIP, and Licensing Charrges |
| 06/18 | 17,085.95 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 061820 90487 CCD |
| 06/19 | 14.14 | DEBIT CARD POS LYFT *RIDE WED 10AM 8552800278 CA ON 200619 #7733 |
| 06/19 | 30.57 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200619 #7998 |
| 06/19 | 58.93 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200619 #8079 |
| 06/19 | 4.38 | POS PURCHASE 852192 PILOT #0340 FERNLEY NV ##8265 |
| 06/19 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200619004041 |
| 06/19 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200619007409 |
| 06/19 | 162.68 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 061920 PPD |
| 06/22 | 273.63 | DEBIT CARD POS BARNES WELDING STORE 8 SACRAMENTO CA ON 200621 #8079 |
| 06/22 | 52.35 | DEBIT CARD POS BARNES WELDING STORE 8 SACRAMENTO CA ON 200621 #8079 |
| 06/22 | 15.37 | DEBIT CARD POS IN N OUT BURGER 188 SPARKS NV ON 200622 #8265 |
| 06/22 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200622009278 |
| 06/22 | 385.00 | CASH MANAGEMENT CHG -NON-ANALYZED CHARGES |
| 06/22 | 3,230.00 | ELECTRONIC DBT PREPASS 8007737277 062220 2LCVSYK8168PE2D CCD |
| 06/22 | 19,054.61 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 062220 90487 CCD |
| 06/23 | 8.66 | DEBIT CARD POS LYFT *RIDE SUN 8AM 8552800278 CA ON 200623 #7733 |
| 06/23 | 70.79 | DEBIT CARD POS CHEVRON 0209748 ELK GROVE CA ON 200623 #8079 |
| 06/23 | 84,138.95 | OUTGOING WIRE REFERENCE # 200623006246 WIRE DEBIT SENDING BANK REFERENCE # WT20062303070462 |
| 06/23 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200623008755 |
| 06/23 | 24,314.78 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 062320 90487 CCD |
| 06/24 | 541.96 | DEBIT CARD POS SOUTHWES 5262304273619 800-435-9792 TX ON 200624 #7733 |
| 06/24 | 626.20 | DEBIT CARD POS UNITED 01675272081825 800-932-2732 TX ON 200624 #7733 |
| 06/24 | 68.54 | DEBIT CARD POS 0407 - MOTEL 6 5036652254 OR ON 200624 #7998 |
| 06/24 | 149.99 | DEBIT CARD POS GREYHOUND LINES CNP 214-849-8966 TX ON 200624 #7733 |
| 06/24 | 14.98 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200624 #7733 |

