**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 19-27396-B-11 |
| HENDRICKSON TRUCK LINES, INC., | DC No. GEL-8 |
| Debtor(s). | |

**ORDER GRANTING MOTION TO ENTER FINAL DECREE AND CLOSE CASE**

The estate of Hendrickson Truck Lines, Inc., having been substantially consummated,

IT IS ORDERED that the final decree shall be entered and the case shall be closed.

IT IS FURTHER ORDERED that the hearing scheduled for July 28, 2020, at 2:00 is removed from calendar.

**Dated:** July 15, 2020

Christopher D. Jaime, Judge
United States Bankruptcy Court

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Gabriel E. Liberman
1545 River Park Drive, Ste 530
Sacramento CA 95815

Jason M. Blumberg
501 I St #7-500
Sacramento CA 95814

- 2 -