bankofthewest.com     1-800-488-2265     1-800-659-5495 TTY

Filed 07/14/20  Case 19-27396  Doc 188



# Account Statement

June 1, 2020 - June 30, 2020

## CLASSIC BUSINESS CHECKING xxx-xx2772 (continued)

### ACCOUNT DETAIL



### Withdrawals

| Date | Amount | Description |
|---|---:|---|
| 06/24 | $328.60 | DEBIT CARD POS DELTA 00624273687402 DELTA.COM CA ON 200624 #7733 |
| 06/24 | 17.96 | POS PURCHASE 001069 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 06/24 | 25,000.00 | OUTGOING WIRE REFERENCE # 200624008678 WIRE DEBIT SENDING BANK REFERENCE # WT20062403076362 |
| 06/24 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200624009107 |
| 06/25 | 18.95 | POS PURCHASE 038831 Lyft *Ride Wed SAN FRANCISCOCA ##7733 |
| 06/25 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200625010143 |
| 06/25 | 17,544.78 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 062520 90487 CCD |
| 06/26 | 367.58 | DEBIT CARD POS WILINE NETWORKS, INC. 650-5259365 NJ ON 200626 #7733 |
| 06/26 | 7.49 | DEBIT CARD POS TIPPS AND SHAKES SACRAMENTO CA ON 200626 #7733 |
| 06/26 | 58.83 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200626 #8079 |
| 06/26 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200626010317 |
| 06/26 | 99.86 | ELECTRONIC DBT PEGASUS TRANS TE PAYABLES 062620 PPD |
| 06/29 | 58.73 | DEBIT CARD POS WENELLIS PIZZA SACRAMENTO CA ON 200628 #7998 |
| 06/29 | 35.70 | DEBIT CARD POS QUIK STOP #0162 SACRAMENTO CA ON 200628 #7998 |
| 06/29 | 274.98 | DEBIT CARD POS SOUTHWES 5262305604291 800-435-9792 TX ON 200629 #7733 |
| 06/29 | 464.48 | DEBIT CARD POS SOUTHWES 5262305604301 800-435-9792 TX ON 200629 #7733 |
| 06/29 | 866.46 | DEBIT CARD POS SOUTHWES 5262305604664 800-435-9792 TX ON 200629 #7733 |
| 06/29 | 555.96 | DEBIT CARD POS SOUTHWES 5262305604671 800-435-9792 TX ON 200629 #7733 |
| 06/29 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200629007432 |
| 06/30 | 344.78 | POS PURCHASE 000681 AMAZON.COM*MS2 SEATTLE WA ##7733 |
| 06/30 | 14,905.59 | OUTGOING WIRE REFERENCE # 200630008052 WIRE DEBIT SENDING BANK REFERENCE # WT20063003094833 |
| 06/30 | 15.00 | WIRE IN FEE INCOMING WIRE REF # 200630008967 |
| 06/30 | 19,583.19 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 062920 90487 CCD |
| 06/30 | 26,678.45 | ELECTRONIC DBT PILOT RECEIVABLE PILOTDRAFT 063020 90487 CCD |

**134 withdrawals for a total of $1,494,617.09**

### Checks Paid

| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 9238 | 06/22 | 27,465.28 | 99340 | 06/24 | 2,746.20 | 99356 | 06/24 | 6,286.90 |
| 99298* | 06/01 | 44.75 | 99342* | 06/25 | 3,829.74 | 99359* | 06/23 | 1,134.09 |
| 99300* | 06/03 | 955.00 | 99343 | 06/22 | 10,486.45 | 99360 | 06/23 | 5,068.87 |
| 99323* | 06/04 | 262.40 | 99344 | 06/23 | 601.35 | 99362* | 06/25 | 2,215.06 |
| 99325* | 06/01 | 2,000.00 | 99345 | 06/24 | 2,638.35 | 99363 | 06/25 | 1,932.58 |
| 99329* | 06/01 | 388.43 | 99347* | 06/23 | 612.00 | 99366* | 06/22 | 4,034.00 |
| 99333* | 06/10 | 713.77 | 99348 | 06/24 | 577.81 | 99367 | 06/23 | 8,117.69 |
| 99334 | 06/11 | 487.00 | 99349 | 06/29 | 44.75 | 99368 | 06/24 | 790.77 |
| 99335 | 06/10 | 12,715.00 | 99350 | 06/24 | 1,939.58 | 99370* | 06/22 | 3,564.00 |
| 99336 | 06/10 | 13,131.49 | 99351 | 06/26 | 475.00 | 99372* | 06/30 | 5,956.32 |
| 99337 | 06/12 | 1,075.00 | 99352 | 06/23 | 803.57 | 99375* | 06/30 | 1,578.61 |
| 99338 | 06/08 | 701.00 | 99354* | 06/30 | 317.98 | | | |
| 99339 | 06/26 | 88.00 | 99355 | 06/23 | 2,155.84 | | | |

**37 checks paid for a total of $127,934.63**

*\* Break in check number sequence.*

  



# Account Statement

June 1, 2020 - June 30, 2020

Page **6** of **6**

## IMPORTANT INFORMATION

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

*In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com　　　　　　1-800-488-2265　　　　　　1-800-659-5495 TTY